UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*, | **NOTICE OF APPEARANCE** |
| Plaintiffs, | Case No:   26-cv-01023 |
| v. | |
| NOEM, *et al.*, | |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned hereby notifies the Court that Sean Ouellette shall appear as counsel for the plaintiffs Fridley Public School District, Independent School District 14, Duluth Public School District, Independent School District 709, and Education Minnesota in the above-entitled action.

Date: February 13, 2026

By:
Sean Ouellette
Democracy Forward Foundation
P.O. Box 34552
T: (202) 322-1959
souellette@democracyforward.org