UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:26-cv-01023-LMP-LIB

Fridley Public School District, Independent School District 14, et al.,

    Plaintiffs,

v.

Kristi Noem, *et al.,*

    Defendants.

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that David Fuller, Assistant United States Attorney, hereby notes his appearance as counsel for the Defendants with respect to the above-referenced matter. This appearance does not waive any defense or service as required by the Federal Rules of Civil Procedure.

Dated: February 20, 2026

    DANIEL N. ROSEN
    United States Attorney

    *s/ David W. Fuller*
    BY:  DAVID W. FULLER
    Assistant U.S. Attorney
    Attorney ID Number 390922
    600 U.S. Courthouse
    300 South 4th Street
    Minneapolis, MN  55415
    Phone: 612-664-5600
    Email: david.fuller@usdoj.gov