# EXHIBIT 10

STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org,
smanning@ilgrp.com
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

STANLEY YOUNG, CA No. 121180*
syoung@cov.com
JEHAN A. PATTERSON, D.C. No. 1012119*
jpatterson@cov.com
SABRINA MCGRAW, CA No. 334120*
smcgraw@cov.com
AMBER LOWERY, D.C. No. 1780982*
alowery@cov.com
ANALESE BRIDGES, D.C. No. 90029992*
abridges@cov.com
EVAN CHIACCHIARO, D.C. No. 90037819*
echiacchiaro@cov.com
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: +1-202-662-5129

*Pro hac vice

Additional counsel on last page

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; AUGUSTANA LUTHERAN CHURCH; OUR LADY OF GUADALUPE PARISH; SAN FRANCISCO INTERFAITH COUNCIL; WESTMINSTER PRESBYTERIAN CHURCH; NATIONAL EDUCATION ASSOCIATION; AMERICAN FEDERATION OF TEACHERS; AMY LOMANTO; HANNA MAE ANDERSON; LAUREN FONG; and CAROLINE KEATING MEDEIROS,<br><br>    *Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; RODNEY S. SCOTT in his official capacity as Commissioner of Customs and Border Protection; U.S. CUSTOMS AND BORDER PROTECTION,<br><br>    *Defendants.* | Civil Action No.: 6:25-cv-699-AA<br><br>**DECLARATION OF C-D- IN SUPPORT OF PLAINTIFFS NATIONAL EDUCATION ASSOCIATION AND AMERICAN FEDERATION OF TEACHERS' MOTION FOR STAY UNDER 5 U.S.C. § 705** |

# DECLARATION OF C-D- IN SUPPORT OF PLAINTIFFS NATIONAL EDUCATION ASSOCIATION AND AMERICAN FEDERATION OF TEACHERS' MOTION FOR STAY UNDER 5 U.S.C. § 705

I, C████ D████ ("C-D-"), upon my personal knowledge, hereby declare under penalty of perjury as follows:

1. My name is █████████ C-D-. The facts set forth in this declaration are based on my personal knowledge, unless otherwise indicated, and, if called as a witness, I could and would testify thereto. I am over eighteen years of age and of sound mind to declare to the facts stated herein.

2. I am offering this Declaration in my individual capacity and not on behalf of the institution that employs me.

3. I currently serve as an Ed Tech special education paraprofessional at an elementary school in Maine.

4. I hold an associate's degree as a medical assistant.

5. I am a member of the National Education Association (NEA).

6. In my elementary school, more than 25% of the students are multilingual and a majority are Hispanic or African. Many of those multilingual students have recently immigrated to the United States.

7. Before January 2025, I was generally aware that immigration enforcement would not occur at my school. In my 7 years as a paraprofessional, I never knew of any immigration enforcement actions taking place at or near any school until after January 2025.

8. I learned about the revocation of the sensitive locations policy through my school district providing their protocol regarding immigration enforcement at our school in March 2025.

9. Since school began after the winter break in January 2026, immigration enforcement officials have regularly been waiting at school bus stops and along the routes that students walk to and from school, at pick up and drop off times. Their vehicles are also regularly parked on the road

Page 1 - DECLARATION OF C-D- ISO PLAINTIFFS NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705

leading to our school within ¼ mile of the school, and they are regularly parked close to the other middle and elementary schools in our school district.

10. On January 20, 2026, a parent of one of our school's students was picked up by immigration enforcement officials when he was walking to the school bus stop to meet his son. Consequently, there was no one to pick up his son from the bus stop. The student's mother was too afraid to come to the bus stop when she was notified that the father was detained, so the bus aide had to walk the student to his door to ensure his safety.

11. Since school resumed after winter break in January 2026, the presence of immigration enforcement officials and the resultant fear of immigration enforcement at or near my school has led to a sharp decrease in attendance, especially among the school's Latinx students. My school has had absences of 20-25% every day since January 5, 2026, and averaged 30% absences among our 170-180 students during the week of January 19-23, 2026. Some students have not attended school at all during the past two weeks.

12. Parents have told me and our school staff that they are afraid to have their children attend school because of the significant presence of immigration enforcement officials at school bus stops and near the school. One student who had been absent for several days in January 2026 finally returned to school on January 30, because a community member offered to walk with him to school, and he explained that he hadn't been at school because "ICE was trying to get him." I understood that he was afraid of being intercepted by the immigration enforcement officers who are regularly present near schools in our district and along the route to our school.

13. This decline in attendance affects my students' ability to receive instruction. Our school has directed educators like me to prepare online assignments for students who are not attending in person, which creates significantly more work than preparing for in-person instruction only.

14. Students with disabilities who are absent because they fear immigration enforcement at or near school miss out on receiving other services that they need on a regular basis, such as speech and language, on a regular basis and it is very difficult to make up that time.

15. My students who are absent because they fear immigration enforcement at or near school cannot access food and other resources that are normally supplied to them at school, under Maine's free breakfast and lunch program and our Fresh Fruit and Veggie Grant through the United States Department of Agriculture (USDA) that provides fresh fruit and vegetable snacks twice a week for all learners.

16. Students who are absent because they fear immigration enforcement at or near school cannot access health clinics at the schools that students can visit if they need treatment for anything beyond what the school nurse can handle. Students often receive treatment for ear infections, strep throat and other ailments.

17. In the time since immigration enforcement officials have been present at or near our school, I have noticed that students are more anxious and afraid about immigration enforcement occurring here. For example, students have expressed fears that immigration enforcement officials will detain their parents while they wait for them at the bus stop or at school pickup, and that their parents won't pick them up from school.

18. The students' anxiety and fear about immigration enforcement has made my teaching duties more difficult due to students' behavior issues that have arisen because of their fears and anxiety about the threat of immigration enforcement at or near our school.

19. The students' anxiety and fear about immigration enforcement has affected their ability to learn because they are more distracted in class.

20. My stress and concern about the potential for immigration enforcement at my school has caused

    me to be much less present and energized compared to my past years of teaching.

21. I am afraid that members of my community, members of the public, or my employer will retaliate against or harass me and my family if my identity becomes public in connection with this lawsuit. I am also afraid that federal law enforcement may target me, my school, or my students as a result of my participation in this lawsuit.

    I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

                                Executed in ▌▌▌▌▌▌▌ Maine on February 7, 2026.



                                s/ C. D.
                                C▌▌▌▌▌▌ D▌▌▌▌▌

STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org, smanning@ilgrp.com
TESS HELLGREN, OSB No. 191622
tess@innovationlawlab.org
RACHEL LANDRY, Mass. No.713320*
rachel@innovationlawlab.org
NELLY GARCIA ORJUELA, OSB No.223308
nelly@innovationlawlab.orgINNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

STANLEY YOUNG, CA No. 121180*
syoung@cov.com
JEHAN A. PATTERSON, D.C. No. 1012119*
jpatterson@cov.com
SABRINA MCGRAW, CA No. 334120*
smcgraw@cov.com
AMBER LOWERY, D.C. No. 1780982*
alowery@cov.com
ANALESE BRIDGES, D.C. No. 90029992*
abridges@cov.com
EVAN CHIACCHIARO, D.C. No. 90037819*
echiacchiaro@cov.com
Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: +1-202-662-5129

   Attorneys for Plaintiffs


*Pro hac vice
**Pro hac vice application forthcoming

BRANDON GALLI-GRAVES, Tx. No. 24132050*
brandon.galli-graves@justiceactioncenter.org
ESTHER H SUNG, Cal. No. 255962*
esther.sung@justiceactioncenter.org
KAREN C TUMLIN, Cal. No. 234961*
karen.tumlin@justiceactioncenter.org
HILLARY LI, Ga. No. 898375*
hillary.li@justiceactioncenter.org
LAURA FLORES-PERILLA, Cal. No. 355645*
laura.flores-perilla@justiceactioncenter.org
EMILY SATIFKA, Nj. No. 330452020*
emily.satifka@justiceactioncenter.org
JUSTICE ACTION CENTER
PO Box 27280
Los Angeles, CA 90027
Telephone:+1 323-450-727

Attorneys for Plaintiffs

DANIEL MCNEIL, D.C. No. 455712**
dmcneil@aft.org
CHANNING COOPER, Md. No. 1212110182*
ccooper@aft.org
AMERICAN FEDERATION OF TEACHERS
555 New Jersey Avenue, N.W.
Washington, D.C. 20001
Telephone: +1 202-879-4400

Attorneys for Plaintiff American Federation of Teachers

LUBNA A. ALAM, DC No. 982169*
lalam@nea.org
KATHERINE E. LAMM, DC No. 1006319*
klamm@nea.org
NATIONAL EDUCATION ASSOCIATION
1201 16th Street NW
Washington, DC 20036
(202) 822-7035

Attorneys for Plaintiff National Education Association