EXHIBIT 12

STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org,
smanning@ilgrp.com
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

STANLEY YOUNG, CA No. 121180*
syoung@cov.com
JEHAN A. PATTERSON, D.C. No. 1012119*
jpatterson@cov.com
SABRINA MCGRAW, CA No. 334120*
smcgraw@cov.com
AMBER LOWERY, D.C. No. 1780982*
alowery@cov.com
ANALESE BRIDGES, D.C. No. 90029992*
abridges@cov.com
EVAN CHIACCHIARO, D.C. No. 90037819*
echiacchiaro@cov.com
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: +1-202-662-5129

*Pro hac vice

Additional counsel on last page

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION**

| | |
|---|---|
| PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; AUGUSTANA LUTHERAN CHURCH; OUR LADY OF GUADALUPE PARISH; SAN FRANCISCO INTERFAITH COUNCIL; WESTMINSTER PRESBYTERIAN CHURCH; NATIONAL EDUCATION ASSOCIATION; AMERICAN FEDERATION OF TEACHERS; AMY LOMANTO; HANNA MAE ANDERSON; LAUREN FONG; and CAROLINE KEATING MEDEIROS,<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; RODNEY S. SCOTT in his official capacity as Commissioner of Customs and Border Protection; U.S. CUSTOMS AND BORDER PROTECTION,<br><br>*Defendants.* | Civil Action No.: 6:25-cv-699-AA<br><br>**DECLARATION OF M-L-S- IN SUPPORT OF PLAINTIFFS NATIONAL EDUCATION ASSOCIATION AND AMERICAN FEDERATION OF TEACHERS' MOTION FOR STAY UNDER 5 U.S.C. § 705** |

**DECLARATION OF M-L-S IN SUPPORT OF PLAINTIFFS NATIONAL EDUCATION ASSOCIATION AND AMERICAN FEDERATION OF TEACHERS' MOTION FOR STAY UNDER 5 U.S.C. § 705**

I, M█████ S█████ ("M-L-S-"), upon my personal knowledge, hereby declare under penalty of perjury as follows:

1. My name is M-L-S-. The facts set forth in this declaration are based on my personal knowledge, unless otherwise indicated, and, if called as a witness, I could and would testify thereto. I am over eighteen years of age and of sound mind to declare to the facts stated herein.

2. I am offering this Declaration in my individual capacity and not on behalf of the institution that employs me.

3. I currently serve as a first-grade teacher in Minnesota. I began teaching there in 2008.

4. My elementary school's students have the this composition: nearly 80% Black and other people of color, about 30% of our students are multilingual learners, and 70% qualify for free or reduced lunch.

5. I hold a master's degree in elementary education.

6. I am a member of the National Education Association (NEA) and the American Federation of Teachers (AFT).

7. I was aware generally that immigration enforcement should not take place at or near schools, and during my 14 previous years of teaching, I never knew of any immigration enforcement taking place at any schools, including the school where I taught.

8. I became aware of the termination of protections for schools and other sensitive locations by the fall of 2025, and I felt concerned then about whether the enforcement that was happening in other cities would come to Minnesota.

9. Since December 2025, it has become very common to see immigration enforcement

Page 1 - DECLARATION OF M-L-S ISO PLAINTIFFS NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705

vehicles driving by the schools in our district, including the one where I teach. For example, on numerous occasions in January 2026, educators in my district saw immigration enforcement officials parked in the parking lot of our Dual Language Spanish Immersion school, as well as the parking lot of the public park next to the school. They have been seen most commonly at drop-off and pick-up times.

10. Starting in January 2026, once immigration enforcement vehicles were regularly present nearby, staff in my building have been going outside of our building, during their free time, to ensure that students are safe when being dropped off or picked up in front of our school building. Our non-white staff feel afraid to engage in this activity because they are more at risk of being targeted by immigration enforcement officials.

11. Immigration enforcement officials have been seen parked by school bus stops beginning in January 2026. Our community rapid response group has a procedure to come to any school bus stop where immigration enforcement officials are seen to ensure that students get to and from that stop safely. Although the community members are only there to watch and ensure the safety of the students, the officers have been accusing those community members of interfering with immigration enforcement, even calling them out by name and address.

12. Several family members of students in our district have been detained by immigration enforcement officials when the family members were at or very near school bus stops. For example, a family member of one of my students was detained while waiting for the student at a bus stop in mid-January 2026.

13. Since January 2026, several students in my building have been stopped and questioned by immigration enforcement officials while walking to and from school.

14. Since January 2026, teachers and staff at my school have been taking their personal time to walk children home from school to keep them safe if there is known to be a heavy immigration enforcement presence in the area near the school.

15. In January 2026, immigration enforcement officials were also seen parked in the parking lot of our school district's Community Education Center, which houses multiple programs, including the alternative high school and adult education. This building hosts a high percentage of students who have immigrated to the United States.

16. Since January 2026, staff in our district have been boxed in or cut off by immigration enforcement vehicles when they are trying to travel between buildings as part of their job duties. These events have been terrifying for those staff members because they fear for their own safety. These actions also interfere with their ability to perform their job duties for the school district. Other educators and staff in our district are now using their preparation time or their personal time to follow these staff members to where they need to go to ensure their safety.

17. Since January 2026, educators in my school district have reported being followed by immigration enforcement officials when they leave their school building, which is intimidating and frightening to them.

18. Since immigration enforcement activity has started to take place near our school, student attendance has dropped dramatically. Since the beginning of January 2026, I typically have fewer than 20 of my 26 students attending class. Student absences create extra work and anxiety for me, because I need to contact them and their families to help them learn material they missed and make up missed assignments. Much of this work takes place outside of my regular work hours.

19. It will be extremely difficult for me to continue to support the learning of so many absent students. Taking time to do so takes away from my ability to prepare and provide instruction and grade assignments for my in-person students. This additional burden also negatively affects my personal well-being.

20. In addition to supporting students who are absent, I also have had to support between one and three students who have moved to virtual learning because of their fears of immigration enforcement at or near our school. To ensure that those students continue to make academic progress, I need to take the time to share course materials and communicate with the families regarding the work to be done and with the student to provide some instruction.

21. Teaching students virtually while still teaching roughly 20 students in person is not sustainable because of the burden it places on me. This arrangement is also ineffective in assuring that all of my students make academic progress. These students are losing out on their right to a public education.

22. Because of our proximity to another district that has a virtual learning program, some students have transferred to that other district. A decline in student enrollment affects our school's budget from the state, which in turn can affect the job security of educators in our district. I am concerned about my own job security.

23. The constant presence of immigration enforcement near my school has led students to express their fears about immigration raids. Students don't know which adults they can trust.

24. Students' fear and anxiety about immigration enforcement near my school sometimes causes my students to be very agitated at school and engage in unproductive or disruptive behaviors at school.

25. I am worried about the effect of students' stress and fear from the presence of immigration enforcement near school. My experience tells me that this could have a negative long-term impact on the students' academic progress.

26. The constant presence of immigration enforcement near my school has created a stressful situation for me because I am constantly worried about immigration enforcement happening at or near our school.

27. I am afraid that members of my community, members of the public, or my employer will retaliate against or harass me and my family if my identity becomes public in connection with this lawsuit. I am also afraid that federal law enforcement may target me, my school, or my students as a result of my participation in this lawsuit.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in ▓▓▓▓ Minnesota on 2-10-2026.

/s/ MLS

_____
**M▓▓▓▓ S▓▓▓▓**

| | |
|---|---|
| STEPHEN W MANNING, OSB No. 013373<br>stephen@innovationlawlab.org,<br>smanning@ilgrp.com<br>TESS HELLGREN, OSB No. 191622<br>tess@innovationlawlab.org<br>RACHEL LANDRY, Mass. No.713320*<br>rachel@innovationlawlab.org<br>NELLY GARCIA ORJUELA, OSB<br>No.223308<br>nelly@innovationlawlab.org<br>INNOVATION LAW LAB<br>333 SW 5th Ave., Suite 200<br>Portland, OR 97204-1748<br>Telephone: +1 503-922-3042<br><br>STANLEY YOUNG, CA No. 121180*<br>syoung@cov.com<br>JEHAN A. PATTERSON, D.C. No. 1012119*<br>jpatterson@cov.com<br>SABRINA MCGRAW, CA No. 334120*<br>smcgraw@cov.com<br>AMBER LOWERY, D.C. No. 1780982*<br>alowery@cov.com<br>ANALESE BRIDGES, D.C. No. 90029992*<br>abridges@cov.com<br>EVAN CHIACCHIARO, D.C. No. 90037819*<br>echiacchiaro@cov.com<br>Covington & Burling LLP<br>One CityCenter, 850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Telephone: +1-202-662-5129<br><br>Attorneys for Plaintiffs<br><br><br>*Pro hac vice<br>**Pro hac vice application forthcoming | BRANDON GALLI-GRAVES, Tx. No. 24132050*<br>brandon.galli-graves@justiceactioncenter.org<br>ESTHER H SUNG, Cal. No. 255962*<br>esther.sung@justiceactioncenter.org<br>KAREN C TUMLIN, Cal. No. 234961*<br>karen.tumlin@justiceactioncenter.org<br>HILLARY LI, Ga. No. 898375*<br>hillary.li@justiceactioncenter.org<br>LAURA FLORES-PERILLA, Cal. No. 355645*<br>laura.flores-perilla@justiceactioncenter.org<br>EMILY SATIFKA, Nj. No. 330452020*<br>emily.satifka@justiceactioncenter.org<br>JUSTICE ACTION CENTER<br>PO Box 27280<br>Los Angeles, CA 90027<br>Telephone:+1 323-450-727<br><br>Attorneys for Plaintiffs<br><br>DANIEL MCNEIL, D.C. No. 455712**<br>dmcneil@aft.org<br>CHANNING COOPER, Md. No. 1212110182*<br>ccooper@aft.org<br>AMERICAN FEDERATION OF TEACHERS<br>555 New Jersey Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone: +1 202-879-4400<br><br>Attorneys for Plaintiff American Federation of Teachers<br><br>LUBNA A. ALAM, DC No. 982169*<br>lalam@nea.org<br>KATHERINE E. LAMM, DC No. 1006319*<br>klamm@nea.org<br>NATIONAL EDUCATION ASSOCIATION<br>1201 16th Street NW<br>Washington, DC 20036<br>(202) 822-7035<br><br>Attorneys for Plaintiff National Education Association |

Page 7 - DECLARATION OF M-L-S ISO PLAINTIFFS NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705