EXHIBIT 13

STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org,
smanning@ilgrp.com
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

STANLEY YOUNG, CA No. 121180*
syoung@cov.com
JEHAN A. PATTERSON, D.C. No. 1012119*
jpatterson@cov.com
SABRINA MCGRAW, CA No. 334120*
smcgraw@cov.com
AMBER LOWERY, D.C. No. 1780982*
alowery@cov.com
ANALESE BRIDGES, D.C. No. 90029992*
abridges@cov.com
EVAN CHIACCHIARO, D.C. No. 90037819*
echiacchiaro@cov.com
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: +1-202-662-5129

*Pro hac vice

Additional counsel on last page

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; AUGUSTANA LUTHERAN CHURCH; OUR LADY OF GUADALUPE PARISH; SAN FRANCISCO INTERFAITH COUNCIL; WESTMINSTER PRESBYTERIAN CHURCH; NATIONAL EDUCATION ASSOCIATION; AMERICAN FEDERATION OF TEACHERS; AMY LOMANTO; HANNA MAE ANDERSON; LAUREN FONG; and CAROLINE KEATING MEDEIROS,<br><br>    *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; RODNEY S. SCOTT in his official capacity as Commissioner of Customs and Border Protection; U.S. CUSTOMS AND BORDER PROTECTION,<br><br>    *Defendants*. | Civil Action No.: 6:25-cv-699-AA<br><br>**DECLARATION OF S-R- IN SUPPORT OF PLAINTIFFS NATIONAL EDUCATION ASSOCIATION AND AMERICAN FEDERATION OF TEACHERS' MOTION FOR STAY UNDER 5 U.S.C. § 705** |

## DECLARATION OF S-R- IN SUPPORT OF PLAINTIFFS NATIONAL EDUCATION ASSOCIATION AND AMERICAN FEDERATION OF TEACHERS' MOTION FOR STAY UNDER 5 U.S.C. § 705

I, S███ R███ ("S-R-"), upon my personal knowledge, hereby declare under penalty of perjury as follows:

1. My name is S-R-. The facts set forth in this declaration are based on my personal knowledge, unless otherwise indicated, and, if called as a witness, I could and would testify thereto. I am over eighteen years of age and of sound mind to declare to the facts stated herein.

2. I am offering this Declaration in my individual capacity and not on behalf of the institution that employs me.

4. I currently serve as a reading specialist at an elementary school outside of Minneapolis, Minnesota.

5. I hold a bachelor's degree in music education and a master's degree in literacy.

6. I am a member of the National Education Association (NEA) and the American Federation of Teachers (AFT).

7. My school has a significant and growing population of students from immigrant families. Between a quarter and a third of all students are students of color.

8. In my 15 years as an educator, I had always understood that there were protections for school against immigration enforcement, and that officers could not approach people on campus. I was never concerned about this happening on campus, not once.

Page 1 - DECLARATION OF S-R- ISO PLAINTIFFS NEA AND AFT's MOTION FOR STAY UNDER 5 U.S.C. § 705

9. I became aware within the past several weeks, since January 2026, that these protections were no longer in place, when I started hearing about teachers being followed by immigration enforcement, including a teacher having their car rammed by officers on the road in front of a school near my home. I heard about immigration enforcement activity in the community, including near our public schools.

10. Since that change, I have heard about immigration enforcement officers being present in vehicles near bus stops and at a charter school a half mile from my own school, around dismissal time. I also learned of immigration enforcement activity in the neighboring Columbia Heights school district, where I used to teach, including that an elementary school student (Liam Conejo Ramos) was taken by immigration enforcement officers as he returned from school.

11. In the first week of February, I heard that Immigration and Customs Enforcement ("ICE") agents had been parked in vehicles and interacting with community members near school bus stops at a manufactured home community and at an apartment building where students from my school live. When there were reports of ICE activity at those bus stops after school, district employees were dispatched to be present when the buses arrived to keep the students safe.

12. Since there has been immigration enforcement activity near school, I have learned that families are afraid or uncertain that their children are safe at school, especially after the student was taken in Columbia Heights. There is general anxiety and fear among my students of every background.

13. Some families have stopped sending their children to school because they feel unsafe. One group of students that I teach has moved entirely to virtual learning, which requires me to spend additional time preparing and coordinating. I know that my students—especially those who are not native English speakers—are falling behind and failing to reach their capacity because of being absent, and even from learning virtually.

14. For me, the incident at Roosevelt High School in Minneapolis on January 7, 2026, was a turning point. I had felt confident in the rule of law and in the protection of my status as a U.S. Citizen. But I am from an immigrant family, and my parents are from Mexico. I fit the description of someone who would be stopped. After the incident at Roosevelt High School, I saw that that enforcement could happen at schools—the commotion, the tear gas—even with children.

15. I began carrying my U.S. Passport with me because of this fear. Worrying about the possibility of immigration enforcement at and around school has created a simmering anxiety and alertness for me.

16. One of my duties at school is to assist with morning or afternoon duty to help at the parent drop-off and pick-up lines. Because of what I have seen happen, including at Roosevelt, I now feel personally worried about being approached by immigration officers while doing my job. I have stopped going outside at school unless necessary.

17. Because of the possibility of immigration enforcement at school, parents at the school have also stepped up to be present on school corners and around school premises at drop-off and pick-up times, in order to observe and help people feel safe.

Page 3 - DECLARATION OF S-R- ISO PLAINTIFFS NEA AND AFT's MOTION FOR STAY UNDER 5 U.S.C. § 705

18. I am afraid that federal law enforcement may target me, my school, or my students if my identity becomes public in connection with this lawsuit. Based on recent news stories about adverse consequences for individuals who have served as legal observers or spoken out against ICE, I am concerned about federal law enforcement putting me on a list for adverse treatment, or following and questioning me. I fear for disrupting the lives of my spouse and children that could come from simply exercising my rights.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in [City, State] on [Date].   2-9-2026

/s/ [initials]

S-R-

STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org,
smanning@ilgrp.com
TESS HELLGREN, OSB No. 191622
tess@innovationlawlab.org
RACHEL LANDRY, Mass. No.713320*
rachel@innovationlawlab.org
NELLY GARCIA ORJUELA, OSB No.223308
nelly@innovationlawlab.orgINNOVATION
LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

STANLEY YOUNG, CA No. 121180*
syoung@cov.com
JEHAN A. PATTERSON, D.C. No. 1012119*
jpatterson@cov.com
SABRINA MCGRAW, CA No. 334120*
smcgraw@cov.com
AMBER LOWERY, D.C. No. 1780982*
alowery@cov.com
ANALESE BRIDGES, D.C. No. 90029992*
abridges@cov.com
EVAN CHIACCHIARO, D.C. No. 90037819*
echiacchiaro@cov.com
Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: +1-202-662-5129

   Attorneys for Plaintiffs

*Pro hac vice
**Pro hac vice application forthcoming

BRANDON GALLI-GRAVES, Tx. No. 24132050*
brandon.galli-graves@justiceactioncenter.org
ESTHER H SUNG, Cal. No. 255962*
esther.sung@justiceactioncenter.org
KAREN C TUMLIN, Cal. No. 234961*
karen.tumlin@justiceactioncenter.org
HILLARY LI, Ga. No. 898375*
hillary.li@justiceactioncenter.org
LAURA FLORES-PERILLA, Cal. No. 355645*
laura.flores-perilla@justiceactioncenter.org
EMILY SATIFKA, Nj. No. 330452020*
emily.satifka@justiceactioncenter.org
JUSTICE ACTION CENTER
PO Box 27280
Los Angeles, CA 90027
Telephone:+1 323-450-727

Attorneys for Plaintiffs

DANIEL MCNEIL, D.C. No. 455712**
dmcneil@aft.org
CHANNING COOPER, Md. No. 1212110182*
ccooper@aft.org
AMERICAN FEDERATION OF TEACHERS
555 New Jersey Avenue, N.W.
Washington, D.C. 20001
Telephone: +1 202-879-4400

Attorneys for Plaintiff American Federation of Teachers

LUBNA A. ALAM, DC No. 982169*
lalam@nea.org
KATHERINE E. LAMM, DC No. 1006319*
klamm@nea.org
NATIONAL EDUCATION ASSOCIATION
1201 16th Street NW
Washington, DC 20036
(202) 822-7035

Page 5 - DECLARATION OF S-R- ISO PLAINTIFFS NEA AND AFT's MOTION FOR STAY UNDER 5 U.S.C. § 705

Attorneys for Plaintiff National Education Association

Page 6 - DECLARATION OF S-R- ISO PLAINTIFFS NEA AND AFT's MOTION FOR STAY UNDER 5 U.S.C. § 705