# EXHIBIT 17

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 0:26-cv-01023-LMP-LIB |

## **DECLARATION OF AMY HEWETT-OLATUNDE, Ed.D., Ed.S.**

I, AMY HEWETT-OLATUNDE, Ed.D., Ed.S. declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge. I am a member of Plaintiff Education Minnesota.

2. I am employed as an English as a Second Language ("ESL") teacher at Humbolt High School in St. Paul, Minnesota, part of St. Paul Public Schools. I am also an adjunct professor at Hamline University in St. Paul, where I teach post-secondary English Learners ("ELs"), pre-service ESL teachers and teachers who specialize in different subject matters, like math, science, or history. I received the Minnesota Teacher of the Year award for the 2015-2016 school year. I am a former president of MinneTESOL, a professional association of ESL teachers in Minnesota and neighboring states. Due to my expertise, I am a frequent commentator on education related issues.

3. In large part due to immigration enforcement activity near public schools and bus stops, kids are anxious and distracted, which adversely impacts their education. Children have asked me personally in class, "What happens if ICE comes up and tries to take us, you know, when we're trying to get on the bus?" I have also had students ask me if they are safe from immigration agents at school. After the purported end of "Operation Metro Surge" was announced, I had multiple students ask if it was safe for them to come back to school in person; they are scared that they could still encounter immigration agents at school or school bus stops. It is incredibly hard for students to complete schoolwork under these conditions.

4. Beginning in December 2025, we noticed a drop in attendance among Latino and Hispanic students, particularly in our language academy classes that focus on students who have been in the U.S. for two years or less. Approximately 60-70% of all students in our language academy classes stopped coming to school in person. Many families made the decision to keep kids home rather than risk that their kids will be detained while waiting for the bus or outside school, or that parents will be detained bringing their kids to or from school. While some of those students registered for online learning, there are some families with whom we have not had any contact despite repeated attempts to reach them.

5. Of Humboldt High School's approximately 1,000 students, at its peak, approximately 200 registered for online learning. Student attendance has been variable among students who are learning online. Some students struggle with technology. The school has provided hot spots so students learning remotely have internet access, but they do not always work well when multiple students try to use the same hot spot at the same time.

6. My colleagues and I are spending significant extra time developing lesson plans and materials for students who are online, in addition to teaching students who are attending class in person. For example, I have a class that is a deaf and hard of hearing ESL class. At one point, 80% of students in that class were not attending class in person because of fears of encountering immigration agents at schools or school bus stops. We had to have a sign language interpreter Zoom in with the remote students while we worked on reading. Video lessons we record for remote learners in that class must also have captions, which requires additional work. In another ESL class, we are reading The Hunger

4

Games. For students studying remotely, I had to provide the book online in Spanish and English, along with study guides and other materials. Many of the students who are virtual are those who struggle with English the most. I have had to truncate their assignments like discussion questions to accommodate the added difficulties they face doing the work without having real time support from me. It is also harder for me to evaluate whether those students are progressing academically. I feel like I am not meeting my students' needs, which is horrible feeling as a teacher.

7. I am concerned about all the added support our students will need if or when they do feel safe to come back to class in person. Our high school students need to complete certain credits to graduate. Some students will require extra help to complete those necessary credits, which will mean additional labor from myself and other educators.

8. Immigration enforcement activities happen regularly in the neighborhood surrounding Humboldt Senior High School. One family reported that they saw immigration agents outside their apartment and were scared to go outside to meet their child as the child got off the school bus at the bus stop. The family called the school, and a teacher came to the bus stop to meet and walk the child into the building. Just last week, I encountered immigration agents blocking Roberts Street approximately two blocks from the school so that I had to find an alternate route to work.

9. On another occasion, our union steward reported that immigration agents pulled over two vans of students with cognitive and physical learning differences from another school in our district. The incident was reported on local news. I also spoke with staff at the impacted school about the incident. The agents opened the door and demanded

to know the ages of the students in the van. This was a terrifying experience for our staff and vulnerable students on board.

10. Our students – particularly students of color – are scared and exhausted. They want this to end so they can go back to being kids. Several of my colleagues have also told me they are feeling burnt out and exhausted from all the stress and added demands created by immigration enforcement activities around our school and bus stops.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 2/18/2026         _s/ Amy Hewett-Olatunde_____
                          Amy Hewett-Olatunde, Ed.D., Ed.S.