# EXHIBIT 20

STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org,
smanning@ilgrp.com
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

STANLEY YOUNG, CA No. 121180*
syoung@cov.com
JEHAN A. PATTERSON, D.C. No. 1012119*
jpatterson@cov.com
SABRINA MCGRAW, CA No. 334120*
smcgraw@cov.com
AMBER LOWERY, D.C. No. 1780982*
alowery@cov.com
ANALESE BRIDGES, D.C. No. 90029992*
abridges@cov.com
EVAN CHIACCHIARO, D.C. No. 90037819*
echiacchiaro@cov.com
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: +1-202-662-5129

*Pro hac vice*

Additional counsel on last page

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; AUGUSTANA LUTHERAN CHURCH; OUR LADY OF GUADALUPE PARISH; SAN FRANCISCO INTERFAITH COUNCIL; WESTMINSTER PRESBYTERIAN CHURCH; NATIONAL EDUCATION ASSOCIATION; AMERICAN FEDERATION OF TEACHERS; AMY LOMANTO; HANNA MAE ANDERSON; LAUREN FONG; and CAROLINE KEATING MEDEIROS,<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; RODNEY S. SCOTT in his official capacity as Commissioner of Customs and Border Protection; U.S. CUSTOMS AND BORDER PROTECTION,<br><br>*Defendants.* | Civil Action No.: 6:25-cv-699-AA<br><br>**DECLARATION OF P-S- IN SUPPORT OF PLAINTIFFS NATIONAL EDUCATION ASSOCIATION AND AMERICAN FEDERATION OF TEACHERS' MOTION FOR STAY UNDER 5 U.S.C. § 705** |

**DECLARATION OF P-S- IN SUPPORT OF PLAINTIFFS NATIONAL EDUCATION ASSOCIATION AND AMERICAN FEDERATION OF TEACHERS' MOTION FOR STAY UNDER 5 U.S.C. § 705**

I, P⬛ S⬛ ("P-S-"), upon my personal knowledge, hereby declare under penalty of perjury as follows: I am over the age of 18 years and I have personal knowledge of the following facts and if called to testify, I could and would competently do so.

1. My name is **P-S-.** The facts set forth in this declaration are based on my personal knowledge, unless otherwise indicated, and, if called as a witness, I could and would testify thereto. I am over eighteen years of age and of sound mind to declare to the facts stated herein.

2. I currently serve as a high-school special education teacher in St. Paul, Minnesota.

3. I am a member of the National Education Association (NEA) and the American Federation of Teachers (AFT).

4. My school population includes approximately 85% non-white immigrant families. It also has a very high population of students with special needs.

5. Prior to January 2025, I was aware of the sensitive locations policy because my previous job required familiarity with various laws and policies. I also worked at a church, which I knew was also a "no-go" zone under the policy. Accordingly, I never worried about immigration enforcement in and around schools or churches.

6. I remember hearing about the sensitive location policy's rescission on the news, and it made me angry because I strongly believed schools and churches – like the ones where I work – are supposed to be safe places for kids to go learn and people to go worship, respectively. When I started to hear about immigration enforcement activity ramping up in Summer 2025, I began to get nervous about my school.

Page 1 - DECLARATION OF P-S- ISO PLAINTIFFS NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705

7. My school's population is small, but we have still been impacted by the current surge in immigration enforcement in Minnesota. At least one student at my school has had their parent taken into ICE custody, and another parent wears an ankle bracelet monitoring device given to them by ICE. Many of my colleagues of color have also had encounters with ICE, even though none of them are immigrants.

8. I have heard about parents being taken by ICE during school drop-off and pick-up within my school district. My local union even warned that ICE agents had dressed up with reflective vests and whistles pretending to be legal observers, only to probe parent volunteers for information about schools such as dismissal times.

9. I am also aware that ICE stopped a van of special-needs students from another high school in my district. Though no students were taken, agents did ask for immigration papers from these children. These special-needs students were very similar to my own, so I could easily imagine this same thing happening to us. After this incident occurred, my school had to take time to devise a protocol for our bus aides and train them on it.

10. Because of the regularity with which I see immigration agents and hear about their activity around my school and other schools, it feels like not only are schools no longer safe havens, but also like they are being specifically targeted.

11. About 25% of the student body at my school has recently moved to virtual learning. My understanding is that many of them fear coming to school in person because of the prospect of immigration enforcement there. We moved these students to virtual learning with our school because we are concerned about a loss of funding if these students are formally transferred to St. Paul's separate online academy.

12. Because of this shift, each of the grade bands at my school has had to figure out how to pivot quickly to offering online instruction while also still teaching in person. This is particularly challenging as a special education teacher, because I am still legally required to follow my students' Individualized Education Programs (IEPs) and must figure out ways to make hybrid learning fit each student's particular needs. I estimate that has led to a 30-50% increase in workload for me and for my colleagues who are special education teachers.

13. Some of the students at my school have left entirely and moved to more suburban areas because of ICE presence in my school's community, including near the school campus. Because these students have special needs, my colleagues have had to take time to coordinate transfer of the student's IEP to their new school.

14. My students who are still coming to school talk to me frequently about the high stress they are experiencing.

15. Many students at my school rely on Minnesota's free school meals program, so the school is responsible for feeding them. And when those students do not (or cannot) come to school in person, they do not get those meals. I feel distressed thinking about kids – including those with special medical needs – going without food.

16. Coordinating these deliveries and helping impacted families in other ways is taking up almost all of my school administration's and social worker's time. As a result, my colleagues and I cannot rely on their capacity to provide the day-to-day support they would typically offer us. This translates into yet more increased work and stress.

17. I know that this is going on in other districts as well. For instance, I live in a suburb of St. Paul where there is also a heavy ICE presence. I have observed agents watching my daughter's school

bus stop every morning since mid-January.

18. The stress from what is happening in my community and at my school has taken over my therapy sessions, and my therapist even asked me if I wanted to consider taking medication to alleviate my anxiety. I have told my therapist that I can feel myself being traumatized in real time, along with my colleagues. And yet we can't do anything to stop it.

19. I am afraid that federal law enforcement may retaliate against and target me, my school, or my students if my identity becomes public as a result of my participation in this lawsuit.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in ▮▮▮▮▮ MN on February 6, 2026.

/s/ PS

_____

P▮▮ S▮▮▮▮



| STEPHEN W MANNING, OSB No. 013373 | BRANDON GALLI-GRAVES, Tx. No. 24132050* |
|---|---|
| stephen@innovationlawlab.org, smanning@ilgrp.com | brandon.galli-graves@justiceactioncenter.org |
| TESS HELLGREN, OSB No. 191622 | ESTHER H SUNG, Cal. No. 255962* |
| tess@innovationlawlab.org | esther.sung@justiceactioncenter.org |
| RACHEL LANDRY, Mass. No.713320* | KAREN C TUMLIN, Cal. No. 234961* |
| rachel@innovationlawlab.org | karen.tumlin@justiceactioncenter.org |
| NELLY GARCIA ORJUELA, OSB No.223308 | HILLARY LI, Ga. No. 898375* |
| nelly@innovationlawlab.orgINNOVATION LAW LAB | hillary.li@justiceactioncenter.org |
| 333 SW 5th Ave., Suite 200 | LAURA FLORES-PERILLA, Cal. No. 355645* |
| Portland, OR 97204-1748 | laura.flores-perilla@justiceactioncenter.org |
| Telephone: +1 503-922-3042 | EMILY SATIFKA, Nj. No. 330452020* |
| STANLEY YOUNG, CA No. 121180* | emily.satifka@justiceactioncenter.org |
| syoung@cov.com | |
| JEHAN A. PATTERSON, D.C. No. 1012119* | |

Page 4 - DECLARATION OF P-S- ISO PLAINTIFFS NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705

<div style="columns: 2">

jpatterson@cov.com
SABRINA MCGRAW, CA No. 334120*
smcgraw@cov.com
AMBER LOWERY, D.C. No. 1780982*
alowery@cov.com
ANALESE BRIDGES, D.C. No. 90029992*
abridges@cov.com
EVAN CHIACCHIARO, D.C. No. 90037819*
echiacchiaro@cov.com
Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: +1-202-662-5129

   Attorneys for Plaintiffs

*Pro hac vice*
**Pro hac vice application forthcoming*

JUSTICE ACTION CENTER
PO Box 27280
Los Angeles, CA 90027
Telephone:+1 323-450-727

Attorneys for Plaintiffs

DANIEL MCNEIL, D.C. No. 455712**
dmcneil@aft.org
CHANNING COOPER, Md. No. 1212110182*
ccooper@aft.org
AMERICAN FEDERATION OF TEACHERS
555 New Jersey Avenue, N.W.
Washington, D.C. 20001
Telephone: +1 202-879-4400

Attorneys for Plaintiff American Federation of Teachers

LUBNA A. ALAM, DC No. 982169*
lalam@nea.org
KATHERINE E. LAMM, DC No. 1006319*
klamm@nea.org
NATIONAL EDUCATION ASSOCIATION
1201 16th Street NW
Washington, DC 20036
(202) 822-7035

Attorneys for Plaintiff National Education Association

</div>

Page 5 - DECLARATION OF P-S- ISO PLAINTIFFS NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705