# EXHIBIT 21

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>        Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

## <u>DECLARATION OF VINCE WAGNER</u>

I, VINCE WAGNER, declare as follows:

1.      I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge. I am a member of Plaintiff Education Minnesota.

2.      I am the current President of the Rochester Education Association in Rochester, Minnesota, a professional association that supports its over 1,400 public school members in leading the pursuit of educational excellence. I am a math teacher at a public high school in Rochester with over three decades of teaching experience.

3.      Immigration enforcement activities have had a devastating impact on minority families in our community. Our Spanish immersion and newcomer programs have been particularly impacted. Students do not feel safe coming to school, so attendance has declined. Teachers are providing food and other supplies for families who are afraid to leave their homes. I have colleagues who are teachers of color who are also worried and carrying their passports with them at all times.

4.      In response to the fear caused by immigration activity near schools, many of our schools began to have teachers patrol school blocks at dismissal time. These teachers have reported seeing agents parked on the street bordering the elementary school playground during or close to the time that students were leaving the school. Teachers have also reported to me that immigration agents have been spotted following school buses and parked at school bus stops. We have some volunteer parents riding school buses to make sure kids can make it home safely from their bus stops.

5.     Students are adversely impacted by the stress of all of this. Behavioral concerns have escalated. Kids who need special education assessments have been unable to initiate that process because their families don't feel safe taking them for the requisite eye exam, which is part of the evaluation process.

6.     This situation is not good. Kids can't focus. Teachers can't focus. It is horrible to watch how much harm is happening in our schools as a result of immigration enforcement activities, especially those near schools and bus stops.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 2/12/226                          *s/ Vince Wagner*
                                         Vince Wagner