# EXHIBIT 28

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-01023<br><br>**DECLARATION OF DR. JENNA CHERNEGA** |

I, Dr. Jenna Chernega, declare under penalty of perjury:

1. I am a Professor of Sociology at Winona State University ("WSU").

2. I was elected President of the Faculty Association of WSU ("FA") and served for the academic years of 2017-2022.

3. I currently am serving a second two-year term as President of the Inter Faculty Organization – the labor union which represents faculty, librarians and coaches working at the seven State Universities in the Minnesota State system.

4. Increased immigration enforcement has caused significant stress and increased workload for me and the faculty members I represent in Minnesota. The elimination of the sensitive location protection in January 2025 increased stress and workload further. Since the elimination of the sensitive location language, I have regularly received questions from faculty members about how I, as the President of the IFO, or the

IFO itself, can keep them and their students safe from detainment, deportation or other harm caused by immigration enforcement agents. I have had to admit that I cannot provide that assurance of safety. The sensitive location policy provided some additional assurance that immigration enforcement on or near campuses would not happen or would be rare. Now there are no such assurances.

5. On December 6, 2025, Immigration and Customs Enforcement (ICE) encroached on a private college campus in Minneapolis. The incident is best described in a statement issued the following day by Augsburg University:

> The Augsburg University community was deeply shaken by an incident that took place on campus on December 6. Without producing a warrant, an armed, masked group of ICE agents targeted an undergraduate student and confronted members of our community directly outside a residence hall. They aimed weapons at witnesses that included staff and students while many more students watched from their windows. These tactics, with the implicit threat of violence, are unacceptable, dangerous, and profoundly disturbing. . . . What happened on December 6 was far outside the scope of our normal experience. Our focus in the wake of this traumatic incident is on the safety and well-being of our campus community. Now more than ever, our mission of education is critical to the healthy functioning of a free, democratic society.

This disturbing and widely-publicized incident at a nearby campus reverberated among faculty the IFO represents and their students. Many of us felt the threat of dangerous incursions by armed ICE agents on our own campuses.

6. One of our campuses, Metropolitan State University ("Metro State"), is located in the Dayton's Bluff neighborhood of St. Paul. This neighborhood has been a frequent target of federal immigration enforcement, including two high profile raids at companies in the fall semester of 2025. Early on the morning of January 13, 2026, I received a text message from Metro State's Faculty Association President, Prof. Cindy

Harley, reporting that "ICE is at Metro." ICE agents had been spotted directly across the street from the Metro State campus. I immediately drove to the Metro State campus. By the time I arrived, the agents had left. I sat in my car in the parking lot, holding regularly scheduled meetings for the next two hours, in case they returned.

7. Some faculty members have expressed concerns to me about attending faculty events, such as our Delegate Assembly which is planned for March 2026, because they are afraid to travel in Minnesota or are afraid that the hotel may be subject to immigration enforcement activity.

8. There have been immigration enforcement activities and detainments in communities surrounding our campuses in St. Paul, St. Cloud, Mankato, and Winona, Minnesota. While detainments have not taken place directly on campus, the absence of sensitive location protection makes faculty especially concerned that they could.

9. ICE's incursion at Augsburg and the unbridled and violent conduct of ICE generally, have given rise to legitimate concern about the safety of students and employees on campus. I am aware of several Minnesota State universities that have found it necessary to authorize faculty to shift from in-person classes on campus to on-line or hybrid modalities to accommodate students' concerns about their safety. Metro State faculty report that parents are driving their students of color to class and waiting in the parking lot for them to drive them back home. In addition, locked doors are proliferating on some of our campuses – buildings, offices, classrooms, etc.

10. On February 4, 2026, the IFO conducted a survey of faculty regarding the impact of immigration enforcement on or near campuses. Of 33 faculty who have

responded to date, 94% have seen students expressing concern, stress, or upset about immigration enforcement on or near their campus. One faculty member observed that the Latinx group on campus is not meeting and that students of color who usually take the train to campus are noticeably absent. Many faculty have observed a marked absence of students of color.

11. Of the respondents to the survey, 91% have seen expression of concern, stress and upset among their colleagues.

12. One faculty member described spending hours of their own time investing in professional development to help support students and colleagues when ICE is on or near campus.

13. Faculty members have observed that international students are struggling tremendously. They are scared to leave their homes to attend in-person classes, which then puts them at risk surrounding their visa maintenance requirements that they attend classes in person.

14. Of the 33 faculty surveyed, 48% experienced an increase of their workload and time spent on work as a result of immigration enforcement on or near their campus. Faculty have had to rewrite curriculum to transition to on-line courses for many students. One faculty member had to rework curriculum to eliminate outdoor field work – to protect students from the risk of ICE near the campus and circulating in the area. In addition to the increased work for the faculty, the impact on students of eliminating face-to-face classes and field trips diminishes the quality of their learning experience.

15. I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT.

*[Signature]*
Dr. Jenna Chernega

Dated: February 16, 2026

County of Ramsey, State of Minnesota

*[Signature: Kathryn M Engdahl]*

KATHRYN M ENGDAHL
Notary Public
Minnesota
My Commission Expires
Jan 31, 2030