# EXHIBIT 29

STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org,
smanning@ilgrp.com
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

STANLEY YOUNG, CA No. 121180*
syoung@cov.com
JEHAN A. PATTERSON, D.C. No. 1012119*
jpatterson@cov.com
SABRINA MCGRAW, CA No. 334120*
smcgraw@cov.com
AMBER LOWERY, D.C. No. 1780982*
alowery@cov.com
ANALESE BRIDGES, D.C. No. 90029992*
abridges@cov.com
EVAN CHIACCHIARO, D.C. No. 90037819*
echiacchiaro@cov.com
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: +1-202-662-5129

*Pro hac vice*

Additional counsel on last page

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; AUGUSTANA LUTHERAN CHURCH; OUR LADY OF GUADALUPE PARISH; SAN FRANCISCO INTERFAITH COUNCIL; WESTMINSTER PRESBYTERIAN CHURCH; NATIONAL EDUCATION ASSOCIATION; AMERICAN FEDERATION OF TEACHERS; AMY LOMANTO; HANNA MAE ANDERSON; LAUREN FONG; and CAROLINE KEATING MEDEIROS,<br><br>        *Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; RODNEY S. SCOTT in his official capacity as Commissioner of Customs and Border Protection; U.S. CUSTOMS AND BORDER PROTECTION,<br><br>        *Defendants.* | Civil Action No.: 6:25-cv-699-AA<br><br>**DECLARATION OF J-R- IN SUPPORT OF PLAINTIFFS NATIONAL EDUCATION ASSOCIATION AND AMERICAN FEDERATION OF TEACHERS' MOTION FOR STAY UNDER 5 U.S.C. § 705** |

**DECLARATION OF J-R- IN SUPPORT OF PLAINTIFFS NATIONAL EDUCATION ASSOCIATION AND AMERICAN FEDERATION OF TEACHERS' MOTION FOR STAY UNDER 5 U.S.C. § 705**

I, J█████ R█████ **(J-R-)**, upon my personal knowledge, hereby declare under penalty of perjury as follows:

1. My name is J-R-**.** The facts set forth in this declaration are based on my personal knowledge, unless otherwise indicated, and, if called as a witness, I could and would testify thereto. I am over eighteen years of age and of sound mind to declare to the facts stated herein.

2. I am offering this Declaration in my individual capacity and not on behalf of the institution that employs me.

3. I currently serve as a science teacher in a Minnesota school. I have been teaching virtually since 2019, and I have been an educator for 31 years.

4. I hold a master's degree in education.

5. I am a member of the National Education Association (NEA) and the American Federation of Teachers (AFT).

6. During my 31 years as an educator, I never knew of any immigration enforcement taking place at a school prior to January 2025. I still didn't think that any enforcement actions would take place at a school until tear gas was used at Roosevelt High School in January 2026, about 12 miles away from my school.

7. On or about January 9, 2026, it is my understanding that immigration enforcement officials were seen outside of Cooper High School, which is part of my school district.

8. On or about January 14, 2026, a parent of one of the students in my school was detained by immigration enforcement officials at a school bus stop. That parent's child was able to board the bus but was incredibly upset because their parent was taken.

9. The revocation of the sensitive locations protection for schools and the increased immigration enforcement at or near our schools has significantly affected my teaching. In my virtual science classes, prior to December 2025 I had a total of 120 students, and I now have 235 students who are virtual on a full time basis. It is my understanding that this increase is a response to families' fears about immigration enforcement at or near their schools, given that many of these new students are ESL students. This increase in enrollment has dramatically increased my workload since December 2025, including increased time spent grading assignments and responding to student questions. Increased class size can also detract from students' learning experience in a virtual format because students have less opportunity to ask questions and interact with me and other students.

10. Students who are negatively affected by the increased immigration enforcement activity near our school require additional attention from me.  For example, I have a Native American student in one of my virtual classes who said that they were affected by immigration enforcement in the area near our school, and asked that I provide some modifications in their academic workload as a response to that impact.  This request was granted as much as possible without negatively affecting the student's academic progress, but addressing these types of concerns constitutes additional work for me.

11. Other teachers in my school district have likewise been impacted. For example, my colleague is an ESL teacher in our school district's virtual program. She had 15 students in Fall 2025, but as of January 26, 2026, she had 60 virtual students.  This is huge increase in the work burden on this teacher, including increased time spent grading assignments and responding to student questions.

12. I am afraid that members of my community, members of the public, or my employer will retaliate against or harass me and my family if my identity becomes public in connection with this lawsuit. I am also afraid that federal law enforcement may target me, my school, or my students as a result of my participation in this lawsuit.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in ███████ MN on ███ 2/5/2026 .



Page 3 - DECLARATION OF J-R- ISO PLAINTIFFS NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705

| | |
|---|---|
| STEPHEN W MANNING, OSB No. 013373<br>stephen@innovationlawlab.org, smanning@ilgrp.com<br>TESS HELLGREN, OSB No. 191622<br>tess@innovationlawlab.org<br>RACHEL LANDRY, Mass. No.713320*<br>rachel@innovationlawlab.org<br>NELLY GARCIA ORJUELA, OSB No.223308<br>nelly@innovationlawlab.org<br>INNOVATION LAW LAB<br>333 SW 5th Ave., Suite 200<br>Portland, OR 97204-1748<br>Telephone: +1 503-922-3042<br><br>STANLEY YOUNG, CA No. 121180*<br>syoung@cov.com<br>JEHAN A. PATTERSON, D.C. No. 1012119*<br>jpatterson@cov.com<br>SABRINA MCGRAW, CA No. 334120*<br>smcgraw@cov.com<br>AMBER LOWERY, D.C. No. 1780982*<br>alowery@cov.com<br>ANALESE BRIDGES, D.C. No. 90029992*<br>abridges@cov.com<br>EVAN CHIACCHIARO, D.C. No. 90037819*<br>echiacchiaro@cov.com<br>Covington & Burling LLP<br>One CityCenter, 850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Telephone: +1-202-662-5129<br><br>   Attorneys for Plaintiffs<br><br><br>*Pro hac vice<br>**Pro hac vice application forthcoming | BRANDON GALLI-GRAVES, Tx. No. 24132050*<br>brandon.galli-graves@justiceactioncenter.org<br>ESTHER H SUNG, Cal. No. 255962*<br>esther.sung@justiceactioncenter.org<br>KAREN C TUMLIN, Cal. No. 234961*<br>karen.tumlin@justiceactioncenter.org<br>HILLARY LI, Ga. No. 898375*<br>hillary.li@justiceactioncenter.org<br>LAURA FLORES-PERILLA, Cal. No. 355645*<br>laura.flores-perilla@justiceactioncenter.org<br>EMILY SATIFKA, Nj. No. 330452020*<br>emily.satifka@justiceactioncenter.org<br>JUSTICE ACTION CENTER<br>PO Box 27280<br>Los Angeles, CA 90027<br>Telephone:+1 323-450-727<br><br>Attorneys for Plaintiffs<br><br>DANIEL MCNEIL, D.C. No. 455712**<br>dmcneil@aft.org<br>CHANNING COOPER, Md. No. 1212110182*<br>ccooper@aft.org<br>AMERICAN FEDERATION OF TEACHERS<br>555 New Jersey Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone: +1 202-879-4400<br><br>Attorneys for Plaintiff American Federation of Teachers<br><br>LUBNA A. ALAM, DC No. 982169*<br>lalam@nea.org<br>KATHERINE E. LAMM, DC No. 1006319*<br>klamm@nea.org<br>NATIONAL EDUCATION ASSOCIATION<br>1201 16th Street NW<br>Washington, DC 20036<br>(202) 822-7035<br><br>Attorneys for Plaintiff National Education Association |

Page 4 - DECLARATION OF J-R- ISO PLAINTIFFS NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705