# EXHIBIT 40

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

## <u>DECLARATION OF MONICA BYRON</u>

I, MONICA BYRON, declare as follows:

1.      I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge, my professional experience and education, and information I have obtained from educator-members of Education Minnesota ("EdMN").

2.      I am the President of EdMN. EdMN is an association comprised of over 84,000 local union members who work in pre-K–12 schools and higher education institutions statewide. Our members include pre-K–12 public school teachers, education support professionals, faculty at several university campuses and community and technical colleges, college students preparing for careers in education, and retired educators who have devoted their lives to students. Over 64,000 EdMN members are employed by public school districts, including Fridley Public School District and Duluth Public School District, as well as several unionized public charter and private schools.

3.      EdMN employs 172 staff throughout the state, including business agents (called "Field Staff"), attorneys, organizing specialists, negotiations specialists, lobbyists, political campaign specialists, business agents, education issues specialists, and administrative support staff. EdMN is affiliated with the American Federation of Teachers (AFT), the National Education Association (NEA), and the AFL-CIO.

4.      EdMN's mission is to promote the welfare of its educator-members by advocating for professional compensation, affordable healthcare, and respectable pensions that allow every member to retire with dignity. Education Minnesota also works to

strengthen professional excellence in education and enhance the successful development of each learner in Minnesota. In support of its mission, EdMN assists 486 local unions with collective bargaining and legal representation, training for local leaders related to member rights advocacy, financial compliance training for local treasurers, assistance with school board elections and local funding referenda, and advocacy for pro-worker and pro-public education policies at the state legislature. EdMN also supports individual members with robust in-person and virtual professional development sessions, assistance in disciplinary investigations, legal representation related to the enforcement of anti-discrimination, leave, and tenure laws, and by providing classroom grants and other resources to help educators foster inclusive and effective learning environments for learners of all levels and backgrounds. The Department of Homeland Security ("DHS")'s decision to rescind its Guidance for Enforcement Actions in or near Protected Areas (the "Protected Locations Policy") has interfered with those core activities and strained EdMN's resources considerably.

**DHS's change in policy to allow immigration enforcement near schools and bus stops has directly interfered with EdMN's core activities and diverted its resources**

5.      Since DHS rescinded its Protected Locations Policy, EdMN has had to dedicate considerable time and attention to address the many impacts on educators and their students that flow from increased immigration enforcement activity near schools and bus stops. Most local leaders in our state are full-time educators, so the staff of Education Minnesota play a critical role in helping local unions negotiate their contracts and fulfill their legal obligations to fairly represent members and enforce their collective bargaining

agreements under the Duty of Fair Representation. Members also depend on Education Minnesota programs for professional development and to be a voice for their interests at the Legislature. These obligations must be met regardless of any other circumstances occurring in the state or the country. Because EdMN operates with limited staff, time, and funding, this shift unavoidably draws critical resources away from the above-described core programs and activities that directly advance EdMN's mission.

6.      For example, because of the recission, EdMN has had to devote its limited resources to develop and execute multiple trainings for teachers and school staff on how schools should respond to immigration enforcement operations at school. Since the rescission, EdMN has held at least 15 separate trainings or webinars for members and leaders on how schools and educators should prepare for a visit from immigration enforcement. This training also includes information on state and federal student data privacy laws that public school and university employees need to follow should an immigration agent request data from the school, college, or university. EdMN has had to develop these trainings based on persistent demands from members and local union leaders, since some school districts in the state have not been willing or able to develop detailed policies for staff on these topics. Because Education Minnesota does not typically provide immigration-related legal assistance to members and does not employ an in-house immigration attorney, it hired an immigration attorney from a local non-profit organization to assist with the development of some of these training materials. A webinar on this topic offered in January of 2025 had over 200 members, and an updated webinar in January of 2026 has had over 100 participants. An in-person legal training delivered to Aspiring

Educator members who are teachers in training at the University of Minnesota-Twin Cities campus had 93 attendees. If the Protected Locations Policy is not restored, EdMN will need to continue to divert time to these trainings and resources, instead of providing professional development on topics such as educators' speech rights, the Teacher Code of Ethics, staff safety, understanding Minnesota's new paid family and medical leave laws, and supporting students with disabilities. A planned initiative within the legal department to overhaul and update these trainings based on legislative changes and member feedback has been put on hold due to the need to prioritize preparing members for the possibility of immigration enforcement activities at their schools and campuses.

7.      Since the rescission, EdMN's field and legal staff have also had to delay non-urgent work with members to developing resources, delivering trainings, and fielding questions from members related to immigration agents' activity on or near schools. During the 2025 calendar year, EdMN's seven attorneys collectively spent over 50 hours on immigration-related legal work, much of it focused on preparing educators for the possibility of ICE or Border Patrol activity at or near schools. Member questions to their local leaders and EdMN staff have included the following: 1) How do I connect vulnerable families with immigration attorneys?; 2) Am I allowed to help parents complete Delegation of Parental Authority (DOPA) forms in the event they are detained, and where can I find them a notary? 3) Am I allowed to drive students or families who don't feel safe riding the school bus, public transportation, or driving themselves to school?; 4) If ICE/Border Patrol comes to my school and won't identify themselves, how do I know that they are truly an ICE/Border Patrol agent (Minnesota's former House Speaker Melissa Hortman and her

husband were assassinated in their home this summer by a man impersonating law enforcement)?; 5) Do school staff have a right to be notified if agents come on school grounds?; 6) Am I allowed to film ICE/Border Patrol agents if they come on school grounds?; 7) If ICE/Border Patrol comes to my school without a warrant and refuses to leave when asked, should I call local law enforcement for help?; 8) If an ICE agent is assaulting a student or a colleague, can I physically intervene to protect them?; 9) Will I be eligible for legal representation from my union if I am arrested by ICE/Border Patrol at work?; 10) Who should I call to get an attorney if I am arrested at work?; 11) What do I tell my students if we are forced to go into a lockdown because of ICE/Border Patrol?; 12) What do I tell families who ask if it's safe for them to send their kids to school, which is in a community that has seen heavy ICE/Border Patrol activity?; 13) How do we coordinate mutual aid (financial and/or food assistance) to families who are afraid of sending their kids to school?; 14) From visa-holders working in language immersion programs in districts that have seen ICE/Border Patrol Activity: What immigration papers should we be carrying with us to prove that we have legal status if we are questioned by ICE/Border Patrol at work? EdMN has had to invest substantial time and in some cases consult with outside immigration counsel we have paid to provide reliable answers to these questions.

8.     The EdMN employees receiving these questions are primarily 44 field staff and seven attorneys, who typically provide support to local unions and members in negotiations, contract enforcement, disciplinary investigations, accommodation requests, and other member rights matters. Because they have had to divert time to responding to these immigration-related questions, field staff, organizers, negotiations specialists, and

staff attorneys have been unable to devote typical time and resources to supporting local leaders in long-term initiatives like organizing campaigns to increase membership, local leadership development, and strategic planning. For example, in early January, a metro area local that had reached a stalemate with its members related to their contract negotiations issued the district a notice of intent to strike. In addition to planning related to the strike itself and supporting negotiators at the bargaining table, EdMN staff also had to work with the local union to develop detailed contingency plans should ICE or Border Patrol agents show up at the school while educators were engaged in legally protected picketing.

9.      EdMN has had two members, both special education paraprofessionals, arrested by ICE/Border Patrol agents while they were at work. EdMN's legal department worked to connect them with legal representation. Due to the nature of the arrests and potential charges they were facing, this required going outside our normal network of criminal attorneys. Pursuant to Education Minnesota's Legal Services Policy, EdMN covered the legal costs of their representation prior to being charged.

10.      EdMN's legislative priorities for several years have focused on improving educator pay, making health insurance more affordable, and strengthening educator pensions in order to attract and retain educators while the state is facing an educator retention crisis and shortage. The repeal of the Protected Locations policy and subsequent ICE/Border Patrol Activity at schools and bus stops has required Education Minnesota lobbyists and other staff who work on public policy in the state to shift some attention from

pay, pensions, and healthcare to address legislative proposals related to immigration enforcement at or near Minnesota schools and universities.

11. Since December 2025, our members have reported seeing large numbers of immigration agents in the communities near their schools. During the month of January 2026 alone, Education Minnesota's seven attorneys collectively spent over 100 hours answering questions and developing guidance and other resources related to ICE and Border Patrol's presence in and around Minnesota schools. To promote the safety and professional success of its educator-members and students, EdMN has had to divert its resources from its traditional initiatives relating to member working conditions, professional development, and education policy to provide regular updates to leaders and members so they know which communities have experienced ICE/Border patrol activity at or near their schools. It has done this to enable members in other local unions to offer support to affected communities and to learn from what has happened in these communities to prepare for the possibility that it might happen in their own.

12. In addition, many of our members and local leaders are asking for guidance about how to respond to student and parent questions about the threat of immigration enforcement on or near school grounds, school buses, or bus stops. Students are asking our educators if they could be detained at school or on their bus ride home. Our members have had to spend significant time to respond thoughtfully, accurately, and in a developmentally appropriate manner. Educators are dealing with the challenges of making immigrant students and students who are the children and family members of immigrants feel safe and included in the school community without risking disciplinary action for any

comments that could be perceived as too political. We have had to spend substantial time guiding our members on how to navigate these conversations.

13. Because EdMN had to shift these resources from its core activities, it is no longer able to provide professional development training to the extent it had previously provided and to the extent that is necessary to support teachers and public education in Minnesota.

## ICE enforcement near schools and bus stops has harmed school districts and EdMN's educator-members across Minnesota

14. Countless members, particularly in the Twin Cities Metro area, but also in Greater Minnesota communities like St. Cloud, Willmar, Worthington and St. James that have seen heavy ICE/Border Patrol activity, have reported to me that parents and students are afraid they could be harassed or detained by immigration agents at school, on school buses, or at school bus stops. Parents have asked for assurances from educators that is safe for them to send their children to school, to have them receive free breakfast and lunch, or to allow their children to continue receiving Special Education services for which they qualify.

15. Many districts are offering some form of online learning for students who are afraid to come to school due to this fear. Online and blended learning are highly regulated in Minnesota, including when and how they can be utilized. The expansion of online learning has therefore created an added burden on many of our educator members. Members have had to develop new curricula for students who are learning remotely due to fears about immigration enforcement activities near schools. Some members report

10

spending several hours everyday recording video lessons for students who are studying online. Members report having to be on call all hours so they can respond whenever their remote students contact them. They are struggling to facilitate connection and community among their classes when many students are not physically present. Inconsistent student attendance also poses a myriad of challenges for educators in ensuring students are able to complete assignments and meeting state standards. Extensions need to be made, lessons need to be re-taught, and individual interventions are often necessary with students who have fallen behind.

16.    Online learning is not as effective for many students as in-person learning. Education Minnesota's in-house think tank, Educator Policy Innovation Center, drafted a report on the subject during the COVID-19 era, entitled "Disrupted Learning, COVID-19, and Public Education in Minnesota." A true and correct copy of that report is available via permalink at https://perma.cc/5ZGX-AG3Q. The report concludes that online learning negatively impacts many students' academic performance. In an online program, many students do not get the real time feedback they need to understand material. Many have difficulty focusing when they are at home instead of a classroom. The challenges create even greater obstacles for students who are English language learners. To ensure that students are learning in the online environment, members must invest additional time to help students so they do not fall behind. For students who are able to return to school in person, our members will have to invest additional time to get those students back on track academically.

17.     When students fall behind academically, it impacts EdMN's educator-members' performance evaluations and therefore threatens their jobs. Student assessment results are one of the metrics used by school districts to evaluate our members: If scores drop, it can adversely impact how our members are evaluated. Low assessment results pose a particular challenge for teachers who are in their early, probationary years when they are more vulnerable to termination.

18.     Student achievement data can also affect school funding. Minnesota allows open enrollment outside of the school zone or district where a student resides, in addition to having charter and private schools. Some families gravitate toward schools with higher standardized test scores data and away from schools and districts with lower ones, even if it means open enrolling outside their school zone or district. These types of enrollment decisions by families affect per pupil funding that schools receive from the state, which in turn affects district staffing levels, educator class sizes, and compensation. Schools that have been the most disrupted by ICE/Border Patrol enforcement activity and experience decreases in test scores as a result also stand to lose the most financially from decreased student enrollment.

19.     Because school district funding in Minnesota is based largely on a per-pupil formula, enrollment declines in schools related to parents fearing sending their children to school due to immigration enforcement activities at or near schools have a very real potential to cause funding cuts to schools. These funding cuts will in turn result in layoffs of EdMN members, which will result in membership loss to the organization. For the fiscal year ending August 31, 2025, member dues accounted for 85% of EdMN's revenue. The

remaining 15% comes from grants, the overwhelming majority of which come from our national affiliates, the NEA and the AFT, whose revenues also depend almost entirely on dues revenue. Therefore, the continuation of ICE enforcement at or near schools and the enrollment loss that will result will have a detrimental impact on EdMN's membership and dues revenue in the years ahead.

20.     As we saw during the COVID-19 pandemic, a single year of interrupted learning for a student or group of students can have a detrimental ripple effect on future years, because school curricula and standards are cumulative. For example, a student who has not mastered fourth grade standards because of lockdowns and attendance disruptions related to immigration enforcement this year will likely struggle to meet fifth grade standards next year, absent extensive intervention from our members, which they often do voluntarily before and after school and during the summer. In this case, the academic and social disruption to students' lives is not being caused by a global pandemic, but rather by the actions of our own government.

21.     EdMN has several teacher members who are non-U.S. citizens and working subject to different visas, including H-1Bs and J-visas. Nearly all of them are now terrified about the prospect of being harassed and detained and thus are carrying around their documents with them. Some of our non-white teacher-members are being driven to and from school by white colleagues because they are afraid of being detained at or near school. Some members who used to take public transportation to school are now paying for taxis and ride shares. One member who has a very long commute has opted to take an unpaid leave of absence because the member is afraid to go to school. The teacher member's

school is left trying to fill a teacher position in the middle of the school year and our member is not receiving any salary because fear of being detained by immigration agents while at work is not a covered basis for paid leave in our member's contract. EdMN has connected several of our members who are working subject to visas with immigration lawyers because they are now concerned that their legal status to work as teachers could be revoked or not extended.

22.     One of our members, an educator and visa-holder from the East Metro Area who had worked legally for six years in a Spanish immersion program, had to leave the United States in January because of a technical error in the paperwork the member submitted to apply for a different type of visa. Historically, the teacher could have remained in the U.S. and continued working while the issue was fixed. But with all the changes in immigration enforcement, including revocation of the pre-2025 Protected Locations policy, the teacher did not feel safe to remain in the U.S. and risk being arrested while teaching. They instead returned to their home country with their spouse and four-month-old child in January despite being tenured and owning a home in his community. This left the district scrambling to fill a position in a popular Spanish immersion program the middle of the school year.

23.     Many of our members report that in addition to teaching, they are also providing food support for students who are afraid to come to school due to enforcement activities near schools and school bus stops. Students cannot learn when they are hungry; that is one of the main reasons why Minnesota adopted a program to provide free breakfast and lunch for all students. But when students are not able to safely come to school, they

are not receiving the benefit of that program. To fill this gap, our members are organizing food drives and delivering food to families.

24.     Our members also provide critical mental and physical health services for students that their families are not able to access outside of their schools. During the height of the COVID-19 Pandemic, when most schools in the state were operating virtually for public health reasons, schools were granted exceptions to allow for these students to come to school and receive services. Some members have reported having grave concerns about students who receive mental and physical health services not showing up at school and not being able to receive these critical supports.

25.     We have also seen a significant increase in member requests for mental health resources for themselves since the recission of the Protected Locations Policy and especially since December 2025, including a trauma counseling benefit offered by the AFT, one of our national unions, and EdMN-developed training on mental health and restorative self-care practices for educators.

26.     Our educators are encountering students who have been exposed to traumatic incidents. As evidenced by what happened at Roosevelt High School, immigration agents' presence near our schools puts students and educators at risk. During that incident, which occurred at school dismissal time, dozens of high school students were pepper sprayed by immigration agents and many more watched officers tackle and arrest a school employee. Thousands more students throughout the state watched videos of the Roosevelt High School incident online. Schools are supposed to be safe places for our students and

educators. Revocation of the Protected Locations Policy has taken away that sense of safety for many of our members.

27.     Immigration operations near our schools directly undermine teaching and learning. Several of our members experience regular lockdowns in their schools because agents have been seen nearby. Several metro districts closed for multiple days either due to safety concerns or because they had to quickly develop online programing to accommodate students who did not feel safe coming to school. Some members have reported being followed from the school by immigration agents. This disruption comes on top of the ongoing fear and emotional harm students experience when armed ICE agents operate in their communities and detain family members.

28.     Immigration enforcement activities at or near schools, buses, and bus stops across Minnesota also specifically harm the educator-members of EdMN as described in the declarations of teacher members submitted contemporaneously with this declaration. Amy Hewett-Olatunde, Kristen Sinicariello, Vince Wagner, N-W-, M-L-S, S-R-, J-R-, K-W-, L-V-, M-D-, and H-R- are all members of EdMN.

29.     Immigration enforcement activity near schools and school bus stops has increased dramatically since DHS rescinded the Protected Locations Policy. Since 2017, EdMN attorneys have often asked educator members, during legal trainings, whether they knew of instances of immigration enforcement near schools and bus stops. None of the attorneys who have provided this training can recall a single instance of ICE agents at or near a school or bus stop before Operation Metro Surge began in December of 2025.

30.     I am aware of reports that there has been some reduction in the number of immigration agents in the Twin Cities, as well as the announcement by Tom Homan that Operation Metro Surge will be ending. But the concerns reported by our members have not abated. We continue to receive reports of ICE activities around schools, buses, and bus stops. These encounters persist, as do the harms that flow from them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.


Dated: 2/20/2026                              *s/ Monica Byron*_____
                                              Monica Byron