EXHIBIT 41

STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org,
smanning@ilgrp.com
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

STANLEY YOUNG, CA No. 121180*
syoung@cov.com
JEHAN A. PATTERSON, D.C. No. 1012119*
jpatterson@cov.com
SABRINA MCGRAW, CA No. 334120*
smcgraw@cov.com
AMBER LOWERY, D.C. No. 1780982*
alowery@cov.com
ANALESE BRIDGES, D.C. No. 90029992*
abridges@cov.com
EVAN CHIACCHIARO, D.C. No. 90037819*
echiacchiaro@cov.com
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: +1-202-662-5129

*Pro hac vice

Additional counsel on last page

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION**

| | |
|---|---|
| PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; AUGUSTANA LUTHERAN CHURCH; OUR LADY OF GUADALUPE PARISH; SAN FRANCISCO INTERFAITH COUNCIL; WESTMINSTER PRESBYTERIAN CHURCH; NATIONAL EDUCATION ASSOCIATION; AMERICAN FEDERATION OF TEACHERS; AMY LOMANTO; HANNA MAE ANDERSON; LAUREN FONG; and CAROLINE KEATING MEDEIROS,<br><br>    *Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; RODNEY S. SCOTT in his official capacity as Commissioner of Customs and Border Protection; U.S. CUSTOMS AND BORDER PROTECTION,<br><br>    *Defendants.* | Civil Action No.: 6:25-cv-699-AA<br><br>**DECLARATION OF K-W- IN SUPPORT OF PLAINTIFFS NATIONAL EDUCATION ASSOCIATION AND AMERICAN FEDERATION OF TEACHERS' MOTION FOR STAY UNDER 5 U.S.C. § 705** |

**DECLARATION OF K-W- IN SUPPORT OF PLAINTIFFS NATIONAL EDUCATION ASSOCIATION AND AMERICAN FEDERATION OF TEACHERS' MOTION FOR STAY UNDER 5 U.S.C. § 705**

I, K████ W████ ("K-W-"), upon my personal knowledge, hereby declare under penalty of perjury as follows:

1. My name is K-W-. The facts set forth in this declaration are based on my personal knowledge, unless otherwise indicated, and, if called as a witness, I could and would testify thereto. I am over eighteen years of age and of sound mind to declare to the facts stated herein.

2. I am offering this Declaration in my individual capacity and not on behalf of the institution that employs me.

4. I currently serve as a biology and science teacher to fifth-, seventh-, and eighth-graders at a school in ██████, Minnesota.

5. I hold a bachelor's degree in biology and environmental studies and a master's degree in teaching.

6. I am a member of the National Education Association (NEA) and the American Federation of Teachers (AFT).

7. My school's student population is 92% non-white and contains many students from immigrant families. Approximately two-thirds of the students are of Hmong descent, and the rest of the student population is of Karen, Hispanic, or Somali descent, or African-American.

Page 1 - DECLARATION OF K-W- ISO PLAINTIFFS NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705

8. In about a decade of teaching before January 2025, I understood that schools were protected from immigration enforcement activity. I was never concerned about immigration enforcement happening at school.

9. I learned about the end to the federal sensitive locations policy sometime in early 2025, through the news. At some point, my school district provided a memo about what this meant. I was not terribly worried, because the idea of immigration enforcement at school was not conceivable to me at that time.

10. Since this year's winter break, I have been very worried about immigration enforcement at school based on what I have seen in the news and in and around my school. Although the immigration enforcement presence has been greater at high schools, I am aware that Immigration and Customs Enforcement (ICE) vehicles have been around my school and that one was even on my school's property around Martin Luther King, Jr. Day in January 2026. I believe I saw the same vehicle on school property on another occasion. I have seen immigration enforcement vehicles along the school bus route.

11. The altercation between immigration enforcement officers and students and staff at Roosevelt High School on January 7, 2026, made me especially concerned because it showed me that ICE would cross a line—that it would escalate from being present near school in order to intimidate people, to firing tear gas and rubber bullets at children. I have also heard of altercations between ICE and students at another high school near my school.

12. I am afraid of immigration enforcement at school, and so are my students. Students are terrified. One student told me, "if ICE comes and grabs me, make sure to let my parents know."

I have observed more acting out and more anxious energy among my students. It is hard for them, and for me, to focus on education.

13. Fear of immigration enforcement has affected my teaching and made it harder in several ways. For example, part of the environmental science curriculum includes doing science outdoors. But because of the fear of immigration enforcement at our school, we can no longer do this. The children are scared to go outside, and I need to check first if there has been immigration enforcement presence reported in the area. This is disruptive to my students' learning and makes it harder to teach them.

14. Additionally, many students have stopped coming to school, I believe because of fear of immigration enforcement generally and because they no longer feel safe at school. In the fifth grade, for example, almost half of students were not attending school. As a result of this, my school moved to offer virtual learning within the past couple of weeks, since mid-January. This makes my job much harder because the online classes require separate content because the in-person lesson plans for my science courses do not translate to virtual, practically doubling my courseload from three to six classes. I need three of me to do my job.

15. As part of virtual learning, my school also offers virtual office hours to support our students learning from home. While I am happy to support my students in this way, the office hours come out of my preparation time, meaning that I am forced to do more of my preparation outside of work hours.

16. Due to the loss of protections against immigration enforcement at school and the presence of immigration officers near my school since winter break, my whole school community has been more on edge and less at peace. I know that some of my colleagues who are Hispanic now

Page 3 - DECLARATION OF K-W- ISO PLAINTIFFS NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705

bring their passports to school because they are afraid of being the targets of immigration officers. I have seen colleagues cry who I have never seen cry before.

17. I have not slept well since winter break. I spent so much time feeling terrified about my students' safety. It has always been my goal to make a safe space for my students who may not have one, and now I cannot provide that for them at school.

18. I feel that I am at a breaking point from the stress I am experiencing at school. If this continues, I am afraid that I will have to take time off from my job.

19. I am afraid to reveal my identity in connection with this lawsuit because this could cause federal law enforcement to target me, my school, or my students. My fear comes from what I have learned of recent federal law enforcement conduct in the news, including the treatment of legal observers in my area.

Page 4 - DECLARATION OF K-W- ISO PLAINTIFFS NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in ▇▇▇▇▇, Minnesota on February 7, 2026.



/s/ K▇▇▇ W▇▇▇

Page 5 - DECLARATION OF K-W- ISO PLAINTIFFS NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705

| | |
|---|---|
| STEPHEN W MANNING, OSB No. 013373<br>stephen@innovationlawlab.org,<br>smanning@ilgrp.com<br>TESS HELLGREN, OSB No. 191622<br>tess@innovationlawlab.org<br>RACHEL LANDRY, Mass. No.713320*<br>rachel@innovationlawlab.org<br>NELLY GARCIA ORJUELA, OSB No.223308<br>nelly@innovationlawlab.org<br>INNOVATION LAW LAB<br>333 SW 5th Ave., Suite 200<br>Portland, OR 97204-1748<br>Telephone: +1 503-922-3042<br><br>STANLEY YOUNG, CA No. 121180*<br>syoung@cov.com<br>JEHAN A. PATTERSON, D.C. No. 1012119*<br>jpatterson@cov.com<br>SABRINA MCGRAW, CA No. 334120*<br>smcgraw@cov.com<br>AMBER LOWERY, D.C. No. 1780982*<br>alowery@cov.com<br>ANALESE BRIDGES, D.C. No. 90029992*<br>abridges@cov.com<br>EVAN CHIACCHIARO, D.C. No. 90037819*<br>echiacchiaro@cov.com<br>Covington & Burling LLP<br>One CityCenter, 850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Telephone: +1-202-662-5129<br><br>Attorneys for Plaintiffs<br><br><br><br>*Pro hac vice<br>**Pro hac vice application forthcoming | BRANDON GALLI-GRAVES, Tx. No. 24132050*<br>brandon.galli-graves@justiceactioncenter.org<br>ESTHER H SUNG, Cal. No. 255962*<br>esther.sung@justiceactioncenter.org<br>KAREN C TUMLIN, Cal. No. 234961*<br>karen.tumlin@justiceactioncenter.org<br>HILLARY LI, Ga. No. 898375*<br>hillary.li@justiceactioncenter.org<br>LAURA FLORES-PERILLA, Cal. No. 355645*<br>laura.flores-perilla@justiceactioncenter.org<br>EMILY SATIFKA, Nj. No. 330452020*<br>emily.satifka@justiceactioncenter.org<br>JUSTICE ACTION CENTER<br>PO Box 27280<br>Los Angeles, CA 90027<br>Telephone:+1 323-450-727<br><br>Attorneys for Plaintiffs<br><br>DANIEL MCNEIL, D.C. No. 455712**<br>dmcneil@aft.org<br>CHANNING COOPER, Md. No. 1212110182*<br>ccooper@aft.org<br>AMERICAN FEDERATION OF TEACHERS<br>555 New Jersey Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone: +1 202-879-4400<br><br>Attorneys for Plaintiff American Federation of Teachers<br><br>LUBNA A. ALAM, DC No. 982169*<br>lalam@nea.org<br>KATHERINE E. LAMM, DC No. 1006319*<br>klamm@nea.org<br>NATIONAL EDUCATION ASSOCIATION<br>1201 16th Street NW<br>Washington, DC 20036<br>(202) 822-7035<br><br>Attorneys for Plaintiff National Education Association |

Page 6 - DECLARATION OF K-W- ISO PLAINTIFFS NEA AND AFT'S MOTION FOR STAY UNDER 5 U.S.C. § 705