# EXHIBIT 46

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

## **DECLARATION OF MARISA GAVERICK HERRERA**

I, MARISA GAVERICK HERRERA, declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge.

2. I am the Director of Advancing Equity for Duluth Public Schools, Independent School District 709. I have worked in education for over a decade.

3. As the Director of Advancing Equity, I am charged with supporting our district leaders in creating equitable learning environments for all of our students. This means we are getting every child what they need every day to thrive academically, as well as socially and emotionally. Based upon my years of experience as an educator, I know that a sense of safety is the prerequisite for any high-quality, equitable learning experience. Without it, students possess neither the capacity to learn nor the confidence to thrive.

4. Over the past month, I have had over a dozen conversations with school administrators, teachers, and families about how students have felt unsafe, and afraid to go to school, due to reports of ICE sightings, including around schools and school buses around the state. Families and staff have seen immigration agents operating on school property in the Twin Cities and are concerned that agents will do the same here, too. Such discussions regarding the lack of safety felt by members of our school community, including staff, students, and families, have displaced discussions about other important topics, such as improving programming for some of our most vulnerable students.

5. The real threat that immigration agents will arrest students, or conduct other operations, on school grounds has required me to divert significant time from my normal work to ensure that students can safely attend school. I have spent hours with colleagues meticulously planning for scenarios like those reported in the Twin Cities, preparing for the moment when immigration agents might arrive at our own schools. I estimate that in January 2026, I spent an average of three hours a day on: meetings with directors and leaders to talk about updates, policies, practices, concerns, and problem-solving concerning immigration activities around schools; reviewing current policies related to immigration activities around schools; writing new policies to address immigration activities around schools; creating resources for educators and families about these issues; talking to staff members and principals about policies and concerns related to immigration enforcement near schools; and holding weekly meetings with my staff about these topics.

6. These tasks take away time I would normally dedicate to focusing on programming to support our students' growth, such as coaching my team members,

providing professional development, evaluating and developing school programing, meeting with families to understand their students' needs, and planning for cultural and community-building events and field trips.

7. The fear that students could be stopped or detained permeates our community, irrespective of their immigration status, and has taken a significant emotional toll on teachers and other school workers. The weight carried by our staff is crushing. Between those personally impacted by the violence and those terrified for their students' safety, the burden is immense. Simply put, collectively, we are not okay.

8. Personally, the weight follows me home. I go to bed auditing whether I have done enough and wake up from nightmares of being handcuffed by ICE officers.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 2/13/2026            *s/ Marisa Gaverick Herrera*_____
                                           Marisa Gaverick Herrera