# EXHIBIT 47

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

## DECLARATION OF DR. BRENDA LEWIS

I, BRENDA LEWIS, Ph.D., declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge, my professional experience, and educators who have assisted me in gathering this information from our school district.

2. I have been Superintendent of the Fridley Public School District, Independent School District No. 14 ("Fridley Schools") since 2023. I have over twenty years of experience as a teacher and school administrator.

3. Fridley Schools serves approximately 2,871 students across six schools. We have a staff of approximately 592 people. Although Fridley is a first ring suburb of Minneapolis, our district is a small, close-knit community, with smaller class sizes than

2

many neighboring districts. Fridley Schools is also a diverse district, with 19% of our students identifying as Hispanic or Latino, 37.5% as Black or African American, 7.6% as Asian, and 5.1% as Native American. Students identifying as white compromise 22.7% of our district. Approximately 20% of our students are English language learners.

4. Under state law, our district has a duty to offer a free and appropriate public education to all students who reside within our district regardless of race, ethnicity, or immigration status. The decision of the Department of Homeland Security ("DHS") to rescind its 2021 Guidelines for Enforcement Actions in or Near Protected Areas (the "Protected Locations Policy") has interfered with that mission. Since the rescission, and especially since early January 2026, Fridley Schools has experienced severe disruption due to heightened federal immigration enforcement activities near our schools, school buses, and bus stops. That rise in enforcement activity is making families afraid to send children to school and is causing significant educational and financial harm to Fridley Schools.

**Since DHS rescinded Protected Locations Policy, immigration agents have engaged in frequent enforcement activity near Fridley schools**

5. Fridley Schools has documented numerous instances of immigration enforcement operations at and near our schools, school buses, and bus stops.

6. On January 7, 2026, several staff members reported being stopped by immigration agents near school property. One staff member reported that during this incident, they were held at gunpoint by immigration agents.

7. On January 29, 2026, as I was leaving Fridley High School, a DHS vehicle began to trail my car. The agents continued to follow me to a district elementary school.

3

8. On January 31, 2026, immigration agents staged in parking lots at our middle school and one of our elementary schools. Our school parking lots are part of the school district's property. At present, for example, we have signs in our parking lots stating that the area is school property and reserved for students, staff, and authorized visitors.

9. Figure 1 is a copy of an image captured by a security camera affixed to the door of Fridley Middle School at 5:31 a.m. on January 31, 2026. In the top righthand corner, the photo shows three DHS vehicles in the parking lot of Fridley Middle School.

**Figure 1**



10. Figure 2 is a copy of photo of the DHS vehicles present in the elementary school parking lot, taken by a Fridley School employee from a vehicle in the parking lot.

**Figure 2**



11. On February 4, 2026, six ICE vehicles with multiple agents in each vehicle kept driving back and forth directly in front of one of our elementary schools during morning drop off. I was present to welcome families and witnessed this.

12. On February 5, 2026, at around 4:30 p.m., a teacher observed an unfamiliar vehicle parked in the parking lot of one of the district's elementary schools. When the teacher approached the vehicle, the driver identified himself as an ICE agent. The driver was wearing a tactical vest displaying the words "ICE Police." Figure 3 is an image captured by the elementary school's security camera depicting the vehicle.

**Figure 3**



13.     On another occasion, agents followed one of our parents after she dropped off her student. The agents came within 50 feet of the school.

14.     On yet another morning, immigration agents came to an elementary school while parents were dropping students off for school. They approached our principal who was out to supervise morning drop off, mocked him, and took photos and videos of him.

15.     Due to the increased DHS presence around our schools, I personally patrol our district every afternoon. I drive around our schools with security director Mark Mickelson to look out for immigration agents on school grounds, near our buses, or near our bus stops. Other district employees also patrol school grounds and bus stops in our district because we have seen immigration agents all over the community.

16.     On at least one occasion, I identified DHS agents parked at Commons Park—public park directly adjacent to Fridley Middle School and Fridley High School—during an afternoon patrol. An agent in tactical gear was visible as we drove by, as was another

agent in the back seat, whose face was partially obscured by a mask. Figure 4 is a photo that my security director Mark Mickelson, a retired police officer, took of the vehicle.

**<u>Figure 4</u>**



17. After each incident in which DHS agents are observed near schools, Fridley Schools sends out an alert to parents to make them aware of what happened.

18. Community members in neighboring school districts have reported similar immigration enforcement activity near schools, school bus stops, and school buses throughout the Minneapolis Metro Area, which have been widely reported in the news.

**Immigration enforcement at schools and bus stops has disrupted Fridley Schools**

19.     These incidents have had a chilling effect on the willingness of our staff and students to come to school. Attendance has dropped by approximately one-third since December 2025. Many families have expressed to me and our staff that they are afraid to send their students to school due to immigration activities near schools, school buses, and school bus stops. Many of these families are keeping their children home out of fear they or their children will encounter immigration agents, and could be arrested, in these locations.  Our middle school principal received over 100 messages from parents who were afraid to send their students to school. Some indicated they would keep their students home. Others asked what Fridley Schools would do to protect students at school.

20.     We have also received a number of requests from families seeking door-to-door transportation to school because they did not feel comfortable waiting at school bus stops where they might encounter immigration agents. Providing door-to-door transportation requires additional logistical work and is more costly for the district. The district has spent more than $100,000 to provide such transportation, which the district would not have needed to provide if not for ICE activity around schools and bus stops.

21.     On January 9 and 16, 2026, we made the difficult decision to cancel classes because we had so many absences of both students and staff who were afraid to come to school due to enforcement activities near schools, school buses, and bus stops. We had received hundreds of calls from families saying they were terrified to come to school, and a number of our staff members of color reported that they were afraid to come to work.

## **The recission of the Protected Locations Policy has caused educational and financial harm**

22. The recission of the Protected Locations Policy and resulting enforcement near schools has also had a profound impact on our district's ability to educate our students, put the district at risk of losing funds, and have already drained our resources.

23. First, the many long absences caused by fears of immigration enforcement are harming students' educations. When students are not present in school, they lose access to direct instruction, academic supports, special education services, English learner services, mental health services, and other interventions that are essential to their educational progress. Prolonged absences disrupt learning continuity, widen opportunity gaps, and place already vulnerable students at even greater academic risk.

24. If many students continue to be absent because they risk immigration enforcement near schools and school bus stops, Fridley Schools risks losing funds. When a student is absent for fifteen consecutive days, they are automatically unenrolled from school under Minnesota law. Fridley Schools loses funding for every student who is unenrolled. We develop our budgets for the school year at the start of the year, based on anticipated funding throughout the year. When we lose a large number of students during the school year, the funding loss has a significant adverse impact on our finances and ability to pay teachers, counselors, bus drivers, and principals. For example, if we had 25 students dropped from our district with roughly half the school year remaining, that would result in lost revenue well over $100,000. Schools cannot legally cut staff midyear, so there is no way to lower costs during the year should the district experience a significant funding cut.

25. So far, Fridley Schools has already had to unenroll at least 20 students due to consecutive absences since the start of December 2025. Ninety-two other students have either transferred out of the district, moved out of state, or left the country since December 2026. The district thus stands to lose thousands of dollars in funding for those students. These numbers are both far higher than usual. Many other absent students are in danger of un-enrollment if their absences continue. If those students continue to be absent and must be unenrolled, Fridley Schools will lose even more funding.

26. Because of the immigration enforcement-related decline in school attendance, to fulfill the district's duties to our students and reduce absenteeism, Fridley Schools began offering remote e-learning options on January 20, 2026. Since then, Fridley Schools has had to shift more than 400 students to remote learning.

27. This shift to remote learning has required the district to divert substantial financial and staff resources from other work. Teachers have had to divert substantial time from regular instruction and student support to redesign curricula and individual lessons to accommodate remote instruction. To keep children safe given the risk that armed agents will come to school, teachers are walking children directly out to buses and to their parents' vehicles at dismissal time. Teachers that are not assigned students during arrival and dismissal are assigned as monitors to ensure that immigration enforcement activity does not pose a threat to students. Teachers are managing students' emotions in response to half-empty classrooms and the fear of enforcement at or near schools and school bus stops.

28. Even as remote instruction demands more work from teachers, it is not as effective as in-person instruction for many students, particularly younger learners, students

with disabilities, and English learners. Based on our experience during the COVID-19 pandemic, we know the move to remote learning will result in academic and social setbacks that will persist beyond this school year and require additional resources to remediate.

29. The fear of immigration agents near schools impacts not just academics, but also afterschool activities that keep our communities together. At a recent high school basketball game against our rival district, Columbia Heights, that would normally have standing-room-only attendance, the stands were nearly empty. Families said they were too afraid that they might encounter immigration agents at the school to come to the game.

30. The threat of arrest and detention near schools and school bus stops has also curbed students' access to food through free and reduced-cost school lunches, on which many students rely for meals. Students cannot effectively learn when they are hungry. Absent students also lose access to critical health services provided through our schools.

31. The impacts of immigration enforcement near school grounds have also diverted the time of Fridley Schools' social workers, who are charged with providing services and support to students and families and with connecting students and families to various resources in the community. Many Fridley Schools social workers are now focused on acquiring and delivering food to families. This takes time away from their normal work, such as suicide risk assessments, helping students in foster care, supporting students who are unhoused, and providing emotional support for students. It also puts their personal safety at risk, as DHS agents have been seen following them while they make deliveries. Our social workers are operating in crisis mode, with a focus on basic safety rather than

growth and development. Our teachers are also contributing this effort by collecting donations of food, diapers, household supplies, and other essentials.

32. Immigration enforcement activity near schools has also impacted school staff. Fridley Schools has a diverse workforce, with 25% of our teaching staff and 50% of our non-teaching staff people of color. Many staff are immigrants. We have built an international talent program through which we sponsor individuals on visas for special education paraeducator positions and teaching positions within special education. We utilize this program when we cannot fill positions with other applicants. Many teachers and other staff members are now afraid to come into work because they risk being stopped or detained by DHS agents near school even though they are legally authorized to be in the U.S. and work for the school district. This constant fear is making it incredibly hard for employees to do their jobs. To ensure they are safe coming to work at our schools, we are incurring costs to provide door-to-door transportation for almost 30 of our staff members.

33. In addition, many of our district employees are providing emotional support for students, families, and colleagues going through incredibly traumatic circumstances.

34. The rescission of the Protected Locations Policy has required Fridley Schools to divert resources to prepare for immigration enforcement activities near school grounds and school bus stops since even before the surge in immigration enforcement in Minnesota that began in December 2025. Since January 2025, the district has had to develop new protocols and train staff about what to do if ICE agents appear on school property. For example, we have had to detail a step-by-step protocol for principals, including about how to verify ICE agents' documentation and how to determine the validity of warrants or

subpoenas. We have had to train staff members about these new procedures. We will need to keep building these new protocols and training staff about these matters so long as the Protected Locations Policy remains rescinded and schools and school bus stops remain subject to a heightened risk of immigration enforcement activity.

35. It is unhealthy and harmful to learning for our students to have to fear that will encounter armed DHS agents outside their school. And these fears pile on top of the stress and anxiety students already experienced because they have had family members detained or witnessed aggressive enforcement activity in their neighborhoods. Our students are carrying a heavy emotional burden, and our staff members are not only helping students shoulder that burden, but also coping with their own anxiety and trauma.

36. I have received numerous threats for speaking out about the harms impacting our educators and students as a result of the immigration enforcement activities near our schools. ICE agents in tactical gear have followed me multiple times during my school patrols. ICE agents have followed members of our school board and parked outside their homes. One board member was followed while taking her young child to daycare. But I will not dissuaded from speaking out about what is happening in Fridley Schools.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 2/20/2026  *s/ Brenda Lewis*_____
Brenda Lewis, Ph.D.