# EXHIBIT 48

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

# **DECLARATION OF JOHN MAGAS**

I, JOHN MAGAS, declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge, my professional experience and education, and information I have learned from educators who have assisted me in gathering this information from our school district.

2. I am the Superintendent of Duluth Public School District, Independent School District 709 ("Duluth Schools"). We serve a diverse student body of 9,140 children, including over 2,000 students of color and a significant number of immigrants. The district includes 21 schools and covers Duluth, the majority of Rice Lake, and the Gnesen, Lakewood, Normanna, and North Star townships.

3. As a public school district, we have a legal obligation to offer a free and appropriate public education to all students who reside in our district.

4. I understand that in January 2025, the Department of Homeland Security ("DHS") changed its prior policy regarding immigration enforcement actions in or near previously protected locations, including schools (the "Protected Locations Policy"). As a result of that change in policy, Duluth Schools has experienced substantial disruptions in its educational programs and has had to divert hundreds of thousands of dollars worth of staff time and resources to work necessary to respond to the change in policy.

**The change in policy has increased immigration enforcement activity near schools, scared families, and chilled school attendance**

5. Since DHS rescinded the Protected Locations Policy, multiple parents, teachers, and other district staff have expressed alarm about the threat of enforcement actions near school property, near bus stops, and in other locations where students gather. Shortly after DHS rescinded the policy in January 2025, and even before Operation Metro Surge, many families expressed urgent concerns about the threat of immigration enforcement activity on or near school grounds, bus stops, and off-campus school activities because of the change in the Protected Locations Policy. Those fears only increased with the surge in immigration enforcement that began last December.

6. On December 19, 2025, an ICE vehicle was observed near one of our high schools for approximately an hour. The school district received called from community members who were concerned about the agents' proximity to the school. A city official contacted a local DHS official about it and were told that ICE was investigating a target.

Before DHS changed the Protected Locations Policy, we did not see situations like this where ICE or law enforcement agents investigating targets were visible around our schools.

7. Our district currently has many students who are absent from school due to safety concerns related to immigration enforcement near school grounds and bus stops. Families have reported to school staff that they are afraid to send their children to school based on their fear of immigration enforcement in these locations.

8. Our adult English Learner courses are now almost empty because the students did not feel safe coming to class due to the risk of immigration enforcement activities near school buildings.

**The policy change causes educational and financial harm to Duluth Schools**

9. As a result of these immigration-related absences, Duluth Schools stands to lose students and funds. Under Minnesota state law, if a student misses more than 15 consecutive days of school, the district must unenroll the student. *See* Minn. Stat. § 120A.37, subd. 9. We already have at least one student who is facing unenrollment due to fifteen days of consecutive absences. Several more students have been absent for multiple consecutive days and are approaching this 15-day drop threshold.

10. Losing students impacts funding and resources for the school district. Once any student is unrolled due to absences, the district loses funding for that student, effective day 16. Since the district receives approximately $10,000 annually for each enrolled student, the district stands to lose that same amount for each student who cannot attend school due to fears of immigration enforcement near schools or bus stops.

11. Frequent, fear-based absences cause cumulative learning loss that is difficult to remediate. Because education is scaffolded, missing weeks of instruction prevents students from mastering the foundational concepts required for future success. Furthermore, these absences create systemic classroom disruptions. When students eventually return to school, teachers must divert time from the core curriculum to provide remediation, slowing the pace of instruction for the entire class. Finally, the resulting climate of anxiety reduces the academic engagement of all students. In short, the lack of protected status for schools and bus stops does not just impact a district's budget; it actively undermines the instructional integrity and stability required for any student to learn.

12. To avoid the educational and financial consequences of immigration-related chronic absences, the district has also been forced to expand its remote learning programs to accommodate children who are afraid to come to school because of the threat of immigration enforcement activity near schools and school bus stops. This process has required a significant diversion of district resources. Our leadership and instructional teams have spent many hours reviewing and updating virtual curricula, verifying technical capacity for sudden enrollment shifts, and coordinating protocols for remote attendance tracking. These are administrative and operational costs that we have had to absorb to ensure we can fulfill our obligation to educate all students, regardless of the external environment. By forcing the district to maintain this heightened state of preparedness, the rescission of the Protected Locations Policy has placed an unbudgeted and ongoing burden on our staff and our general fund. As long as the Protected Locations Policy remains rescinded, our staff must continue to put other work aside to do these tasks.

13. Although the expansion of online learning has demanded substantial time and resources, we know from historical experience during the Covid pandemic that virtual or online school is less effective for most students when compared to in-person classes. During the pandemic, when students were learning remotely, our failure rates increased and graduation rates decreased. Mental health issues rose and interfered with students' ability to focus in class. The negative impacts of online instruction on student assessments have been widely documented. *See*, *e.g.*, Halloran, et. al., *Pandemic Schooling Mode and Student Test Scores: Evidence from U.S. States*, NBER Working Paper No. 29497 (2021).

14. Even before Operation Metro Surge, the change in the Protected Locations Policy forced Duluth Schools to devote substantial time and resources to changes in our processes and procedures to account for the threat of immigration enforcement near schools, school bus stops, and school activities. Among other things, we have had to develop and revise our district processes and procedures for staff, families, and students regarding potential entry of ICE agents onto school premises. We have had to develop protocols and train teachers and other district staff about what to do when immigration agents arrive at or near school grounds and how to communicate with students and staff and keep students safe during immigration enforcement activities near schools, bus stops, and after-school activities. We have had to develop protocols and train school bus and van drivers about how to interact appropriately with immigration enforcement agents and keep students safe if immigration agents appear at school transportation stops or pull over school vehicles. We have also had to develop new protocols for handling absences related to fears of immigration enforcement and train teachers about those protocols.

15. Furthermore, the Superintendent, Assistant Superintendent, Communications Officer, and union leaders have dedicated additional hours and days to district-wide communication efforts. These efforts also started before Operation Metro Surge. We have been meeting with students, including English Language Learners, to discuss their ongoing concerns regarding immigration enforcement near school property. And we have been producing official materials to communicate the necessary changes in protocol for school district staff and to address families' concerns.

16. Over the past two months alone, approximately 30% of our safety team and other administrators' time has been spent on the above tasks, among others, in response to the change in the Protected Locations Policy and the concomitant threat of immigration enforcement activities near schools, buses, bus stops, and school activities. All this redirected administrative time translates to a cost of approximately $573,000 a month spent on tasks related to immigration enforcement operations rather than normal district business.

17. Because district staff have had to divert time to work on these matters, staff has not been able to focus on a number of tasks needed to close educational gaps for students. Our staff needs to complete scheduled work to develop necessary supports for students, to manage labor matters, and to complete our pending budget reduction project. But because district staff is spending so much time focusing on immediate demands related to immigration enforcement, these other projects have been significantly delayed. For example, an AI program that Duluth Schools planned to roll out in early 2026 is on hold because administrators have not had time to complete necessary work on the project.

18. If the new Protected Locations Policy remains in force, our staff will need to continue to devote time to developing processes and procedures, training staff, fielding communications to and from concerned families, tracking immigration related absences, and other tasks related to the threat of immigration enforcement. This will continue to drain time and resources away from the regular business of the school district.

19. In addition to the financial impact, the change in the Protected Locations Policy has had a grave psychological impact. Our students and staff are operating daily at heightened anxiety. Restoring the previous Protected Locations Policy would ensure that teachers, school staff, and students could focus on teaching and learning.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 2/20/2026  *s/ John Magas*_____
John Magas