# EXHIBIT 54

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

**DECLARATION OF N____ W____**

I, N\_\_\_ W\_\_\_\_\_ ("N-W-"), declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge. I am offering this declaration in my individual capacity as a member of Plaintiff Education Minnesota and not on behalf of the district that employs me.

2. I am a band and guitar teacher at a Minnesota high school. I was present for a staff meeting after school on January 7, 2026. About five minutes into the meeting, we received an alert that immigration agents were outside the building.

3. I did not see what led the agents to school property. I saw several Border Patrol agents in the street, on the sidewalk, and on the school lawn. I heard a lot of people yelling, but I did not see any students, staff, or community members act in a physically aggressive way towards agents. From what I was told, the immigration agents were instigating interactions with bystanders. There was a lot of tension because it was unclear why agents were on school property.

4. I saw agents chase someone and tackle the person on the snow in front of the school. I saw agents deploy pepper spray towards where students and others were standing on school property. Several of our high school students were present and observed all of this. It did not seem like the agents had any concern about how they were conducting themselves on school property or around high school students.

5. School was canceled for two days after this incident. When we returned, there were significantly more kids absent. Somewhere between a quarter and a third of my students are now online. This is especially detrimental to a music class. I do not have

3

enough guitars to send them home with students, so those enrolled in guitar class cannot practice. I have had to generate alternative work for those students, which effectively doubles my work because I have to create two lesson plans for the same class. Students who are online will be behind and need additional support to get caught up when they do return to school. Music education requires practice and building upon skills to progress, which has not happened for students who have not had access to their instruments. Additionally, my colleagues and I have added logistical work to support students learning at home. I have delivered materials to my students on my prep time or after school. I have colleagues who are coordinating similar efforts to ensure students learning remotely receive necessary supplies.

6.    The kids who are absent or online are almost entirely Latino or Somali students. Only about 7% of the Latino and Somali students currently enrolled in my classes are still coming to school in person. There is a stark difference in our school community now, with so many of our diverse students afraid to come to school in person after what happened on campus. That really changes the dynamics in my classes, when some classes now have two-thirds of the students attending remotely. Immigration agent activity has also affected students who are still coming to school in person. Off campus lunch (a period in which students can eat lunch off campus) has been canceled for student safety.

7.    Overall, both students and colleagues have expressed anxiety about whether agents will come to our school again. We are all operating at a level of hypervigilance that is exhausting.

8. I am concerned that the administration will retaliate against me if my identity becomes public. I am also concerned about the risk of strangers online deciding to dox my family or the school.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 2/20/2026                             *s/ N-W-*   _____
                                             N____ W_____