IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,

    *Plaintiffs*,

v.

KRISTI NOEM, *et al.*,

    *Defendants*.

Case No. 0:26-cv-01023

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for a stay under 5 U.S.C. § 705 or, in the alternative, a preliminary injunction, it is hereby:

**ORDERED** that the motion is **GRANTED**;

**ORDERED** that Acting Department of Homeland Security ("DHS") Secretary Benjamine C. Huffman's January 20, 2025, memorandum entitled "Enforcement Actions in or near Protected Areas" (the "2025 Policy"), rescinding DHS's October 27, 2021 memorandum entitled "Guidelines for Enforcement Actions in or near Protected Areas" (the "Protected Locations Policy"), is hereby **STAYED** and preliminarily set aside pending resolution of this case on the merits or further order of the Court;

**ORDERED** that Defendants shall in good faith continue to implement and act in accordance with the Protected Locations Policy pending resolution of this case on the merits or further order of the Court;

**ORDERED** that within one day of the issuance of this Order, Defendants provide notice of this Order to their employees and agents involved in carrying out immigration enforcement operations;

**ORDERED** that within seven days of the issuance of this Order, Defendants shall file a status report apprising the Court of their compliance with this Order and providing a copy of the notice that Defendants provided to their employees and agents pursuant to this Order;

**ORDERED** that within 30 days of the issuance of this Order, and every 30 days after that, Defendants shall file a status report apprising the Court of the total number of enforcement actions carried out at or near schools, school bus stops, or other "protected areas," as defined in the Protected Locations Policy, and, for each such action: (1) why it was not possible to avoid taking the enforcement action in or near the protected area and (2) whether prior approval for the operation was given, and if not, what exigent circumstance(s) required taking the action without prior approval.

**SO ORDERED**


Dated: _____                    _____
                                       HON. LAURA M. PROVINZINO
                                       U.S. DISTRICT JUDGE