**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fridley Public School District, Independent School DISTRICT 14, et al., | Case No. 26-cv-1023 (LMP/LIB) |
| Plaintiffs, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Defendants. | |

On February 23, 2026, the Plaintiffs filed a Consent Motion for Declarants to Proceed Under Pseudonyms [Docket No. 23].  Plaintiffs are submitting pseudonymous declarations from local parents and teachers, along with another community member, in support of their Motion to Stay Under 5 U.S.C §705, or, in the Alternative, a Preliminary Injunction [Doket No. 26].  The Defendants consent to the use of pseudonyms in the declarations.  Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The Plaintiffs' Consent Motion for Declarants to Proceed Under Pseudonyms [Docket No. 23] is **GRANTED**; and

2. The use of pseudonyms is permitted in the declarations filed in this matter.

DATED:  February 24, 2026                           s/Leo I. Brisbois
                                                    Hon. Leo I. Brisbois
                                                    U.S. MAGISTRATE JUDGE