# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

FRIDLEY PUBLIC SCHOOL
DISTRICT, INDEPENDENT SCHOOL
DISTRICT 14, *et al.*,

     *Plaintiffs*,

v.

KRISTI NOEM, *et al.*,

     *Defendants*.

Case No. 0:26-cv-01023

## MOTION FOR A STAY UNDER 5 U.S.C. § 705
## OR, IN THE ALTERNATIVE, A PRELIMINARY INJUNCTION

Pursuant to 5 U.S.C. § 705, Plaintiffs move to stay the action of Acting Department of Homeland Security ("DHS") Secretary Benjamine C. Huffman, in his January 20, 2025, memorandum entitled "Enforcement Actions in or near Protected Areas" (the "2025 Policy"), rescinding DHS's October 27, 2021 memorandum entitled Guidelines for Enforcement Actions in or near Protected Areas (the "Protected Locations Policy").

In the alternative, pursuant to Federal Rule of Civil Procedure Rule 65, Plaintiffs move for an order enjoining Defendants from implementing or otherwise giving effect to the 2025 Policy and requiring them to follow the Protected Locations Policy until the Court enters final judgment in this case, as set forth in the attached proposed order.

For the reasons explained in the attached memorandum of law, Plaintiffs are entitled to a stay or a preliminary injunction because their claim that the 2025 Policy is arbitrary or capricious, in violation of the Administrative Procedure Act ("APA"), is likely to succeed

on the merits; Plaintiffs are likely to suffer irreparable harm absent a stay or preliminary injunction; and the balance of equities and public interest favors preliminary relief.

Plaintiffs request that the Court waive any requirement to post a security under Federal Rule of Civil Procedure Rule 65(c). If the Court imposes a bond, Plaintiffs request that the Court require only a nominal bond in the amount of no more than $100.

Respectfully submitted,

Dated: February 23, 2026

/s/ Sean Ouellette

**NILAN JOHNSON LEWIS PA**
Amanda Cialkowski (0306514)
Kathleen Curtis (0388279)
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
(612) 305-7500
acialkowski@nilanjohnson.com
kcurtis@nilanjohnson.com

**ZIMMERMAN REED LLP**
David Cialkowski (0306526)
June Hoidal (033330X)
Michael Laird (0398436)
Jeffrey J. Harrington (0327980)
Molly F. Billion (0402616)
80 South 8th Street, Suite 1100
Minneapolis, MN 55402
(612) 341-0400
david.cialkowski@zimmreed.com
june.hoidal@zimmreed.com
michael.laird@zimmreed.com
jeffrey.harrington@zimmreed.com
molly.billion@zimmreed.com

*Counsel for Plaintiffs*

*\*Admitted pro hac vice*

**DEMOCRACY FORWARD FOUNDATION**
Elena Goldstein\* (DC Bar 90034087)
Sean Ouellette\* (DC Bar 1741535)
Allyson Scher\* (DC Bar 1616379)
Paul R.Q. Wolfson\* (DC Bar 414759)
P.O. Box 34553
Washington, D.C. 20043
(202) 322-1959
egoldstein@democracyforward.org
souellette@democracyforward.org
ascher@democracyforward.org
pwolfson@democracyforward.org

**THE LAW OFFICE OF KEVIN C. RIACH**
Kevin Riach (389277)
125 Main St. SE, Suite 339
Minneapolis, MN 55414
(612) 203-8555
kevin@riachdefense.com