**MEET AND CONFER STATEMENT**

Pursuant to Local Rule 7.1(a), I certify that on February 19, 2026, my colleague Paul Wolfson notified counsel for Defendants by email that Plaintiffs intended to seek a stay under Section 705 of the APA or, in the alternative, a preliminary injunction as to the 2025 Policy, and he requested Defendants position on the motion. On February 23, 2026, counsel for Defendants responded confirming that Defendants will oppose the motion.

Dated: February 23, 2026 /s/ Sean Ouellette
Sean Ouellette