# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, DULUTH PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 709, and EDUCATION MINNESOTA, <br><br> *Plaintiffs,* <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations, DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement, U.S. CUSTOMS AND BORDER PROTECTION, RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, GREGORY BOVINO, or his successor, in his official capacity as Commander of the U.S. Border Patrol, and THOMAS HOMAN, in his official capacity as White House Executive Associate Director of Enforcement and Removal Operations, <br><br> *Defendants.* | Case No. 26-cv-1023 (LMP/LIB) <br><br><br> **MOTION OF FAITH-BASED ORGANIZATIONS AND FAITH LEADERS FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR A STAY OR, IN THE ALTERNATIVE, A PRELIMINARY INJUNCTION** |

Interfaith Action of Greater Saint Paul, First Universalist Church, Minnesota Council of Churches, Minnesota Rabbinical Association, Bishop Kevin Kenney, Rabbi Harold Kravitz, the Right Reverend Craig Loya, Reverend Jen Crow, and Reverend Ben Connelly (collectively, "Faith-Based Organizations and Faith Leaders"), through undersigned counsel, respectfully move for leave of this Court to submit an amicus curiae brief in support of Plaintiffs' motion to stay, or in the alternative, for a preliminary injunction. The motion for leave is based upon the accompanying Memorandum in Support of the Motion of Faith-Based Organizations and Faith Leaders for Leave to File Amicus Curiae Brief in Support of Plaintiffs' Motion for a Stay, or in the Alternative, a Preliminary Injunction.

DATED:  March 9, 2026

Respectfully submitted,

By: */s/ Chelsea Walcker*

Lauren R. Goldman* (NY #2952422)
Mark J. Cherry* (NY #5558010)
Iason Togias* (NY #6072433)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166
Telephone:212.351.4000
lgoldman@gibsondunn.com
mcherry@gibsondunn.com
itogias@gibsondunn.com

Katherine M. Marquart* (CA #248043)
Matt Aidan Getz* (CA #335038)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California  90071
Telephone:213.229.7000
kmarquart@gibsondunn.com
mgetz@gibsondunn.com

Chelsea Walcker (MN #0396792)
Irina Vaynerman (MN #0396759)
GROUNDWORK LEGAL
1650 West End Boulevard, Suite 100
St. Louis Park, Minnesota  55416
Telephone:612.208.9349
chelsea@groundworklegal.org
irina@groundworklegal.org

Katharine M. Janes* (D.C. #1779452)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036
Telephone:202.955.8500
kjanes@gibsondunn.com

* Pro hac vice admission pending

*Attorneys for Amici Curiae*