# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, DULUTH PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 709, and EDUCATION MINNESOTA,<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations, DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement, U.S. CUSTOMS AND BORDER PROTECTION, RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, GREGORY BOVINO, or his successor, in his official capacity as Commander of the U.S. Border Patrol, and THOMAS HOMAN, in his official capacity as White House Executive Associate Director of Enforcement and Removal Operations,<br><br>*Defendants.* | Case No. 26-cv-1023 (LMP/LIB)<br><br>**DECLARATION OF CHELSEA WALCKER IN SUPPORT OF AMICI CURIAE FAITH-BASED ORGANIZATIONS AND FAITH LEADERS FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR A STAY, OR IN THE ALTERNATIVE, A PRELIMINARY INJUNCTION** |

STATE OF MINNESOTA )
                           ) ss
COUNTY OF HENNEPIN )

I, Chelsea Walcker, declare under penalty of perjury, that:

1. I am an attorney with Groundwork Legal, which represents Interfaith Action of Greater Saint Paul, First Universalist Church, Minnesota Council of Churches, Minnesota Rabbinical Association, Bishop Kevin Kenney, Rabbi Harold Kravitz, the Right Reverend Craig Loya, Reverend Jen Crow, and Reverend Ben Connelly in this case. I make this Declaration in Support of the Motion of Interfaith Action of Greater Saint Paul, First Universalist Church, Minnesota Council of Churches, Minnesota Rabbinical Association, Bishop Kevin Kenney, Rabbi Harold Kravitz, the Right Reverend Craig Loya, Reverend Jen Crow, and Reverend Ben Connelly for Leave to File Amicus Curiae Brief in Support of Plaintiffs' Motion for a Stay, or in the Alternative, a Preliminary Injunction.

2. Attached as **Exhibit A** is a true and correct copy of the Amicus Curiae Brief of Interfaith Action of Greater Saint Paul, First Universalist Church, Minnesota Council of Churches, Minnesota Rabbinical Association, Bishop Kevin Kenney, Rabbi Harold Kravitz, the Right Reverend Craig Loya, Reverend Jen Crow, and Reverend Ben Connelly in Support of Plaintiffs' Motion that we request be filed in the above matter.

3. Attached as **Exhibit B** is a true and correct copy of the Declaration of Rabbi Harold Kravitz in Support of Plaintiffs' Motion that we request be filed in this above matter.

4. Attached as **Exhibit C** is a true and correct copy of the Declaration of Interfaith Action of Greater Saint Paul in Support of Plaintiffs' Motion that we request be filed in this above matter.

5. Attached as **Exhibit D** is a true and correct copy of the Declaration of Reverend Jen Crow on behalf of First Universalist Church and in Her Individual Capacity in Support of Plaintiffs' Motion that we request be filed in this above matter.

6. Attached as **Exhibit E** is a true and correct copy of the Declaration of the Right Reverend Craig Loya in Support of Plaintiffs' Motion that we request be filed in this above matter.

7. Attached as **Exhibit F** is a true and correct copy of the Declaration of Bishop Kevin Kenney in Support of Plaintiffs' Motion that we request be filed in this above matter.

8. Attached as **Exhibit G** is a true and correct copy of the Declaration Reverend Ben Connelly in Support of Plaintiffs' Motion that we request be filed in this above matter.

9. Attached as **Exhibit H** is a true and correct copy of the Declaration of the Minnesota Rabbinical Association in Support of Plaintiffs' Motion that we request be filed in this above matter.

10. Attached as **Exhibit I** is a true and correct copy of the Declaration of the Minnesota Council of Churches in Support of Plaintiffs' Motion that we request be filed in this above matter.

I declare under penalty of perjury that everything I have stated in this document is true and correct to the best of my best knowledge, information and belief.

DATED: March 9, 2026            By: */s/ Chelsea Walcker*
                                    CHELSEA WALCKER