# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, DULUTH PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 709, and EDUCATION MINNESOTA,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations, DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement, U.S. CUSTOMS AND BORDER PROTECTION, RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, GREGORY BOVINO, or his successor, in his official capacity as Commander of the U.S. Border Patrol, and THOMAS HOMAN, in his official capacity as White House Executive Associate Director of Enforcement and Removal Operations,<br><br>*Defendants*. | Case No. 26-cv-1023 (LMP/LIB)<br><br><br><br>**DECLARATION OF RABBI HAROLD KRAVITZ** |

I, HAROLD KRAVITZ, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.    I am a rabbi ordained in 1987 by the Jewish Theological Seminary. That same year, I joined Adath Jeshurun Congregation presently located in Minnetonka, Minnesota, where I later served as Senior Rabbi from 1996 until my retirement in June 2023. Adath Jeshurun is a Conservative synagogue with approximately 900 member households.

2.    Over the course of my career, I have served in numerous other leadership roles within the Jewish community. Until recently, I was President of the Rabbinical Assembly, the international association of rabbis in the Conservative/Masorti movement. I have also served as Chair of the Board of MAZON: A Jewish Response to Hunger, and as a long-serving member and Chair of the Rabbinical Assembly's Professional Ethics Committee.

3.    A foundational principle of Judaism is that every human being is created in the image of God. This belief shapes our understanding of human dignity and moral responsibility. The Torah repeatedly commands the Jewish people to love and protect the *ger*—a term often translated as "stranger," "sojourner," or "foreigner," and understood by many scholars to refer to an immigrant, meaning a person who has come from another land to dwell among us. The commandment to love the *ger* appears at least thirty-six times in the Torah.

4.    While questions of immigration policy may involve complex legal and governmental considerations, Jewish teaching is clear that all individuals—including those who lack legal status—must be treated with dignity and moral concern. Legal status does not diminish our religious obligation to recognize the divine image in every person. All are welcome as members of our community.

5.     In Judaism we have daily, Shabbat, and holiday services. Our congregation permits some of those to occur digitally, but we recognize that in person gathering for prayer are central to forming community and to encountering the presence of God.

6.     Jewish tradition also places great importance on our religious obligation to show up in person for individuals who are suffering or facing fear and uncertainty. As I have learned over decades in the rabbinate, there are moments in life when words are insufficient. In those moments, presence itself is an act of care. Sitting with someone, looking them in the eye, holding their hand, and praying together can communicate solidarity and dignity in ways that cannot be replicated from a distance. I have witnessed firsthand how physical presence helps individuals feel seen and valued during times of vulnerability. Even in an era of digital communication, nothing replaces interpersonal contact.

7.     Since the initiation of Operation Metro Surge—and especially since the recission of the sensitive locations policy—we have witnessed an incredible uptick in ICE activity throughout our Minneapolis community. People of color, in particular, fear leaving their homes to do anything, including convening with members of their faith. This makes living out our religious obligations and engaging in in-person ministry, at times, exceedingly difficult.

8.     The recission of the sensitive locations policy has jeopardized the ability of faith adherents to worship together with one another. Because of the fear that ICE has instilled in our local community, not only are the religious expressions of community members stifled; the faith expression of the entire body suffers.

9.     The Jewish community is not unfamiliar with issues relating to security. Following the attacks against Jewish faithful in Pittsburgh, California, and Texas, as well as the attacks of October 7, we have needed to expend substantial amounts of money to retain guards, enhance security, and keep our community safe. I know that, today, in the face of increased ICE

enforcement throughout the region, our friends in Hindu, Muslim, Sikh, and other faith traditions are confronting similar security-based challenges, too. My experience as a Jewish leader gives me empathy for those profound costs—not only financial, but also as it relates to the collective feelings of insecurity and fear that these actions cause.

Minnetonka, Minnesota
March 5, 2026

_____
HAROLD KRAVITZ