# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, DULUTH PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 709, and EDUCATION MINNESOTA,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations, DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement, U.S. CUSTOMS AND BORDER PROTECTION, RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, GREGORY BOVINO, or his successor, in his official capacity as Commander of the U.S. Border Patrol, and THOMAS HOMAN, in his official capacity as White House Executive Associate Director of Enforcement and Removal Operations,<br><br>*Defendants*. | Case No. 26-cv-1023 (LMP/LIB)<br><br>**DECLARATION OF INTERFAITH ACTION OF GREATER SAINT PAUL** |

I, RACHEL MOREY, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.     I am the Director of Community & Interfaith Engagement at the Interfaith Action of Greater Saint Paul ("Interfaith Action"). Prior to joining Interfaith Action in 2024, I led congregations in Minneapolis, Brooklyn Park, Brooklyn Center, and Northfield as an ordained United Methodist clergywoman. For the past two decades, I have worked in, with, and around faith communities in Minnesota as a pastor and as a faith community organizer.

2.     Interfaith Action (formerly known as the St. Paul Area Council of Churches) is a nonprofit, 501(c)(3) organization that has served the St. Paul community for over 120 years. Interfaith Action harnesses the power of thousands of motivated volunteers from diverse faith and spiritual communities to relieve the effects of poverty and address its root causes.

3.     Interfaith Action is a member-based organization to which nearly 100 faith and spiritual communities belong. We serve as an association of religious and spiritual associations, collecting the voices and perspectives of our members.

4.     For each of our faith and spiritual communities, there exists a tenet—whether a mission, creed, or shared value—that encourages aiding and supporting others. For many faith traditions, members exercise that belief through acts of service—Judaism (*Tzedakah*—a moral obligation to help the poor), Christianity (*the Good Samaritan*—a parable teaching love thy neighbor), Islam (*Sadaqah*—voluntary charitable acts towards others), Hinduism (*Seva*—selfless service for the community), and Buddhism (*Dana*—the practice of giving help to others), to name a few.

5.     Accordingly, a core focus of Interfaith Action is our antipoverty efforts. We work to mobilize people from diverse faith and spiritual backgrounds to help families and individuals achieve stability and economic mobility. In my role at Interfaith Action, I develop and direct

1

programs alongside our faith and spiritual communities to address the causes and consequences of poverty.

6. For example, Interfaith Action provides critically needed shelter for those experiencing homelessness—we operate the largest family shelter in Ramsey County, Minnesota. We also provide emergency services related to food and clothing, workforce development, and economic mobility to benefit those in the Saint Paul community.

7. Compelled by their respective religious or spiritual convictions, Interfaith Action and its members serve the poorest and most marginalized among us. We often serve immigrant populations, including those seeking asylum in the United States or who may lack documentation to legally reside in the country, who do not speak English, and who come from a variety of racial and ethnic backgrounds.

8. The religiously motivated acts of service and other expressions of faith of Interfaith Action and many of our members have been stymied due to the increased threat of arrests, raids, and surveillance by U.S. Immigration and Customs Enforcements ("ICE"). This trend has become even more pronounced since ICE increased its presence in Minnesota in late 2025.

9. Tragically, a number of Interfaith Action's faith and spiritual communities have shared with me that they feel unable to come forward about the threat that ICE operations pose to their communities, for fear of retaliation by ICE or the Administration. I therefore write this declaration to share their stories, as well as Interfaith Action's own experiences.

10. For some faith and spiritual communities, helping the vulnerable—including immigrants—is a central tenet. As one example, prior to ICE's dramatic increase of operations in Saint Paul, Interfaith Action worked with our faith and spiritual communities to host a mobile shelter program that provided housing and wrap-around social services to support asylum seekers in the community. Many of our faith communities, acting upon faith tenets to welcome and

embrace the stranger, remained committed to hosting asylum seekers despite the federal government's increasing hostility towards immigrants. But more recently, ongoing ICE operations forced Interfaith Action to cancel the asylum shelter program entirely, as it is now unsafe to host asylum seekers in public buildings.

11. Many of our member organizations exhibit religious precepts that require regular in-person congregation and group worship. But religious leaders of Interfaith Action's members report that ICE operations have directly caused decreased attendance at their religious services. In light of ongoing ICE operations, congregants—some of whom are themselves undocumented—fear assembling with others in community settings. The resultant drop in attendance, for some faith groups, has been stark and devastating.

12. This fear has been heightened, in some instances, by ICE agents coming on or near our members' property with the apparent intent to identify and detain immigrants worshipping on that property. As one leader of a Christian-faith community reported to me, ICE agents were identified in their church's parking lot taking pictures of attendees' license plate numbers during a weekend worship service. That church has now been forced to divert resources to employ volunteer parking lot ushers, so that they can alert the community to ICE presence and help churchgoers get safely inside for their religious services.

13. In fact, ICE operations have forced *many* of our members to close and lock their doors during traditional service times—and allow only pre-existing members to enter—to protect the safety of their employees and worshipers. For many, this has been a drastic shift from their consistent open-door policies, which were mandated by their faith. It became necessary, though, because ICE agents have begun knocking on the doors to their places of worship, which has made congregants feel unsafe as they practiced their religion or spiritual teachings. This system of excluding newcomers, which has been necessary to protect parishioners' safety, infringes on these

communities' religious tenets, such as the Christian religious principle of evangelizing and proclaiming the message of Christ's salvation to those who might not already believe.

14. Despite a desire, and for some religions a commandment, to gather together, some of our faith and spiritual communities no longer feel they can congregate in-person. These communities have transitioned to Zoom-based religious services, in response to congregants' apprehensions of venturing out into the community. But ICE's online surveillance efforts create a genuine threat to these virtual gatherings, too; some community members fear and do not join online activities, due to apprehension that ICE officials will be present and watching, or that their attendance will be otherwise digitally recorded and could be reported to ICE.

15. Decreased attendance at religious services has had a ripple effect through Interfaith Action's community. Some of Interfaith Action's faith members host visiting congregations under shared use policies, so that smaller congregations—including those comprised predominantly of immigrant members—still have a space in which to worship. But the threat ICE poses to immigrant communities' safety has made many afraid to attend religious services, meaning they no longer come together to worship. This shift away from in-person congregation deprives some immigrant communities of the chance to worship and prevents host churches from effectuating a central tenet of their faith—welcoming all and spreading their faith.

16. ICE operations in and around places of worship create an atmosphere of fear that affects worshipers and religious leaders alike. One religious leader of a member faith community—despite being a lawfully present and documented immigrant—has become afraid to gather in the very place of worship she is meant to lead because of the danger ICE poses. As a direct consequence, for over two months, she has been forced to lead her congregation from home through remote services.

17. In response to ICE's presence in St. Paul, some of our faith and spiritual communities have removed services directed at immigrants from their websites and scrubbed their newsletters of references to their work with Interfaith Action and other community partners to protect themselves from ICE's online surveillance. Moreover, some of our members who host know-your-rights trainings have reported to me that there have been outside individuals tracking and recording attendance at their meetings, threating the safety of immigrant attendees. As a result of these surveillance campaigns, some of our faith and spiritual communities have ceased offering know-your-rights information sessions.

18. This monitoring has also impacted Interfaith Action's ability to recruit volunteers for its community-based service projects. One of our community partners, an area food shelf, reported that one of its delivery drivers was followed by ICE when providing groceries to those in need in our community. As a result, many within our faith and spiritual communities have expressed concern about the risks to which volunteers and recipients are exposed through our own grocery-delivery program for home-bound community members. ICE actions have thereby prevented our members from feeding the hungry, a tenet in Judaism, Christianity, and Hinduism among many other spiritual and faith traditions. As a result of ICE's surveillance, we no longer advertise our grocery-delivery opportunities on public listservs, but rather through individual communication—making Interfaith Action and our members less able to exercise a central tenet of our faiths. And second, our volunteer base has shrunk dramatically, as many fear or are unable to provide services in a way that puts them at such profound risk.

19. ICE operations have also prevented our member organizations from pursuing their own mission-related community outreach. For example, one Muslim-faith member organization has historically practiced its faith by opening its doors to the public as a community space in which neighborhood members can learn about Islam. As part of that work, the member organization

5

hosted a variety of community-based events in its space. Due to ICE operations, however, that member organization has been forced to operate with a single entryway under a locked-door policy—a practice antithetical to their religious work and place in the community.

20. The prolonged presence of ICE agents in close proximity to our faith and spiritual communities has negatively affected congregants' ability to practice their spiritual and faith traditions by deterring them from visiting their places of worship and from participating in acts of service central to their tenets and values. It is leading to a profound sense of burnout and exhaustion of faith community members, who feel they can no longer practice their religious and spiritual traditions without fear of reprisal. I fear that ICE's continued operation in religious spaces will have long-lasting repercussions and diminish religious engagement in our community at a time it is needed most.


Saint Paul, Minnesota  
March 5, 2026                            /s/ Rachel Morey  
                                         RACHEL MOREY