# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, DULUTH PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 709, and EDUCATION MINNESOTA,<br><br>        *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations, DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement, U.S. CUSTOMS AND BORDER PROTECTION, RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, GREGORY BOVINO, or his successor, in his official capacity as Commander of the U.S. Border Patrol, and THOMAS HOMAN, in his official capacity as White House Executive Associate Director of Enforcement and Removal Operations,<br><br>        *Defendants*. | Case No. 26-cv-1023 (LMP/LIB)<br><br><br>**DECLARATION OF FIRST UNIVERSALIST CHURCH AND REVEREND JEN CROW** |

I, JEN CROW, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I serve as the Senior Minister of First Universalist Church of Minneapolis. I have been in this role for thirteen years, leading a congregation that includes 800 adults and more than 200 children and youth in our religious education programs. My responsibilities include providing spiritual leadership, supporting pastoral care, and helping our community live out its values of love, equity, justice, interdependence, and generosity.

2. The Unitarian Universalist faith tradition teaches that every person has inherent worth and dignity and calls us to create a world grounded in compassion, justice, and mutual care. These principles reflect our deeply held values and serve as our collective moral guide.

3. Since the establishment of the Minneapolis Unity Settlement House in 1897, our congregation has lived out our faith teachings by providing support for refugees, migrants, and the marginalized. In my ministry, I have accompanied individuals to immigration hearings, waited with them in courthouse lobbies, and offered prayer and presence during times of profound fear. Many immigrants have relied on our community for grounding, reassurance, and compassion.

4. One way we practice our faith is through weekly, in-person services where our community gathers to worship. We participate in certain religious rituals that cannot be replaced through remote alternatives. This shared time and space is central to our experience as adherents of the faith.

5. Since the recission of the sensitive locations policy, though, and especially since the beginning of Operation Metro Surge, our ability to gather as a community has suffered. Many people who would otherwise regularly join our Sunday services—especially people of color, regardless of their immigration status—have been hesitant to attend any public gatherings because of Immigration and Customs Enforcement's (ICE's) actions and intense racial profiling. They fear

1

they could be the target of such an immigration action while participating in a worship service on church grounds. As a result, many adherents have simply stopped coming. This has directly impacted those congregants' abilities to fully participate in their faith, and it has also harmed our collective community worship, which suffers without their presence.

6. As one concrete example, in January 2025, ICE conducted a raid on our block at the same time a memorial service was scheduled at our church. ICE drove around and near our premises throughout the service, so I left and stood watch at the front door alongside other church members. I was fearful they would come onto church grounds and wanted to ensure that they would not do so. Some congregants left the premises entirely, though, deeply afraid of ICE's presence nearby. I was disheartened by the terror that ICE had instilled in our community, and how these individuals lost an opportunity to participate in a religious ceremony and pay respects to their deceased loved one because of it.

7. ICE's actions have also prevented me, as a faith leader, from preaching and leading my community as I otherwise would. In-person pastoral care is essential to my ministry. When someone is experiencing a challenging or traumatizing situation, physical presence communicates compassion in a way remote communication cannot. Speaking to someone directly and witnessing their story are thus core expressions of spiritual care within my faith tradition. But when our community members are no longer coming to church, it becomes much more difficult to provide this type of pastoral care to all who may need it.

8. Since the recission of the sensitive locations policy, I have also intentionally downplayed messages relating to immigration in my sermons and other public remarks. Caring for the immigrant and those who might be suffering is central to our religious identity and faith teachings. But it feels too dangerous to discuss these topics and thereby invite ICE's unwanted

attention. I feel as though I am choosing between adherence to my faith and the safety of my congregants, a truly impossible choice.

9. Another central principle of our faith tradition is being open to all. We believe deeply that all should be welcomed in our space and that all are worthy of God's salvation. But because of the danger ICE poses to our community and the risk that ICE would come in or near our place of worship, we have begun locking all but one of our church doors. At the single unlocked door, we ask *every* person who enters who they are and what their intention is in the space. This practice is antithetical to our message of radical hospitality and welcomeness, which our faith would otherwise compel. But given ICE's recent activities, it feels too unsafe to remain truly open.

10. To ensure attendees' safety, we have also implemented new—and costly—security measures. We have trained our weekly ushers, for example, on what to do if ICE comes to our church. We have tasked others with walking around the block throughout services, to ensure that ICE is not nearby or to inform congregants when they are. We have also hired outside contractors to serve as additional security guards, to ensure the safety of all our community members.

11. ICE's actions have directly impacted our church's finances. On the one hand, our revenues have decreased notably. Many community members are financially suffering, because they feel unable to go to work and risk encountering ICE. Church members who fear attending are thus no longer donating as they used to; fewer outside visitors feel safe to come given the climate, especially people of color, and are therefore also not donating; and folks in our congregation who *are* coming must prioritize subsistence, so many have little money to give. But on the other hand, we are spending more than we ever have. To assist congregants in need, we have expended funds to help pay rent, buy groceries, and support them and their families during this challenging time. To date, we have provided over $50,000 to community members in rent

support alone.  But we are receiving more requests than ever, and the combination of less revenue and more expenses poses a real challenge for our institution.

12. A core principle of our church is that we share a love so big, no one should be left outside the circle.  But the locked doors, security guards, and culture of fear that ICE has instilled keeps us from living out this teaching.  The recission of the sensitive locations policy has directly harmed my—and my congregants'—ability to fully and freely live out our faith, without fear of reprisal.


Minneapolis, Minnesota
March 5, 2026                                      */s/ Reverend Jen Crow*
                                                   REVEREND JEN CROW

4