# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, DULUTH PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 709, and EDUCATION MINNESOTA, | Case No. 26-cv-1023 (LMP/LIB) |
| *Plaintiffs*, | |
| v. | **DECLARATION OF THE RIGHT REVEREND CRAIG WILLIAM LOYA** |
| KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations, DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement, U.S. CUSTOMS AND BORDER PROTECTION, RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, GREGORY BOVINO, or his successor, in his official capacity as Commander of the U.S. Border Patrol, and THOMAS HOMAN, in his official capacity as White House Executive Associate Director of Enforcement and Removal Operations, | |
| *Defendants*. | |

I, CRAIG WILLIAM LOYA, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.      I serve as the Bishop of the Episcopal Diocese of Minnesota.  I have held this role for five and a half years and oversee a community of approximately 90 congregations, 11 affiliate institutions (including schools and retirement homes), and 14,000 congregants.  As Bishop, I supervise all Episcopal ministry in the Diocese, coordinate the Diocese's vision and strategy, and mentor other faith leaders.  Nearly every weekend, I lead worship services across the State.  Before I became Bishop, I was the Priest of an Episcopal congregation in another state.

2.      The Episcopal Diocese of Minnesota has served long-time Minnesotans and recent immigrants alike for more than a century and a half.  Many of the immigrants we serve are documented and many, I am sure, are not.  There is no difference in the eyes of our faith.  Among others, we serve Hmong, Latino, African, and Karen immigrant communities.

3.      Our faith community believes that all people are created in the image and likeness of God without respect to national origin or immigration status.  We therefore provide active support for refugees and immigrants, and we minister to those facing fear or separation from their families.  At our Diocese's November 2024 convention, we passed the Migration with Dignity Resolution (C031), which launched diocesan efforts to support migrants around Minnesota, including by raising funds to support immigrants' food, housing, and job needs, and by declaring support for immigrants' civil, human, and spiritual rights.[1]  Many members of our Diocese live out their own faith by supporting migrants, refugees, and those who have been marginalized.

4.      In the Episcopal tradition there are no clearer moral imperatives than caring for the stranger, the immigrant, and the foreigner; standing in solidarity with the poor or vulnerable; and

---

[1] https://www.vbinder.net/resolutions/683?house=HD&lang=en.

ministering to the incarcerated.  There is no ambiguity in what our faith calls us to do:  Followers

of Jesus must advocate and care for all, especially those who are suffering.[2]

5.      In person congregation is central to Episcopalian worship.  The sacraments and rites

of our religion, including the Eucharist and the anointment of the sick, must be performed in

person.  "Virtual ministry" is not possible, and our official denominational regulations prohibit it.

To comply with the requirements of our faith, these sacraments must be performed with a minister

in the same physical space as the recipient, in community with one another.

6.      Operation Metro Surge and the recission of the sensitive locations policy have

directly threatened these religious practices.  Many members of our Diocese have themselves been

detained.  One congregant, a lay (nonordained) leader and a U.S. citizen, found herself stuck in a

traffic jam caused by an Immigration and Customs Enforcement (ICE) action while on the way to

work.  She did not engage and was not involved in any way.  But for no obvious reason, an ICE

agent approached her car, smashed her window, dragged her out, arrested her, and took her to the

Whipple Building.  She was released later that day.

7.      The recission of the sensitive locations policy has only worsened the fear

experienced by many of our faith-community members and directly impacted church operations.

ICE has congregated in the parking lots of many of our immigrant-majority congregations during

times of worship.  This has caused many of our most vulnerable church members to stay home on

Sundays.

8.      One congregation of Latino immigrants, for instance—the overwhelming majority

of whom are from Mexico—typically has around 130 in-person attendees at Sunday services. But

---

[2] "I was hungry and you gave me food, I was thirsty and you gave me something to drink, I was a stranger and you welcomed me, I was naked and you gave me clothing, I was sick and you took care of me, I was in prison and you visited me. . . .  Truly I tell you, just as you did it to one of the least of these brothers and sisters of mine, you did it to me."  *Matthew* 25:35–45 (New Revised Standard Version Updated Edition).

just this week, the priest, himself an immigrant from Colombia, reported that they are down to 14 regular attendees, all because people fear encountering ICE while worshiping. This is consistent with the experiences of others of our immigrant-majority congregations, too. This fear of ICE directly inhibits our community's ability to worship with and minister to the faithful as we otherwise would.

9.    In some instances, it has prevented religious activity entirely. In the Latino community, celebrations around Our Lady of Guadalupe provide a powerful opportunity to celebrate both cultural and religious identity. Those celebrations occur every year in December and tend to draw hundreds of people, both from our faith community and not, thereby providing a welcome opportunity for evangelization and togetherness. But this year, our two largest Latino congregations—both of which typically host massive celebrations—canceled them fully. The churches, as well as their members, were simply too fearful of ICE to gather.

10.    Many churches have had to implement additional security measures to protect their congregations from ICE interference. Some congregations, for example, have placed individuals at all entryways, to monitor people as they enter our space. Others have started locking their doors. But there are very few things that inhibit the practice of our faith more than having to lock the doors during a public worship service. Open doors are an icon of our beliefs, representing that God's love is open and available to all, regardless of who they are and what they have done. To be forced to regard people coming into our space with suspicion is an inhibition to the full practice of our faith and runs counter to our most central faith teachings. Given ICE's threatening presence, though, we feel we have no choice.

11.    ICE activity has also wrought incalculable economic devastation upon our community. Church members have lost their jobs, livelihoods, and sense of safety. As a result,

they have become afraid to leave their homes for fear of being arrested and detained, their businesses have closed, and they have stopped going to work and school.

12.    Motivated by our faith, the Episcopal Diocese has tried to fill the gap.  We have established an immigrant-support fund, for example, and over a recent period of just a week and a half, our Diocese distributed more than $70,000 in rent and housing assistance.  We provide this support as a reflection of our religious commands to help the vulnerable, the poor, and the immigrant—but it does pose a great financial burden to the Diocese.

13.    Our churches have also suffered greatly because of deceased attendance and donations due to the recission of the sensitive locations policy.  Churches, particularly our Latino congregations, sustain themselves with cash tithings offered during Sunday services.  But having fewer attendees has directly led to fewer donations.  Churches often will supplement their resources by engaging in fundraisers; our Latino churches, for example, occasionally make and sell tamales to the community.  But these churches have stopped engaging in these fundraisers, because there are simply not enough people willing to volunteer at public church activities, due to fear of ICE.

14.    ICE's presence has also forced me, as leader of the Diocese, to be guarded about the immigration-related messages I share.  Our faith compels us to raise money, for example, to support our Diocese's grocery-delivery program, which supports over 1,000 families who have gone hungry during these trying times.  But I have to remain cautious of how publicly I speak about and raise money for those programs, because we fear that ICE's awareness could compromise the safety of both the deliverers and recipients.  This, again, makes me compromise between fully living my faith and keeping my religious community safe.

Minneapolis, Minnesota
March 5, 2026

RIGHT REVEREND CRAIG WILLIAM LOYA
X Bishop, Episcopal Church in Minnesota

5