# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, DULUTH PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 709, and EDUCATION MINNESOTA,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations, DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement, U.S. CUSTOMS AND BORDER PROTECTION, RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, GREGORY BOVINO, or his successor, in his official capacity as Commander of the U.S. Border Patrol, and THOMAS HOMAN, in his official capacity as White House Executive Associate Director of Enforcement and Removal Operations,<br><br>*Defendants*. | Case No. 26-cv-1023 (LMP/LIB)<br><br><br>**DECLARATION OF BISHOP KEVIN KENNEY** |

I, KEVIN KENNEY, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I serve as an auxiliary bishop of the Archdiocese of Saint Paul and Minneapolis (Archdiocese). I was ordained a bishop in October 2024, and I serve as the Archdiocese's Vicar for Latino Ministry. I also serve as pastor of St. Olaf's Catholic Church of Minneapolis. I write this declaration on behalf of myself.

2. As Vicar, much of my ministry focuses on Latino Catholic communities throughout Minneapolis, Saint Paul, and the Archdiocese. My responsibilities include supporting parishes and their lay leaders and listening closely to the spiritual concerns of our immigrant populations.

3. My Catholic faith compels me to minister to the vulnerable. Catholic Gospel teachings call us to welcome the stranger (Matthew 25:35), support the poor (Luke 6:20), and visit those who are imprisoned (Matthew 25:36). The Catechism of the Catholic Church reflects Christ's command to care for all who might be suffering. Catholic Social Teaching, too, calls each of us to aid refugees, the poor, and the sick. For me as a bishop, then, as well as for the priests and lay ministers throughout our Archdiocese, serving immigrants and other vulnerable groups is central to our vocation.

4. In-person ministry has always been a core part of my pastoral life. Many sacraments—including Holy Communion—require direct, in-person administration. Physical presence also carries profound spiritual meaning. I have visited detainees in jails, celebrated Mass inside prisons, and accompanied individuals to immigration hearings. These experiences have shown me how vital it is for clergy to sit beside someone, pray with them, hear their fears, and offer spiritual reassurance during some of life's most difficult moments. For individuals who are frightened, isolated, or separated from their families, the presence of a priest can restore a sense of dignity and remind them they are not alone.

5. The surge of Immigration and Customs Enforcement (ICE) activity in Minneapolis has dramatically harmed our in-person Catholic ministry, especially that to our Latino brothers and sisters. Since the initiation of Operation Metro Surge and since the recission of the sensitive locations policy, fear has paralyzed this community. Roughly 70% of our Latino parishioners are not attending Mass on weekends as they otherwise would. This was particularly evident on December 12, 2025, the Feast Day of Our Lady of Guadalupe, a day that typically holds great significance for the Catholic Latino community. It has broken my heart to see how members of our faith have been treated by ICE, and to know that they cannot express their faith as they otherwise would, due to fear.

6. For the individuals who feel unsafe coming to worship in person, we have tried to host virtual Mass, provide recorded messages to family members to share our support, pray the rosary and Holy Hours in online formats, and offer the Eucharist at people's homes. But this is an imperfect solution and cannot substitute for in-person ministry, worship and celebration. Moreover, we have had to be cautious when engaging with homebound parishioners, because ICE officers have followed our community members from church property before, and we do not want to endanger people by leading ICE to their homes.

7. ICE has followed our Catholic parishioners on numerous occasions. When one parishioner of Mexican descent was leaving a church parking lot, she reported being followed for over half a mile by an unmarked truck; it appeared they were running her license plate. Some parish workers—who have work permits to work and live in the United States—were taken by ICE on their way to or around the parish. Others, motivated by their faith, have distributed food to those who are hungry—but they, too, have reported being watched by ICE at those food distribution sites, causing fear on the part of both the volunteers and recipients. It is no wonder, then, that people are fearful of coming to our religious spaces and celebrating their faith.

8. At times, ICE has parked merely a block or two away from our Catholic schools, too, which has caused great fear on the part of the children and their families. To protect the children's safety, we have had to place crossing guards with yellow vests at street corners, to ensure that they get safely in and out of the buildings.

9. We have had to make other modifications for safety, as well. Some parishes have decided to lock their doors as soon as Mass starts on Sundays, and to have ushers there to let any latecomers inside. This practice was adopted by some parishes following the August 27, 2025 shooting that occurred during a school Mass in an Archdiocesan Church. Many of our Latino parishes, though, only started doing this when Operation Metro Surge began, and the sensitive locations policy was rescinded. Such a closing off of our faith community goes against our most basic Catholic teachings, which command that the Church be for everyone.

10. The decrease in attendance has also dramatically harmed finances at several Archdiocesan parishes. Parishioner contributions, especially in our Latino congregations, often come in through cash donations during weekly Masses. But since attendance has dropped significantly, parishes have seen a decrease in donations, too, which has affected how they can offer services and pay their staff.

Minneapolis, Minnesota
March 5, 2026

_Bishop Kevin Kenney_
BISHOP KEVIN KENNEY

3