# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, DULUTH PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 709, and EDUCATION MINNESOTA,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations, DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement, U.S. CUSTOMS AND BORDER PROTECTION, RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, GREGORY BOVINO, or his successor, in his official capacity as Commander of the U.S. Border Patrol, and THOMAS HOMAN, in his official capacity as White House Executive Associate Director of Enforcement and Removal Operations,<br><br>*Defendants*. | Case No. 26-cv-1023 (LMP/LIB)<br><br><br><br>**DECLARATION OF BEN CONNELLY** |

I, BEN CONNELLY, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am a Soto Zen Buddhist priest. I was ordained in 2009 and received dharma transmission in 2015. I currently serve at the Guiding Teacher at the Minnesota Zen Meditation Center. As a priest, my role is to provide spiritual guidance and pastoral care to members of my community and to others in need. In addition to my work as a priest, I have published books on Buddhist practice, taught mindfulness in a wide variety of secular contexts, including police training and addiction recovery groups, and participated in multi-faith initiatives focused on social and climate justice.

2. The Minnesota Zen Meditation Center was founded in 1974 by Dainin Katagiri, one of the prominent Soto Zen masters who helped establish Buddhism in the United States. The Center currently has approximately 250 members and serves a diverse community of individuals committed to Buddhist practice. Its activities include regular Zen meditation practice (*zazen*), lectures, and work practice—volunteer service performed in a spirit of mindful engagement and communal care.

3. A foundational teaching of Buddhism is the Four Noble Truths: that suffering exists; that suffering has causes; that suffering can be alleviated; and that there is a path leading to the end of suffering. These teachings form the basis of Buddhist ethical and spiritual practice. Central to that practice is the commitment to recognize suffering and to take action to alleviate it. In the Soto Zen tradition, this commitment is expressed through the Bodhisattva vow, which I have taken and recite regularly as a priest: that there are limitless beings, and I vow to save them all. Although it is more aspirational than practical, this vow reflects a religious obligation to move toward suffering and to offer care when one is able to do so. In short, when suffering is present, I am called upon by my spiritual practices to respond.

4.      In the Zen tradition, the Dharma—the lived expression of truth in our practice—is transmitted through human encounter.  The historical record of Buddhism is largely a record of conversation between individuals coming together to speak honesty about suffering and to explore how to be free from it.  Spiritual care in this tradition is relational and grounded in presence.  Sitting with someone, listening carefully, and bearing witness to their experience are central expressions of Buddhist practice.  While teachings can be shared in many formats, the heart of Zen ministry is direct, person-to-person engagement.

5.      Consistent with these teachings, the Buddhist tradition has long emphasized moving toward places of suffering rather than away from them.  The Buddha himself sought out individuals who were feared, ostracized, or in distress, including those who had committed violence or were engaged in conflict.  Throughout its history, Buddhist practice has included ministry in prisons, hospitals, and other environments where suffering is acute.  This tradition reflects the understanding that spiritual practice is expressed most fully in direct engagement with hardship.

6.      Immigrants in Minneapolis are experiencing intense suffering—living in fear of ICE arrest, detention, and deportation.  In the teachings of the Buddha, suffering is a sacred truth that calls forth compassionate action. The Dharma compels me to respond.  As a priest, I am entrusted with the pastoral care of our community and with sustaining our Zen center as a place of refuge, dignity, and spiritual safety for all who enter.  Since the rescission of the sensitive locations policy in early 2025 and the marked escalation of ICE presence in Minneapolis, the pressure upon our immigrant practitioners to remain hidden has become acute.  Members of our community have communicated to me that they no longer feel safe coming to our Zen center.  When fear bars practitioners from communal practice, the harm extends beyond the individual.  The Buddha

3

teaches that nothing exists in isolation—we are all interdependent; when one member is driven into fear and isolation, the whole body of our community suffers.

Saint Paul, Minnesota
March 5, 2026                              */s/ Ben Connelly*
                                           BEN CONNELLY