# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, DULUTH PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 709, and EDUCATION MINNESOTA,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations, DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement, U.S. CUSTOMS AND BORDER PROTECTION, RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, GREGORY BOVINO, or his successor, in his official capacity as Commander of the U.S. Border Patrol, and THOMAS HOMAN, in his official capacity as White House Executive Associate Director of Enforcement and Removal Operations,<br><br>*Defendants*. | Case No. 26-cv-1023 (LMP/LIB)<br><br><br>**DECLARATION OF THE MINNESOTA RABBINICAL ASSOCIATION** |

I, FREDERICK KAMIL, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.  I serve as the co-chair of the Minnesota Rabbinical Association (the "MRA"). Over the course of my career, I have also served as Senior Congregational Organizer at Beacon Interfaith Housing Collaborative, Organizing Rabbi at Temple Israel, and Assistant Rabbi to Congregation Etz Chaim.

2.  The MRA's mission is to serve as the moral and religious voice of the Jewish community in Minnesota, bringing together 40 rabbis across the state. It provides a forum for rabbis to confer about community issues and facilitates cooperative programs among congregations and agencies. As an association for rabbis of all streams of Judaism, the MRA provides professional development for both congregational and non-congregational rabbis.

3.  It is a fundamental Jewish principle that human beings are created *b'tzelem Elohim*—in the image of God. This is an expansive commandment that extends to all people without exception, affirming that every human being possesses inherent dignity and deserves respect.

4.  Our people know the pain of having that dignity denied. Jewish history is marked by exile, persecution, and living as strangers among nations. Precisely because we know that suffering, the Torah commands us—more than any other commandment—to love the stranger and protect the vulnerable. In our tradition, the stranger includes the immigrant, the asylee, and all who come seeking refuge and care. Their story echoes that of our own past and remains part of our present: We, like many in this country, are immigrants and the descendants of immigrants. Our faith therefore compels us to treat immigrants with compassion and justice.

5.  At the heart of Judaism stands the commandment *v'ahavta l'reacha kamocha*— love your neighbor as yourself. This ethical commandment demands that we translate compassion

into action through acts of *tzedakah* (charity) and *chesed* (kindness).  Our communities feed the hungry, assist those facing housing insecurity, and care for those in need because the Torah commands it.  Our religious obligation does not change depending on the legal status of the person in need—neighbors are neighbors.

6. Yet with the removal of the protections once provided by the sensitive locations policy, many within our community now fear that fulfilling these religious duties could expose them to government scrutiny or punishment.  For some communities led by MRA rabbis, the recission of the sensitive locations policy has disrupted their partnerships with schools, hospitals, and other houses of worship because they are no longer able to guarantee safety within the walls of their synagogues.  Before the policy was rescinded, rabbis within our community regularly opened their doors to school partners and neighboring faith communities with immigrant members to share meals, learn together, and support one another in times of celebration and grief.  These acts of fellowship are themselves expressions of the Jewish faith.  The loss of protection for houses of worship has weakened these bonds, strained the social fabric of our communities, and burdened our ability to live out the Torah's commandment to love our neighbors.

7. Further, Judaism teaches that a house of worship is a sacred refuge.  A synagogue must therefore be a place of safety, where people can worship, study Torah, and seek spiritual refuge without fear.  The rescission of the sensitive locations policy has undermined that sacred purpose.

8. One rabbi within our community has witnessed ICE agents staging operations outside her synagogue and near neighboring churches and mosques.  In response, her congregation has posted signs declaring that federal agents are not permitted within their synagogue.  Another MRA rabbi has witnessed caravans of ICE vehicles driving near her place of worship, intimidating congregants.

9. Despite the announced "drawdown" of ICE operations in 2026, the presence of agents near houses of worship has only increased. Some of our members report that the atmosphere of fear produced by ICE's presence has deterred congregants from attending services and communal gatherings in places of worship, thereby threatening the ability of Jewish communities to assemble in prayer and fulfill the fundamental religious obligation of worshipping together.

10. The rescission of the sensitive locations policy, coupled with increased ICE surveillance around religious institutions, has also altered how religious leaders practice their faith. Rabbis report that acts of service once carried out publicly are now performed quietly out of fear of government reprisal, limiting both the resources and the community participation that such efforts once inspired. One rabbi's congregation removed videos of its services from YouTube and ceased posting new recordings, due to concern that ICE agents could use those videos to identify attendees or monitor religious messages. As these reports reveal, ICE's presence in and around our places of worship has pressured us to make Jewish life less visible, which is itself a burden on our religious expression.

11. Judaism teaches that every person contributes to the strength and holiness of the community. The presence of ICE operations near our synagogues, however, has forced some congregations to conceal the participation of members whose leadership enriches communal life. One rabbi described a congregant who is currently in the process of becoming a United States citizen. This individual has been deeply involved in congregational leadership and education and serves as a pillar of their community. Yet the increased presence of ICE in the surrounding neighborhood has filled her with fear. She now attends far fewer events and has asked that her name and image be removed from the synagogue's website. In this way, ICE operations—

particularly in or near houses of worship—compel communities to conceal the very individuals whose participation embodies the Jewish value of shared responsibility and leadership.

12. Jewish tradition commands us to welcome those who enter our synagogues with openness and hospitality.  Yet the recission of the sensitive locations policy has forced many congregations to adopt additional security measures that fundamentally alter that spirit of welcome.  Some communities have instituted new staff trainings and changed the procedures by which visitors enter and are greeted within the synagogue.  Another congregation that regularly gathers for public prayer and Shabbat services has been forced to hire private security to establish a protective perimeter around congregants and guests.  That synagogue also has altered how and when it shares the location of its religious gatherings because of concerns about ICE surveillance.  Yet another rabbi, acting in accordance with the Torah's commandment love the stranger, previously provided refuge to an immigrant who lived within his synagogue.  But today, that rabbi no longer feels able to offer such sanctuary—even when the need is clear—out of fear of government reprisal.  The presence of ICE agents near our houses of worship makes it harder for Jewish communities to open their doors freely and to extend the hospitality that lies at the heart of our faith.

13. As a result of the sensitive locations policy, Rabbis in our community now fear that they could face lawsuits, arrest, or imprisonment for welcoming immigrants into their sanctuaries and serving the community in accordance with the central principles of our faith.

Minneapolis, Minnesota
March 9, 2026

_____
FREDERICK KAMIL