## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, DULUTH PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 709, and EDUCATION MINNESOTA, | Case No. 26-cv-1023 (LMP/LIB) |
| *Plaintiffs*, | |
| v. | **DECLARATION OF MINNESOTA COUNCIL OF CHURCHES** |
| KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations, DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement, U.S. CUSTOMS AND BORDER PROTECTION, RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, GREGORY BOVINO, or his successor, in his official capacity as Commander of the U.S. Border Patrol, and THOMAS HOMAN, in his official capacity as White House Executive Associate Director of Enforcement and Removal Operations, | |
| *Defendants*. | |

I, SUZANNE KELLY, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.      I serve as the Chief Executive Officer of the Minnesota Council of Churches ("MCC") and submit this declaration on its behalf.  Prior to joining MCC in 2024, I worked for many years in public service, including as the Chief of Staff of Minneapolis Public Schools and Chief of Staff and Superintendent of Saint Paul Public Schools.  Earlier in my career, I worked as a journalist, including as a metro editor at the Star Tribune.  The bulk of my professional life has been dedicated to service to the Minnesota community.  I am also an Ordained Elder in the Pentecostal Assemblies of the World and a senior minister in my congregation, Christ Temple Apostolic Church, in Fridley, Minnesota.

2.      MCC is a statewide coalition of 24 member denominations representing the regional governing and administrative bodies of Historic Black, Mainline Protestant, and Peace Church traditions.  Our member denominations include Lutheran, Methodist, Episcopal, African Methodist Episcopal, and other Protestant traditions.  Collectively, MCC represents approximately one million Christians across Minnesota.

3.      MCC's mission is to convene Christian denominations, congregations, and faith leaders across the state to help live out their faith in service to the broader community.  We seek to build unity grounded in justice by fostering meaningful relationships among churches and engaging collaboratively on issues that affect public life in Minnesota.  Our work includes shared prayer and worship, public witness and advocacy, education and dialogue, and long-standing programs supporting refugees and other vulnerable communities.  Through these efforts, MCC works to practice our Christian faith by strengthening congregations, supporting individuals in need, and advancing just and compassionate public policy.

4.      For more than forty years, MCC was one of the largest refugee resettlement organizations in Minnesota.  Through our partnership with Episcopal Migration Ministries, MCC assisted in resettling more than ten thousand refugees, asylees, and immigrants from around the world.  Our work included greeting families upon arrival in Minnesota, securing housing and employment, supporting children's enrollment in school, and providing essential resources to support integration into Minnesota communities.  In January 2025, changes in federal refugee policy halted new admissions and terminated contracts that supported this work.  Although formal resettlement operations have ceased, MCC continues to serve refugees and immigrants who arrived in recent years.

5.      MCC's work with refugees, immigrants, and other vulnerable communities is rooted in and compelled by Christian teaching.  Christian scripture repeatedly calls on believers to welcome the stranger, care for the displaced, and minister to those who are vulnerable.  Throughout both the Old and New Testaments, followers of Christ are instructed to show hospitality to the foreigner and to extend compassion to those in need.  These teachings are foundational to the Christian faith.  For ministers and congregations represented by MCC, welcoming immigrants and caring for those who are separated from their homes and families is understood to be a direct expression of our biblical mandate.

6.      The teachings of Jesus Christ further emphasize ministry to those who are marginalized or in distress.  In our scriptures, Christ consistently directs attention toward those who are suffering, rejected, or in need of hope.  As a Christian leader, I understand it to be a fundamental religious obligation that we demonstrate the love of Christ in tangible ways—particularly to individuals who are separated from their families, facing uncertainty, or experiencing fear.

7.      The presence of ICE in and around our places of worship has profoundly hindered our ability to live out these tenets of faith. Each Thursday, MCC opens its doors for walk-in ministry and resettlement assistance, including employment counseling, housing assistance, school enrollment, health insurance enrollment, and assistance with immigration paperwork. Before the change in the sensitive locations policy, our lobby overflowed with immigrants seeking refuge, counsel, and resettlement assistance.  Now, that once-crowded space stands nearly empty.  Fear has driven away those who most need sanctuary.  ICE agents have staged operations in our parking lot and followed individuals into the surrounding community.  In response, we have been forced to lock our doors, to buzz in those seeking help, and to post signs declaring that our building is private property and that entry requires a warrant.  Some refugees still navigating the final steps of the immigration process are gripped by fear and now avoid our services altogether.  The very ground that should feel like holy refuge has been overshadowed by intimidation.

8.      ICE's operations have shaken our community to its core.  Under Operation PARRIS (Post-Admission Refugee Reverification and Integrity Strengthening), ICE has detained not only undocumented but documented immigrants as well, demanding that they be "reverified."  Those documented immigrants who have to be reverified often return to our ministries to seek guidance and spiritual support through this bewildering process.  As part of the reverification process, some of our staff members have accompanied documented immigrants to the Whipple building, only to witness their arrest on the spot.  Such experiences inflict deep emotional distress on our staff— faithful servants who seek only to walk in obedience to Christ's command to serve the vulnerable.

9.      ICE operations in proximity to places of worship have created a chilling effect that has spread throughout the congregations of our member churches.  MCC board members report declining church attendance as families remain home out of fear.  One member church serving a predominantly Burmese community has been particularly devastated.  A place of worship once

3

filled with the voices of its congregation has fallen quiet, not for lack of faith, but because ICE's presence has sown fear in the sanctuary.  Congregants, many of whom are immigrants, are now afraid to come to church because of the rescission of the sensitive locations policy.  Our churches have long stood as places of refuge for all who seek God's presence, yet many no longer feel safe within their sacred walls.

10.     This chilling effect on religious expression caused by the recession of the sensitive locations policy does not stop with those we serve; it reaches into the lives of our staff and board members, too.  MCC staff members have been followed home from work by ICE agents, leaving them fearful to carry out acts of service in the community.  This is a profound violation of the calling we believe God has placed upon our lives.  We are commanded to welcome the stranger, to practice radical hospitality, and to minister to the broken-hearted and those fleeing persecution.

11.     The consequences of ICE activity in and around our churches have been more devastating than we could have imagined.  When a person steps inside a sanctuary, that individual should be free to worship without fear—to kneel, to pray, to commune with God beyond the gaze of intimidation.  The change in the sensitive locations policy has cast a chilling shadow over that sacred freedom.  Armed, masked ICE agents gather near church property.  ICE vehicles circle through our neighborhoods.  Parishioners are afraid to leave their homes to attend worship.  Children hesitate to go to school.  MCC has taken action in response, convening clergy and school officials—two pillars of stability in our communities—to seek healing and reconciliation.  Yet the fear remains palpable, preventing members of our faith community from living out the tenets of their faith.

Minneapolis, Minnesota
March 4, 2026

SUZANNE P. KELLY