| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, DULUTH PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 709, and EDUCATION MINNESOTA, | Case No. 26-cv-1023 (LMP/LIB) |
| *Plaintiffs,* | **MEET AND CONFER STATEMENT REGARDING MOTION OF FAITH-BASED ORGANIZATIONS AND FAITH LEADERS FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR A STAY, OR IN THE ALTERNATIVE, A PRELIMINARY INJUNCTION** |
| v. | |
| KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations, DAVID EASTERWOOD, in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement, U.S. CUSTOMS AND BORDER PROTECTION, RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, GREGORY BOVINO, or his successor, in his official capacity as Commander of the U.S. Border Patrol, and THOMAS HOMAN, in his official capacity as White House Executive Associate Director of Enforcement and Removal Operations, | |
| *Defendants.* | |

I, Chelsea Walcker, on behalf of Interfaith Action of Greater Saint Paul, First Universalist Church, Minnesota Council of Churches, Minnesota Rabbinical Association, Bishop Kevin Kenney, Rabbi Harold Kravitz, the Right Reverend Craig Loya, Reverend Jen Crow, and Reverend Ben Connelly (collectively, the "Faith-Based Organizations and Faith Leaders") submit this meet and confer statement regarding the Faith-Based Organizations and Faith Leaders' attempt to obtain concurrence with the parties to this litigation regarding the Faith-Based Organizations and Faith Leaders' Motion for Leave to file Amicus Curiae Brief in Support of Plaintiffs' Motion for a Stay, or in the Alternative, a Preliminary Injunction.

At the time of this filing all parties have consented to, or, in the case of the government, take no position on, the Faith-Based Organizations and Faith Leaders' Motion for Leave to file Amicus Curiae Brief.

DATED:  March 9, 2026

Respectfully submitted,

By: */s/ Chelsea Walcker*

Lauren R. Goldman* (NY #2952422)
Mark J. Cherry* (NY #5558010)
Iason Togias* (NY #6072433)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166
Telephone:212.351.4000
lgoldman@gibsondunn.com
mcherry@gibsondunn.com
itogias@gibsondunn.com

Katherine M. Marquart* (CA #248043)
Matt Aidan Getz* (CA #335038)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California  90071
Telephone:213.229.7000
kmarquart@gibsondunn.com
mgetz@gibsondunn.com

Chelsea Walcker (MN #0396792)
Irina Vaynerman (MN #0396759)
GROUNDWORK LEGAL
1650 West End Boulevard, Suite 100
St. Louis Park, Minnesota  55416
Telephone:612.208.9349
chelsea@groundworklegal.org
irina@groundworklegal.org

Katharine M. Janes* (D.C. #1779452)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036
Telephone:202.955.8500
kjanes@gibsondunn.com

* Pro hac vice admission pending

*Attorneys for Amici Curiae*