# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Susan TINCHER, et al., | Case No. 25-cv-4669 |
| *Plaintiffs*, | **DECLARATION OF DAVID EASTERWOOD** |
| v. | |
| Kristi NOEM, et al. | |
| *Defendants*. | |

<u>**DECLARATION OF DAVID EASTERWOOD**</u>

I, David Easterwood, hereby declare as follows:

1.      I am employed by the United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) as the Acting Field Office Director (Acting FOD) of the ERO St. Paul Office. Previously, I served as the Deputy Field Office Director (DFOD) of the ERO St. Paul Office from April 2025 to October 2025 and January 2026 to February 2026.

2.      I have been employed by ICE since September 2015. Since that time, I have held several positions with ICE: Deportation Officer (2015-2019), with experience in all aspects of the identification, arrest, case management, and removal of aliens present in the United States in violation of U.S. immigration law; Supervisory Detention and Deportation Officer (2019-2022), responsible for first line supervision of custody management and fugitive operations teams; and Assistant Field Office Director (2022-2025), managing a portfolio of programs that included the fugitive operations teams, criminal alien program, criminal prosecutions, intelligence, special response team, and ERO suboffices in South Dakota and North Dakota.

3.      This declaration is submitted in support of Defendants' Motion to Dismiss.

4.      The statements contained in this declaration are based upon my personal knowledge, reasonable inquiry, and information made available to me in the course of my official duties from information obtained from records, systems, databases, other DHS employees, and/or information portals maintained and relied upon by DHS.

5.      Operation Metro Surge was an exclusively federal operation, the mission of which was to significantly increase "at-large" arrests of illegal aliens in the Twin Cities metropolitan area, focusing on criminal aliens and individuals with executable final orders. This effort was a joint effort between ICE ERO and ICE Homeland Security Investigations (HSI), with assistance from other federal components. No State, County, or Municipal officials from Minnesota participated in Operation Metro Surge.

6.      ICE ERO operations target public safety threats, such as convicted criminal undocumented aliens and gang members, as well as individuals who have otherwise violated the nation's immigration laws, including those who illegally re-entered the country after being removed and immigration fugitives ordered removed by federal immigration judges. ICE ERO manages all aspects of the immigration enforcement process, including identification and arrest, domestic transportation, detention, bond management, and supervised release, including alternatives to detention. In addition, ICE ERO removes undocumented aliens ordered removed from the U.S. to more than 150 countries around the world.

7.      ICE HSI serves as the principal investigative component of DHS and is responsible for investigating, disrupting, and dismantling transnational criminal organizations (TCOs) and terrorist networks that threaten or seek to exploit the customs and immigration laws of the United States. HSI has broad legal authority to conduct federal criminal investigations into the illegal

cross-border movement of people, goods, money, technology and other contraband throughout the United States. HSI utilizes these authorities to investigate a wide array of transnational crime, including: terrorism; national security threats; narcotics smuggling; transnational gang activity; child exploitation; human smuggling and trafficking; illegal exports of controlled technology and weapons; money laundering; financial fraud and scams; worksite and employment crimes; cybercrime; intellectual property theft and trade fraud; identity and benefit fraud; human rights violations and war crimes.

8.      During Operation Metro Surge, approximately 3,000 additional ERO officers and HSI agents were detailed to the St. Paul Field Office. These details have come at different times and for varying lengths of time. Typically, the ERO St. Paul Field Office is staffed with approximately 190 officers covering the five states of Minnesota, North Dakota, South Dakota, Nebraska, and Iowa. In the Twin Cities of St. Paul and Minneapolis, ERO is staffed with approximately 80 officers.

9.      As of end of day March 4, 2026, there are approximately 47 ERO officers and 435 HSI agents remaining on detail at the St. Paul Field Office. New ERO detailed officers arrive this week and next, but they are replacing officers who will be leaving. The total number of ERO detailed officers will remain around 47 once the turnover is complete.

10.     Following the conclusion of Operation Metro Surge, ERO has focused resources on the Criminal Alien Program (CAP) in Minnesota. The mission of CAP is the identification, arrest, and removal of priority aliens who are incarcerated within federal, state, and local prisons and jails. ERO officers within the St. Paul Field Office will continue to manage their traditional immigration enforcement portfolios – prioritizing threats to national security, public safety, and border security.

11.     Following the conclusion of Operation Metro Surge, HSI has focused its operations on developing criminal investigations – particularly targeting fraud, money laundering, and public

safety priorities.

12.    Operation Metro Surge led to the successful arrest and apprehension of criminal aliens, including aliens with convictions for murder, aggravated assault, domestic abuse/violence, drug trafficking, forgery, identity theft, robbery with a dangerous weapon, sexual assault, and criminal sexual conduct against minors. During Operation Metro Surge, ICE successfully arrested more than 4,000 illegal aliens.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 6th day of March 2026.

DAVID B
EASTERWOOD

Digitally signed by DAVID B
EASTERWOOD
Date: 2026.03.06 07:01:12 -06'00'

David Easterwood
Acting Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security