IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

FRIDLEY PUBLIC SCHOOL DISTRICT,

INDEPENDENT SCHOOL DISTRICT 14,

DULUTH PUBLIC SCHOOL DISTRICT,

INDEPENDENT SCHOOL DISTRICT 709, and

EDUCATION MINNESOTA

      Plaintiffs,

      vs.

KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*,

U.S. DEPARTMENT OF HOMELAND SECURITY,

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*,

MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations*,

DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,

No. 0:26-cv-01023-LMP-LIB

**UNOPPOSED MOTION TO FILE MEMORANDUM OF AMICUS CURIAE**

U.S.   CUSTOMS   AND   BORDER
PROTECTION,

RODNEY SCOTT, *in his official capacity
as Commissioner of U.S. Customs and
Border Protection*,

GREGORY BOVINO, *or his successor, in
his official capacity as Commander of the
U.S. Border Patrol*,

THOMAS HOMAN, *in his official capacity
as White House Executive Associate
Director of Enforcement and Removal
Operations*,

            Defendants.

Minnesota State Colleges and Universities ("Minnesota State") respectfully moves for leave to file a memorandum of amicus curiae in the above captioned matter along with a supporting declaration. The parties in this case do not oppose this motion.[1]

Minnesota State serves over 270,000 students annually and serves more students of color and indigenous students than all other higher education providers in the state combined.   Minnesota State's core commitments include ensuring access to an extraordinary education for all Minnesotans, being the partner of choice to meet Minnesota's workforce and community needs, and delivering to students, employers, communities and taxpayers the highest value and most affordable higher education option in the state.   Defendants' change in policy regarding immigration enforcement in sensitive

---

[1] Plaintiffs consent to the motion, Defendants do not object to the motion.

locations has had a significant impact on Minnesota State, its students, and the State of Minnesota. Minnesota State's proposed amicus memorandum and supporting declaration discusses the negative impact of this changed policy and its impact on the public interest. They are attached hereto as Exhibit 1 (Memorandum) and Exhibit 2 (Declaration of Scott R. Goings).

For these reasons, Minnesota State Colleges and Universities respectfully requests that this Court, in its discretion, grant its motion for leave to file a memorandum of amicus curiae and supporting declaration in this proceeding.

Dated: March 18, 2026

Respectfully submitted,

KEITH ELLISON
State of Minnesota
Attorney General

/s/Joseph Weiner
JOSEPH WEINER
Assistant Attorney General
Atty. Reg. No. 0389181
445 Minnesota Street, Suite 400
St. Paul, Minnesota 55101-2127
(651) 757-1431
(651) 282-5832 (Fax)
Joseph.Weiner@ag.state.mn.us

ATTORNEYS FOR AMICI MINNESOTA STATE COLLEGES AND UNIVERSITIES