IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

FRIDLEY PUBLIC SCHOOL DISTRICT,

INDEPENDENT SCHOOL DISTRICT 14,

DULUTH PUBLIC SCHOOL DISTRICT,

INDEPENDENT SCHOOL DISTRICT 709, and

EDUCATION MINNESOTA

   Plaintiffs,

  vs.

KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*,

U.S. DEPARTMENT OF HOMELAND SECURITY,

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

TODD LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*,

MARCOS CHARLES, *in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations*,

DAVID EASTERWOOD, *in his official capacity as Acting Director, Saint Paul Field Office, U.S. Immigration and Customs Enforcement*,

No. 0:26-cv-01023-LMP-LIB

**LR7.1(f) CERTIFICATE OF COMPLIANCE**

1

U.S. CUSTOMS AND BORDER PROTECTION,

RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*,

GREGORY BOVINO, *or his successor, in his official capacity as Commander of the U.S. Border Patrol*,

THOMAS HOMAN, *in his official capacity as White House Executive Associate Director of Enforcement and Removal Operations*,

Defendants.

I, Joseph Weiner, certify that the Memorandum titled *Minnesota State Colleges and Universities' Amicus Memorandum in Support of Plaintiffs' Motion for Stay under 5 U.S.C. § 705 or, in the Alternative, a Preliminary Injunction* complies with Local Rule 7.1(f) and (h). I further certify that, in preparation of this document, I used Microsoft Word 365, font size Times New Roman 13, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. Finally, I certify that the above-referenced Memorandum contains 3,095 words.

*[Signature on Following Page]*

2

Dated:  March 18, 2026

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


/s/Joseph Weiner
JOSEPH WEINER
Assistant Attorney General
Atty. Reg. No. 0389181
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1431 (Voice)
(651) 297-4139 (Fax)
joseph.weiner@ag.state.mn.us

ATTORNEYS  FOR  AMICI  MINNESOTA
STATE COLLEGES AND UNIVERSITIES