# Exhibit 59

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

## <u>DECLARATION OF JACQUIE MERCER</u>

I, JACQUIE MERCER, declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge.

2. I am a parent of a child enrolled in a Spanish immersion elementary school in St. Paul, Minnesota. Since Operation Metro Surge began, I have been heavily involved in patrol activities not only at their school, but also at other schools in St. Paul. School patrols involve parents or community members being present near schools during morning drop off, recess, and afternoon pick up to observe for any potential immigration agent activity nearby. Our patrollers wear high visibility vests and typically stand across the street or off school property.

3. I have also been involved in training school patrol members throughout the Twin Cities over the past few months. More recently, we have had educators from several other states including Texas, Colorado, and Virginia meet with representatives from my children's school and our parent support networks. These educators are concerned about how to respond to immigration enforcement activities around their schools. We provided them with training on how we have supported schools and families here in Minnesota.

4. Our school patrols did not end when the government announced the "end" of Operation Metro Surge. We still have significantly more agents in Minnesota than we did on average two years ago. My understanding is that the number of agents present in Minnesota as of early March 2026 is equivalent to the number of agents sent to metro Chicago at the height of Operation Midway Blitz. My children's school and many others with which I've worked on organizing patrols still have observers regularly present, and have reported to me that they are still seeing ICE agents near their buildings.

5. My child's school is located in a residential area, tucked away from many major streets. It occupies one square block. The roads on the north, south, and west side of the school are all typically very quiet residential streets. They are not pathways to any major roads or businesses, so we generally only see residents and families going to school. As such, we are familiar with many of the cars we regularly see as patrollers. On February 20, 2026, a patroller reported to me seeing a pick-up truck driving past the playground of our school during recess. Based on information tracked by observers, the license plate number on the vehicle was highly suspected as ICE. An observer told me that the driver appeared to be driving erratically around the school and attempting to film observers. The

same truck had been spotted outside another elementary school in St. Paul earlier that day, where the driver was observed wearing a mask and trying to take photos of observers.

6. On February 26, 2026, patrollers at my child's school reported to me that they saw two vehicles lurking near the school that they suspected were ICE. They told me that during morning drop off time, two vehicles were driving slowly around the block surrounding the school. Individuals in those vehicles were using cell phones to take photos of the school patrollers, who were all clearly school patrollers based on their location surrounding the school and because they were wearing high visibility vests. Patrollers told me the two vehicles seen on February 26th were not familiar to the neighborhood.

7. On March 12, 2026, patrollers at my child's school reported seeing a Green Kia near the school around morning drop off time that was ICE. Based on information tracked by observers, a Green Kia with the same license plates had previously been spotted leaving the Whipple Federal Building and at locations where immigration agents had detained people. That's how our patrollers confirmed this was an ICE vehicle even before they observed its odd behavior. The Kia drove abnormally slowly down the street on the north side of the school, which is where school buses drop off students. As noted, it is normally a very quiet residential street. During morning drop off, it is congested with school bus traffic. Patrollers saw the two rear windows of the Kia were rolled down. They could see camera equipment rigged in the vehicle, recording as it drove past the school. The driver was also seen taking photos with a cell phone.

8. On March 18, 2026, I received a call from another elementary school in St. Paul about a suspected ICE vehicle parked across from the school. The person at the school

reported seeing a vehicle with heavily tinted windows that had been idling near the building for a long time. When I got to the building, I checked the plates of the vehicle against records kept by other observers. The license plate matched a vehicle seen leaving the Whipple Federal Building and also seen at immigration detainments. While I was observing, another vehicle pulled up behind the first vehicle. I saw agents get out of the cars and walk back and forth between vehicles. I could tell they were agents based on how they dressed and moved. The license plates on the second vehicle also came back as ICE based on observation at the Whipple Federal Building and detainments. Another patroller reported seeing a suspicious vehicle parked directly across the street from the school. When a patroller in a high visibility vest approached the vehicles, they pulled away. The blocks immediately around that school are also residential, so it is unclear what agents were doing there.

9. These sightings cause school staff, parents, and kids unnecessary stress. There is absolutely no reason why ICE agents need to be lurking around elementary schools – particularly when young children are just trying to get to or from school. My own child reported to me that after one incident where students had to come back into the school building because of a suspected ICE sighting, his first reaction was to try to find all his friends with brown skin to make sure they were safe. No six-year-old should have to think about something like that.

10. I am aware from volunteering at school that we still have families who are afraid to come back to the building because of the risk of immigration agents near our school. This fear is valid, considering recent sightings such as those listed above. I have

also seen agents recently trying to detain people in neighborhood restaurants or parked near a church. There may be fewer overall agents in the Twin Cities, but we are still experiencing the harm of agents unnecessarily loitering around our schools and communities. I am committed to continuing to volunteer, but our observers are exhausted. We should not have to continue patrolling our schools so that kids can feel safe from our own government.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.


Dated: March 20, 2026          _s/ Jacquie Mercer_____
                                    Jacquie Mercer