# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

FRIDLEY PUBLIC SCHOOL DISTRICT, )
INDEPENDENT SCHOOL DISTRICT, *et* )
*al.*, )
           )
      *Plaintiffs*, ) Case No. 0:26-cv-01023-LMP-LIB
           )
      *v.* )
           )
KRISTI NOEM, *et al.*, )
           )
      *Defendants*. )
           )

## PARTIES' STIPULATION FOR SCHEDULING ORDER AND TO STAY DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT

On February 4, 2026, Plaintiffs filed their Complaint seeking vacatur of and injunctive relief from a Department of Homeland Security ("DHS") Memorandum issued in January 2025. ECF No. 1. On February 24, 2026, Plaintiffs filed a motion for a stay under 5 U.S.C. § 705 or, in the alternative, a preliminary injunction. ECF No. 26. On March 11, 2026, Defendants filed their memorandum in opposition to Plaintiffs' motion for injunctive relief. ECF No. 68. Plaintiffs filed their reply on March 23, ECF No. 85, and a hearing on Plaintiffs' motion is set for April 8, 2026. *See* ECF No. 34.

Defendants' deadline to respond to Plaintiffs' Complaint is April 6, 2026. Defendants' response would most likely be a motion to dismiss. Similarly, Plaintiffs intend to move for summary judgment after the Court's ruling on their motion for preliminary relief and after the production of a complete record. Therefore, in the interest of

streamlining the case, avoiding duplicative briefing, and conserving judicial resources, the Parties hereby request that the Court enter the following scheduling order:

(1) Defendants' response to Plaintiffs' Complaint is stayed pending further order of the Court.

(2) Within fourteen days after the Court has entered its ruling on Plaintiffs' motion, the Parties will meet and confer and file a proposed schedule for the remainder of the case, including for the filing of the administrative record and a joint proposed briefing schedule for the parties' cross-motions for summary judgment. Defendants will have the opportunity to include arguments for dismissal in their summary judgment briefing.

Dated: March 24, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Branch Director
Federal Programs Branch

/s/ *Jessica A. Lundberg*
JESSICA A. LUNDBERG
(WA Bar No. 60100)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-4688
jessica.a.lundberg@usdoj.gov
*Counsel for Defendants*

**NILAN JOHNSON LEWIS PA**
Amanda Cialkowski (0306514)
Kathleen Curtis (0388279)
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
(612) 305-7500
acialkowski@nilanjohnson.com
kcurtis@nilanjohnson.com

**ZIMMERMAN REED LLP**
David Cialkowski (0306526)
June Hoidal (033330X)
Michael Laird (0398436)
Jeffrey J. Harrington (0327980)
Molly F. Billion (0402616)
80 South 8th Street, Suite 1100
Minneapolis, MN 55402
(612) 341-0400
david.cialkowski@zimmreed.com
june.hoidal@zimmreed.com
michael.laird@zimmreed.com
jeffrey.harrington@zimmreed.com
molly.billion@zimmreed.com

*Counsel for Plaintiffs*
*\*Admitted pro hac vice*

/s/ Sean Ouellette
**DEMOCRACY FORWARD**
**FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
(202) 322-1959
Elena Goldstein\* (DC Bar 90034087)
Sean Ouellette\* (DC Bar 1741535)
Allyson R. Scher\* (DC Bar 1616379)
Paul R.Q. Wolfson\* (DC Bar 414759)
egoldstein@democracyforward.org
souellette@democracyforward.org
ascher@democracyforward.org
pwolfson@democracyforward.org

**THE LAW OFFICE OF**
**KEVIN C. RIACH**
Kevin Riach (389277)
125 Main St. SE, Suite 339
Minneapolis, MN 55414
(612) 203-8555
kevin@riachdefense.com