**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Fridley Public School District, Independent                  Court File No. 26-cv-1023 (LMP/LIB)
School District, et al.,

        Plaintiffs,

        *v.*                                                                                 **ORDER**

Kristi Noem, et al.,

        Defendants.

On March 24, 2026, the parties filed a Stipulation for Scheduling Order and to Stay Defendant's Response to Plaintiff's Complaint [Docket No. 87].

The parties ask that the date for the Defendants' responses to the complaint be stayed pending a ruling on the Plaintiff's pending Motion to Stay and for Preliminary Injunction [Docket No. 32], currently before District Judge Laura M. Provinzino.  In addition, the parties request that within fourteen days after the Court has entered its ruling on Plaintiffs' motion, the parties file a proposed schedule for the remainder of the case.

Based upon review of the files and proceedings herein, **IT IS HEREBY ODERED** that:

1.      The parties' Stipulation for Scheduling Order and to Stay Defendant's Response to Plaintiff's Complaint [Docket No. 87] is **GRANTED in part**;

2.      The Defendants shall have until May 21, 2026, to answer or otherwise respond to the Complaint[1]; and

3.      Upon Judge Laura M. Provinzino's decision on the Plaintiff's Motion to Stay and for Preliminary Injunction [Docket No. 32], the undersigned will issue a Pretrial

---

[1] If by this date there has not yet been a ruling on Docket No. 32, the parties may seek a further extension of the deadline from the undersigned.

Scheduling Notice and Order if appropriate, setting forth document submission deadlines for filings to be considered in the issuance of a Pretrial Scheduling Order.

DATED:  March 27, 2026                    s/Leo I. Brisbois
                                          Hon. Leo I. Brisbois
                                          U.S. MAGISTRATE JUDGE