# UNITED STATES DISTRICT COURT

## District of Minnesota

**JUDGMENT IN A CIVIL CASE**

Fridley Public School District,
Independent School District 14, Duluth
Public School District, Independent
School District 709, Education
Minnesota,

                                Plaintiff(s),

v.

                              Case Number: 26-cv-1023 LMP/LIB

Markwayne Mullin, U.S. Department of Homeland
Security, U.S. Immigration and Customs
Enforcement, Todd Lyons, Marcos Charles, David
Easterwood, U.S. Customs and Border Protection,
Rodney Scott, Gregory Bovino, Thomas Homan,

                              Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED THAT:

Plaintiffs' Motion for a Stay Under 5 U.S.C. § 705 or, in the Alternative, a Preliminary Injunction (ECF No. 32) is **DENIED**.

   Date: 5/6/2026                                 KATE M. FOGARTY, CLERK