IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

FRIDLEY PUBLIC SCHOOL
DISTRICT, INDEPENDENT SCHOOL
DISTRICT 14, *et al.*,

        *Plaintiffs*,

v.

MARKWAYNE MULLIN, *et al.*,

        *Defendants*.

Case No. 0:26-cv-01023 (LMP / LIB)

## [PROPOSED] ORDER CONSOLIDATING BRIEFING

Upon consideration of the parties' Motion to Consolidate Briefing, it is hereby ORDERED that the parties' briefs on the cross motions for summary judgment shall be consolidated as follows, and that each brief shall comply with the following word limits.

1. No later than August 14, 2026, Plaintiffs shall file a Memorandum in Support of their Motion for Summary Judgment of up to 14,000 words.

2. No later than September 14, 2026, Defendants shall file a Combined Memorandum in Support of their Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment of up to 14,000 words.

3. No later than October 5, 2026, Plaintiffs shall file a Combined Reply in Support of their Motion for Summary Judgment and Response to Defendants' Motion for Summary Judgment of up to 10,000 words.

1

4. No later than October 19, 2026, Defendants shall file a Reply in Support of their Motion for Summary Judgment of up to 10,000 words.

DATED: _____

                                        Hon. Leo I. Brisbois
                                        U.S. MAGISTRATE JUDGE