**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fridley Public School District, Independent School District 14; Duluth Public School District, Independent School District 709; Education Minnesota; | Civil No. 26-1023 (LMP/LIB) |
| Plaintiffs, | |
| v. | **BRIEFING ORDER** |
| Markwayne Mullin, in his official capacity as Secretary of the U.S. Department of Homeland Security; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; Marcos Charles, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; David Easterwood, in his official capacity as Acting Director, Saint Paul Field Office; U.S. Immigration and Customs Enforcement; U.S. Customs and Border Protection;   Rodney Scott, in his official capacity as Commissioner of U.S. Customs and Border Protection; Gregory Bovino, or his successor, in his official capacity as Commander of the U.S. Border Patrol;  Thomas Homan, in his official capacity as White House Executive Associate Director of Enforcement and Removal Operations; | |
| Defendants. | |

On August 8, 2026, the parties filed a Joint Motion to Consolidate Briefing [Docket No. 102].  Based upon review of the files, in consultation with United States District Judge Laura M. Provinzino, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The parties' Joint Motion to Consolidate Briefing [Docket No. 102] is **GRANTED;**

2. Plaintiffs shall file a Memorandum in Support of their Motion for Summary Judgment of up to 14,000 words by no later than **August 14, 2026**;

3. Defendants shall file a Combined Memorandum in Support of their Motion for

Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment of up to 14,000 words by no later than **September 14, 2026**;

4. Plaintiffs shall file a Combined Reply in Support of their Motion for Summary Judgment and Response to Defendants' Motion for Summary Judgment of up to 10,000 words by no later than **October 5, 2026**;

5. Defendants shall file a Reply in Support of their Motion for Summary Judgment of up to 10,000 words by no later than **October 19, 2026**.

6. The telephone status conference, currently scheduled for August 13, 2026, at 10:30 a.m. is **CANCELLED**.

DATED:  August 11, 2026                    s/Leo I. Brisbois
                                           Hon. Leo I. Brisbois
                                           U.S. MAGISTRATE JUDGE