**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,

*Plaintiffs*,

v.

MARKWAYNE MULLIN, *et al.*,

*Defendants*.

Case No. 0:26-cv-01023 (LMP/LIB)

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs hereby move for summary judgment. The Court should vacate the action of Acting Department of Homeland Security ("DHS") Secretary Benjamine C. Huffman, in his January 20, 2025, memorandum entitled "Enforcement Actions in or near Protected Areas," ICE_AR003, Dkt. No. 105, rescinding DHS's October 27, 2021 memorandum entitled Guidelines for Enforcement Actions in or near Protected Areas.

Respectfully submitted,

Dated: August 14, 2026

*<u>/s/ Sean Ouellette</u>*

**NILAN JOHNSON LEWIS PA**
Amanda Cialkowski (0306514)
Kathleen Curtis (0388279)
250 Marquette Avenue South,
Suite 800
Minneapolis, MN 55401
(612) 305-7500
acialkowski@nilanjohnson.com
kcurtis@nilanjohnson.com

**ZIMMERMAN REED LLP**
David Cialkowski (0306526)
June Hoidal (033330X)
Michael Laird (0398436)
Jeffrey J. Harrington (0327980)
Molly F. Billion (0402616)
80 South 8th Street, Suite 1100
Minneapolis, MN 55402
(612) 341-0400
david.cialkowski@zimmreed.com
june.hoidal@zimmreed.com
michael.laird@zimmreed.com
jeffrey.harrington@zimmreed.com
molly.billion@zimmreed.com

**Admitted pro hac vice*

**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
(202) 322-1959
Sean Ouellette* (DC Bar 1741535)
Elena Goldstein*(DC Bar 90034087)
Paul R.Q. Wolfson* (DC Bar 414759)
Allyson Scher* (DC Bar 1616379)
souellette@democracyforward.org
egoldstein@democracyforward.org
pwolfson@democracyforward.org
ascher@democracyforward.org

**THE LAW OFFICE OF KEVIN C. RIACH**
Kevin Riach (389277)
125 Main St. SE, Suite 339
Minneapolis, MN 55414
(612) 203-8555
kevin@riachdefense.com