**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fridley Public School District, Independent School District 14, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Markwayne Mullin, *et al.*,<br><br>*Defendants*. | Case No. 0:26-cv-01023 (LMP/LIB) |

**DECLARATION OF SEAN OUELLETTE**

1. I am a resident of the State of New York and am over the age of 18. I make this declaration based on my personal knowledge. I am a senior counsel at Democracy Forward and one of the attorneys representing the Plaintiffs in this matter.

2. The following are true and correct copies of exhibits submitted in support of Plaintiffs' Motion for Summary Judgment.

| **Exhibit** | **Description** |
|---|---|
| 1 | DHS, Immigration Enforcement at Sensitive Locations, Fiscal Year 2020 Report to Congress (Apr. 18, 2022). |
| 2 | DHS, Letter to Representative Mike Levin from Todd M. Lyons (Apr. 14, 2026). |
| 3 | Declaration of Minnesota educator M-L-S-, Feb. 10, 2026, *Pineros y Campesinos Unidos del Noroeste v. Noem* [*PCUN*], No. 6:25-cv-699-AA (D. Or.), Dkt. No. 117.[1] |
| 4 | Declaration of Ohio educator J-V-, Feb. 8, 2026, *PCUN*, Dkt. No. 104. |
| 5 | Declaration of Maine educator C-D-, Feb. 7, 2026, *PCUN*, Dkt. No. 82. |
| 6 | Declaration of Minnesota educator J-R-, Aug. 13, 2026. |
| 7 | Declaration of Texas educator N-S-, Feb. 8, 2026, *PCUN*, Dkt. No. 119. |
| 8 | Declaration of California educator S-T-, Feb. 9, 2026, *PCUN*, Dkt. No. 131. |
| 9 | Declaration of Minnesota educator C-C-, Jan. 16, 2026, *Hussen et al. v. Noem et al.*, No. 0:26-cv-00324-ECT-ECW, Dkt. No. 38. |
| 10 | Declaration of Minnesota Church Administrator Dean Caldwell-Tautges, June 17, 2026. |
| 11 | Declaration of Minnesota parent Erik Vorhes, Aug. 13, 2026. |
| 12 | Declaration of Minnesota educator H-R-, Feb. 9, 2026, *PCUN*, Dkt. No. 96. |
| 13 | Declaration of Stephanie Graff, Deputy Commissioner of the Minnesota Department of Education, Feb. 18, 2026. |

[1] All references to subsequent documents with a *PCUN* docket number are declarations filed in the matter of *Pineros y Campesinos Unidos del Noroeste v. Noem*, No. 6:25-cv-699-AA (D. Or.).

| | |
|---|---|
| 14 | Declaration of Minnesota educator Amy Hewett-Olatunde, Ed.D., Ed.S., Feb. 18, 2026. |
| 15 | Declaration of Minnesota educator P-S-, Feb. 6, 2026, *PCUN*, Dkt. No. 121. |
| 16 | Declaration of Minnesota paraprofessional Christina Rank, Aug. 5, 2026. |
| 17 | Declaration Minnesota educator M-D-, Feb. 9, 2026, *PCUN*, Dkt. No. 115. |
| 18 | Declaration of California educator A-R-, Feb. 10, 2026, *PCUN*, Dkt. No. 78. |
| 19 | Declaration of Minnesota parent E-L-, Jan. 30, 2026. |
| 20 | Declaration of Minnesota parent T-H-, Feb. 12, 2026. |
| 21 | Declaration of Minnesota parent and educator N-L-, Feb. 12, 2026. |
| 22 | Declaration of Minnesota parent M-R-, Feb. 16, 2026. |
| 23 | Declaration of Minnesota educator Quentin Williams, Aug. 7, 2026. |
| 24 | Declaration of Minnesota educator N-K-, Feb. 12, 2026. |
| 25 | Declaration of Minnesota educator J-W-, Feb. 13, 2026. |
| 26 | Declaration of Dr. Jenna Chernega, President of the inter Faculty Organization and Winona State University Professor, Feb. 16, 2026. |
| 27 | Declaration of Brenda Lewis, Ph.D., Superintendent of Fridley Public School District, Aug. 12, 2026. |
| 28 | Declaration of Minnesota educator Phillip Boyd, Aug. 10, 2026. |
| 29 | Declaration of Minnesota educator Silvia Vasquez, Aug. 12, 2026. |
| 30 | Declaration of Minnesota educator Kate Schmidt, Feb. 12, 2026. |
| 31 | Declaration of Minnesota educator K-W-, Feb. 7, 2026, *PCUN*, Dkt. No. 110. |

| | |
|---|---|
| 32 | Declaration of Minnesota educator S-R-, Feb. 9, 2026. |
| 33 | Declaration of Minnesota observer D-Y-, Feb. 22, 2026. |
| 34 | Declaration of Vince Wagner, President of the Rochester Education Association, Feb. 12, 2026. |
| 35 | Declaration of Minnesota parent J-S-, Feb. 12, 2026. |
| 36 | Declaration of Minnesota parent A-B-, Feb. 13, 2026. |
| 37 | Declaration of Minnesota educator Kristen Sinicariello, Aug. 14, 2026. |
| 38 | Declaration of Minnesota educator Peg Nelson, Feb. 18, 2026. |
| 39 | Declaration of Minnesota parent Jacquie Mercer, Mar. 20, 2026. |
| 40 | Declaration of Minnesota parent K-B-, Mar. 17, 2026. |
| 41 | Declaration of Minnesota parent G-B-, Mar. 16, 2026. |
| 42 | Declaration of Minnesota educator Angaelicka Iverson, Aug. 10, 2026. |
| 43 | Declaration of Monica Byron, President of Education Minnesota, Feb. 20, 2026. |
| 44 | Declaration of Minnesota educator M-S-, Aug. 6, 2026. |
| 45 | Declaration of Illinois educator Maria Heavener, Feb. 10, 2026, *PCUN*, Dkt. No. 72. |
| 46 | Declaration of Arkansas educator C-R-D-, Feb. 9, 2026, *PCUN*, Dkt. No. 84. |
| 47 | Declaration of John Magas, Superintendent of Duluth Public School District, Feb. 20, 2026. |
| 48 | Declaration of Marisa Gaverick Herrera, Director of Advancing Equity for Duluth Public Schools, Feb. 13, 2026. |
| 49 | Declaration of Duluth, Minnesota educator Allison Dingler, Feb. 13, 2026. |

| | |
|---|---|
| 50 | Migration Policy Institute, Profile of the Unauthorized Population: Minnesota, *available at* https://www.migrationpolicy.org/data/unauthorized-immigrant-population/state/MN. |
| 51 | Declaration of Jessi Antilla, owner of Young Minds Learning in Duluth, Minnesota, Aug. 10, 2026. |
| 52 | Audio recordings of parent voice messages submitted under seal |
| 53 | Transcripts of parent voice messages submitted under seal |
| 54 | Declaration of Minnesota educator N-W-, Feb. 20, 2026. |
| 55 | Department of Homeland Security, Statement from a DHS Spokesperson on Directives Expanding Law Enforcement and Ending the Abuse of Humanitarian Parole (Jan. 21, 2025), *available at* https://www.dhs.gov/news/2025/01/21/statement-dhs-spokesperson-directives-expanding-law-enforcement-and-ending-abuse. |
| 56 | Declaration of Deborah Fleischaker, June 2, 2026. |
| 57 | Declaration of Kerry Doyle, June 15, 2026. |
| 58 | Declaration of Noah Merrill, Yearly Meeting Secretary of New England Yearly Meeting, May 31, 2026. |
| 59 | DHS, Protected Areas Enforcement Actions (2021). |
| 60 | Declaration of parent Melissa Pohlman, Feb. 9, 2026. |
| 61 | Declaration of Rhode Island educator C-A-, Feb. 8, 2026, *PCUN*, Dkt. No. 80. |
| 62 | DHS, DHS Reaches More Than 4,000 Arrests of Illegal Aliens Including Murders, Sex Offenders, Gang Members, and Terrorists in Minnesota Since Operation Metro Surge Began (Feb. 6, 2026). |
| 63 | Declaration of Minnesota educator K-W-, Feb. 7, 2026, *PCUN*, Dkt. No. 110. |
| 64 | Declaration of Minnesota parent M-C-D-, Aug. 7, 2025. |

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: August 14, 2026

*/s/ Sean Ouellette*
Sean Ouellette