# EXHIBIT 6

I, [redacted] "J-R-"), declare as follows:

1. I am over the age of eighteen and have personal knowledge of the matters stated herein. If called as a witness, I could and would testify competently to these matters.

2. I am an employee who works in Robbinsdale School District in Minnesota.

3. On January 14, 2026, I received an email from Superintendent Teri Stolach that announced that ICE agents had detained the parent of a student at a bus stop. The email is attached to this declaration.

4. I also received an email from Bridget Dooley, the principal of the school where the child attended. The email was sent the same day as the incident, and district administrators regularly prepare such emails notifying staff and families of DHS activity near schools in the ordinary course of school business.

5. The email from the principal read as follows:

> Dear Northport families and staff,
>
> I'm writing to share an important update from this morning.
>
> We want to inform you that ICE agents detained a Northport Elementary parent at a bus stop in Crystal this morning while the parent and their student were waiting for the school bus. Students on the bus and at the bus stop at the time of the incident may have witnessed the encounter.
>
> First and most importantly, all students—including the student involved—were able to safely board the school bus and arrive at school. Our bus driver, school and district administration followed district protocols.
>
> We recognize this news can create fear, confusion, and anxiety for students and for adults. School psychologists, social workers, and other support staff will be available to provide counseling and support for any students or staff who need it. Staff will also be monitoring students closely throughout the day and providing appropriate support. We have established protocols in place to respond to any situation involving unauthorized visitors or outside agencies, including ICE and federal border patrol.
>
> Thank you for your partnership as we support our students and families through an incredibly difficult time.

Sincerely,

Bridget Dooley
Principal
Northport Elementary School

6. I later spoke directly to the student whose parent was detained and to the principal of the elementary school that she attended, who had spoken to the bus driver involved.

7. Through those conversations, I learned that on the day of the incident, when the child was approaching the school bus stop, ICE agents approached the child. The child's mother was watching from her home and ran out to where they were standing.

8. While the agents were speaking to the mother, the school bus arrived, and her child boarded it. The agents detained the child's mother as the bus was pulling away.

9. In my district, ICE agents regularly waited near school bus stops during pick-up time in the morning. They also commonly parked across the street from the school where I work. Kids were often frightened because they could see the ICE vehicle as they came off the bus.

10. I also learned that in one apartment complex, parents started a chain system whereby they would supervise children as they walked from door to door between the buildings of the complex because ICE agents were parked in the parking lot in front of the buildings, near the school bus stop, in the morning. They did this because they were afraid the agents would approach, question, and/or detain one of the children as they walked to the bus stop. By walking between the complex buildings the children were hidden from view of the parking lot shortening their exposure to the agents' view.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 13th, 2026, in Minneapolis, Minnesota.

/s/ J.R.
[redacted]

Subject: Update: Federal ICE activity within the district
To: [redacted]>

ROBBINSDALE Area Schools

Jan. 14, 2026

**Ver en Español.** Para leer esto en español, haga clic en el botón que dice 'English' (Inglés) en la parte inferior derecha de la pantalla.

**Af-Soomaali ku daawo**. Guji badhanka ay ku qoran tahay "Ingiriis" dhinaca midig ee hoose ee shaashadda si aad tani ugu akhriso af Soomaali.

ROBBINSDALE Area Schools

**IMPORTANT UPDATE**

Update about Federal ICE activity within the district

# Update: Federal ICE activity within the district

Dear Robbinsdale Area Schools families and staff,

As we collectively and individually navigate the impacts of federal ICE and border patrol agents in our communities, I am again writing with an update. Please know that the safety and support of our students, staff and families, AND protecting the rights of our students to a free and appropriate education is our top priority.

Our communication protocol is typically to communicate about incidents to the staff and families at impacted schools and sites. As a school community, we know that we are all impacted when something happens in our schools. We are choosing to send this information to all district families and staff to provide clarity about an incident that occurred this morning and to ensure shared understanding of district protocols. Unfortunately, with the increase in ICE activity, there may not be district-wide communication regarding each incident that occurs. We will continue to communicate to impacted sites and we will share any changes to protocols or district action that affect the entire district.

This morning, ICE agents detained a district parent at a bus stop. First and most importantly, all students, including the student involved, were able to safely board the school bus and arrive at school. Our bus driver, school and district administration followed district protocols. The school principal and support staff have been in contact with the family and have communicated with the families of students who were on the bus, as well as all families and staff of the impacted site.

We recognize this news can create fear, confusion, and anxiety for students and for adults across the district, not just at the school this incident involved. Robbinsdale Area Schools have clear, districtwide safety protocols in place, and staff are trained to follow them consistently.

Protocols include:

- Requiring all visitors, including law enforcement officials and other outside agencies, to check in, state the purpose of their visit and to scan a government-issued ID (In the case of Immigration and Customs Enforcement (ICE) or other non-local law enforcement, this requires having an active warrant signed by a judge.)
- If a person comes onto school property without “a legitimate purpose,” or bypasses the process, district protocol requires staff to call 911 and engage the district/building safety plans.
- District school bus drivers are trained not to allow unauthorized individuals onto buses, and will return students to school property if they do not feel safe exiting the bus. They will call dispatch and begin safety protocols.
- If a student needs to be absent from in-person school for an extended period of time, the district is putting into place supports for remote/online learning. Families can access this option by contacting their student’s principal.
- The district does not keep information about a family’s immigration status and follows state and federal laws on sharing student and family data.
- Families who need additional support can reach out to their school’s principal or visit our webpage, All Are Welcome: Immigration Resources. There, members of our community can find more information, including our Resource Guide for Immigrant Families (Spanish, Somali).

Thank you for your partnership as we support our students, staff, and families through an incredibly difficult time.

Be well,

Teri

Dr. Teri Staloch
Superintendent
Robbinsdale Area Schools