# EXHIBIT 11

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

**DECLARATION OF ERIK VORHES**

I, ERIK VORHES, declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge.

2. I am a parent of two children enrolled in St. Paul Public Schools. One child is in elementary school and one is in high school.

3. I observed immigration enforcement activity near a Spanish immersion daycare in my neighborhood. As I was driving, I saw an SUV stop and immigration agents got out of the car to confront the occupants of the vehicle behind it. I could tell they were agents because they were wearing tactical gear. They dragged the people out of the car behind them, tackled them to the ground, and handcuffed them. I along with several other people stopped to watch and record what occurred. We talked about what we were

witnessing. We did not see anything suggesting there was some sort of immediate threat or reason why this confrontation needed to happen right by a daycare. The agents eventually let the observers go without detaining them. All of this occurred during morning drop off time, just across the street and within sight of the daycare.

4. This incident was a stark reminder to me that we do not know when, where, or why immigration agents will show up in our community and how they'll behave. I developed an instinctual panic reaction whenever I saw an SUV with tinted windows. I know from conversations with my children that they, too, have struggled with hypervigilance, anxiety, and emotional dysregulation because of what happened in our community.

5. Last school year, I saw ICE agents regularly in the neighborhoods surrounding my children's schools. As a result, our school community provided support to several families who did not feel safe leaving their homes, and many parents patrolled around schools to keep children safe. All of this was added strain that took away from our normal lives with our families, work, and communities. It caused ripple effects in all our lives.

6. Many families I know told me that they did not feel safe letting their children ride the bus to school last year because they were worried about their child being questioned or detained, or because they did not want their child alone at a bus stop and did not feel safe going themselves due to the risk of harassment or detention. One of my children reported that approximately a quarter of their classmates were regularly absent

from school last spring. It was disproportionately students from immigrant and diverse families.

7. My child's high school froze everyone's grades as of mid-quarter for the winter term last year so that students could improve their grade but it would not drop. The school explained that it did this both because so many students were absent and behind on school work, and because students who were in attendance were distracted and unable to focus on school. I observed this first hand in my own child, who is normally a rockstar student, but who struggled to focus on school work because of ICE's actions in the community.

8. Our school had some diverse staff members who were afraid to go to work last school year. They told me they had to alter their means of transportation because they are worried that if they were seen near a school bus, they could be detained or that they would draw attention to students on the bus.

9. I am concerned that the federal administration will retaliate against me if my identity becomes public. I am also concerned about the risk of strangers online deciding to dox my family.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 8/13/2026

Signed by:

1D2EED7DB6234A0...

Erik Vorhes