# EXHIBIT 12

STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org,
smanning@ilgrp.com
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

STANLEY YOUNG, CA No. 121180*
syoung@cov.com
JEHAN A. PATTERSON, D.C. No. 1012119*
jpatterson@cov.com
SABRINA MCGRAW, CA No. 334120*
smcgraw@cov.com
AMBER LOWERY, D.C. No. 1780982*
alowery@cov.com
ANALESE BRIDGES, D.C. No. 90029992*
abridges@cov.com
EVAN CHIACCHIARO, D.C. No. 90037819*
echiacchiaro@cov.com
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: +1-202-662-5129

**Pro hac vice*

Additional counsel on last page

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; AUGUSTANA LUTHERAN CHURCH; OUR LADY OF GUADALUPE PARISH; SAN FRANCISCO INTERFAITH COUNCIL; WESTMINSTER PRESBYTERIAN CHURCH; NATIONAL EDUCATION ASSOCIATION; AMERICAN FEDERATION OF TEACHERS; AMY LOMANTO; HANNA MAE ANDERSON; LAUREN FONG; and CAROLINE KEATING MEDEIROS,

*Plaintiffs,*

*v.*

KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; RODNEY S. SCOTT in his official capacity as Commissioner of Customs and Border Protection; U.S. CUSTOMS AND BORDER PROTECTION,

*Defendants.*

Civil Action No.: 6:25-cv-699-MH

**DECLARATION OF H-R- IN SUPPORT OF PLAINTIFFS NATIONAL EDUCATION ASSOCIATION AND AMERICAN FEDERATION OF TEACHERS' MOTION FOR STAY UNDER 5 U.S.C. § 705**

**DECLARATION OF H-R- IN SUPPORT OF PLAINTIFFS NATIONAL EDUCATION ASSOCIATION AND AMERICAN FEDERATION OF TEACHERS' MOTION FOR STAY UNDER 5 U.S.C. § 705**

I, H[redacted] R[redacted] ("-H-R-"), upon my personal knowledge, hereby declare under penalty of perjury as follows:

1. My name is H[redacted] R[redacted]/H-R-. The facts set forth in this declaration are based on my personal knowledge, unless otherwise indicated, and, if called as a witness, I could and would testify thereto. I am over eighteen years of age and of sound mind to declare to the facts stated herein.
2. I currently serve as a school psychologist for a school district located a short distance from St. Paul, Minnesota. My duties include working with families, staff and students when a student is identified as being in need of support and conducting evaluations to determine eligibility for special education services. I've been in that position since 2002.
3. I am offering this Declaration in my individual capacity and not on behalf of the institution that employs me.
4. I hold MA and Ed.S. degrees in School psychology.
5. I am a member of the National Education Association (NEA) and the American Federation of Teachers (AFT).
6. During my more than 20 years of working at schools, I never felt concerned that immigration enforcement would take place at or near any of the schools where I have worked. I felt that school was a secure place for my students and their families. This is because I understood that federal immigration enforcement was not allowed to take place at or near schools.
7. That changed in December 2025, when I learned about the revocation of the sensitive locations policy, and when increased immigration enforcement started happening at or near schools in

Minnesota. This change horrified me, and made me very concerned for my students, because many of them come from immigrant families. I also saw this change as very destabilizing for schools, which are supposed to be safe places.

8. Since December 2025, there has been a lot of immigration enforcement activity near the schools where I conduct evaluations. For example, in January 2026, two vans transporting high school students were pulled over by immigration enforcement agents during the early morning hours near the border of the city of Dayton, MN as they were on their route to school. As a school psychologist, I can surmise that this incident was very scary and traumatizing for the students involved.

9. In the school district where I live, immigration enforcement officials have been regularly present at an elementary school during the entire month of January. This presence includes using drones in that area to look for people inside buildings.

10. I learned from a friend that immigration enforcement officials were present at a high school outside of St. Paul, which is located in the district where I live in January 2026, reportedly looking for the parent of a student. When they didn't find that parent, they instead accosted an exchange student attempting to board a bus to attend a Speech event.

11. In the last week of January 2026, a high school student was picked up waiting at a school bus stop for a high school in my district.

12. In January 2026, immigration enforcement vehicles also were positioned in a parking lot near an education center located in the district where I work.

13. I have received reports of immigration enforcement vehicles being parked near bus stops in certain areas of the school district where I work throughout the month of January and in early February 2026.

14. Since the intense immigration enforcement began in early January 2026, I have noticed that the students in the buildings where I conduct evaluations are louder and more jumpy. Students also appear hyper vigilant when I enter a classroom for observation, presumably because I am an adult who is unknown to them.

15. Since January 2026, I have been spending significantly more time conducting evaluations for special education services due to a significantly greater number of requests for evaluations from teachers, the increased demand for services and increased absences. These evaluations are also more complex due to the added stressors in the school environment, including immigration enforcement activity near school. Based on my training and work experience, I know that this type of stress can have significant negative effects on students' emotional well-being and mental health.

16. The threats of immigration enforcement at or near the schools in the district where I work and in the district where my own children attend school have been stressful and caused me anxiety because I worry about both my students, colleagues, family and friends being impacted by these enforcement actions. Based on my training and work experience, I am very concerned that the impact of immigration enforcement activity near the schools I serve will have serious long term effects on the well-being and academic progression of those students.

17. I am afraid that members of my community, members of the public, or my employer will retaliate against or harass me and my family if my identity becomes public in connection with this lawsuit. I am also afraid that federal law enforcement may target me, my school, or my students as a result of my participation in this lawsuit.

//

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in [redacted] Minnesota on 2/9/26.

s/ *HR*
H[redacted] R[redacted]

STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org, smanning@ilgrp.com
TESS HELLGREN, OSB No. 191622
tess@innovationlawlab.org
RACHEL LANDRY, Mass. No.713320*
rachel@innovationlawlab.org
NELLY GARCIA ORJUELA, OSB No.223308
nelly@innovationlawlab.orgINNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

STANLEY YOUNG, CA No. 121180*
syoung@cov.com
JEHAN A. PATTERSON, D.C. No. 1012119*
jpatterson@cov.com
SABRINA MCGRAW, CA No. 334120*
smcgraw@cov.com
AMBER LOWERY, D.C. No. 1780982*
alowery@cov.com
ANALESE BRIDGES, D.C. No. 90029992*
abridges@cov.com
EVAN CHIACCHIARO, D.C. No. 90037819*
echiacchiaro@cov.com
Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: +1-202-662-5129

Attorneys for Plaintiffs

BRANDON GALLI-GRAVES, Tx. No. 24132050*
brandon.galli-graves@justiceactioncenter.org
ESTHER H SUNG, Cal. No. 255962*
esther.sung@justiceactioncenter.org
KAREN C TUMLIN, Cal. No. 234961*
karen.tumlin@justiceactioncenter.org
HILLARY LI, Ga. No. 898375*
hillary.li@justiceactioncenter.org
LAURA FLORES-PERILLA, Cal. No. 355645*
laura.flores-perilla@justiceactioncenter.org
EMILY SATIFKA, Nj. No. 330452020*
emily.satifka@justiceactioncenter.org
JUSTICE ACTION CENTER
PO Box 27280
Los Angeles, CA 90027
Telephone:+1 323-450-727

Attorneys for Plaintiffs

DANIEL MCNEIL, D.C. No. 455712**
dmcneil@aft.org
CHANNING COOPER, Md. No. 1212110182*
ccooper@aft.org
AMERICAN FEDERATION OF TEACHERS
555 New Jersey Avenue, N.W.
Washington, D.C. 20001
Telephone: +1 202-879-4400

Attorneys for Plaintiff American Federation of Teachers

**Pro hac vice*
***Pro hac vice application forthcoming*

LUBNA A. ALAM, DC No. 982169*
lalam@nea.org
KATHERINE E. LAMM, DC No. 1006319*
klamm@nea.org
NATIONAL EDUCATION ASSOCIATION
1201 16th Street NW
Washington, DC 20036
(202) 822-7035

Attorneys for Plaintiff National Education Association