# EXHIBIT 13

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-01023 |

**DECLARATION OF STEPHANIE GRAFF, DEPUTY COMMISSIONER OF THE MINNESOTA DEPARTMENT OF EDUCATION**

I, STEPHANIE GRAFF, declare as follows:

1. I am a resident of the State of Minnesota, and I am over the age of 18. I make this declaration based on personal knowledge.

2. I am the Deputy Commissioner for the Minnesota Department of Education ("MDE"). I have been employed by MDE for approximately fifteen years holding several positions during that time, including as Chief of Staff and Assistant Commissioner. Before I became employed with the State of Minnesota, I began my career in the classroom as a teacher, informing my work and my passion for education policy.

**General Overview of Minnesota Legal Framework Concerning Public Education**

3. The fundamental importance of a public education system is enshrined in Minnesota's State Constitution. Specifically, Article XIII, Section 1 begins: "The stability of a republican form of government depending mainly upon the intelligence of the people, it is the duty of the legislature to establish a general and uniform system of public schools . . . ." In keeping with the Minnesota Constitution, the Minnesota legislature has adopted a legislative framework for education set forth at Minn. Stat. Chapters 120-129C. The Minnesota Legislature also created the Minnesota Department of Education and made MDE responsible for ensuring Chapters 120-129C are carried out.

5. In addition to its general duties, the Minnesota Department of Education is responsible for overseeing education grants, and monitoring schools' compliance with a number of state and federal requirements, including but not limited to statewide academic standards, student assessments required under state and federal law, special education requirements under state and federal law, federal elementary and secondary education funding, supports for English language learners under state and federal law, specific learning initiatives such as the READ Act, and child nutrition and school lunch programs governed by state and federal law.

6. Minnesota statute includes a number of requirements related to public education in Minnesota, including, but not limited to:

a. **Compulsory attendance.** By law, every child in Minnesota between ages 7 and 17 is required to attend school; (Minn. Stat. § 120A.22);

b. **Minimum hours per school year.** By law, schools in Minnesota are required to provide a minimum number of hours of education each school year (generally defined as 425 minimum hours for kindergarteners, 935 hours for grades 1-6, and 1,020 hours of instruction for grades 7-12.) (Minn. Stat. § 120A.41);

c. **Free breakfast and lunch**. By law, all Minnesota schools participating in the United States Department of Agriculture National School Lunch Program are required to offer a free breakfast and lunch to all students (Minn. Stat. § 124D.111, *et seq.*);

d. **Transportation.** By law, all Minnesota schools must provide transportation for enrolled students (Minn. Stat. § 120A.37);

e. **Online learning**. By law, all Minnesota schools that choose to offer digital instruction, including blended instruction and online instruction, must comply with the requirements of the Online Instruction Act. (Minn. Stat. § 124D.094).

## **The Importance of Continuity and Stability to Education**

7. I am familiar with certain basic foundational principles regarding childhood development, learning models, and research supporting education policy based on my training and professional experience

8. It is well understood within the field of education that continuity and stability (especially continuous, stable attendance) are necessary for learning, and the opposite is also true: disruption and instability can create setbacks to learning.

9. Missing even a small amount of school has a significant impact on learning because most curriculum draws off a concept of sequencing, builds off prior lessons, and requires a connection to prior material. This is true for students of any age.

10. These challenges are compounded when absence or interruption is due to negative or traumatic circumstances. Educators have long recognized that wellness, mental health, and stability within the home and community environment have close and direct ties to students' ability to access and master content that is being presented to them.

11. When students do not have stability in housing, meals, healthcare, or community safety, those instabilities impact their ability to receive and connect with educational content in a way they can retain and build upon. Research supports that childhood trauma also affects school performance and learning.

12. Accordingly, educational success is tied both to consistent, continuous attendance, and a number of other environmental factors outside the classroom.

13. Any circumstances that present more than a brief adverse impact either on attendance or on environmental stressors are likely to have an adverse impact on learning and are likely to increase the degree of intervention (and in some instances, funding) needed to support impacted students.

14. Although the COVID-19 pandemic was unique, it illustrates some of these principles well. COVID-19 presented both environmental stressors and interruptions to in-classroom learning. Parents, students, and teachers alike have identified ways those challenges and interruptions created lasting impacts on childhood development and learning. Increased impacts have also factored into increased state resources: the 2023

Minnesota Legislative Session identified a need for investment in Minnesota's public education system, in part to remedy challenges compounded by COVID-19.

**Operation Metro Surge**

15. MDE's duties and responsibilities include a significant degree of communication with, and oversight of, public schools and school districts within the State of Minnesota. As a result, I have either personally fielded calls from school administrators or have spoken with other MDE staff who have fielded those calls, within the past six weeks.

16. In the course of Operation Metro Surge, and particularly within 2026, MDE has received a significantly higher volume of concerns and outreach than typical, enumerating concerns about student attendance, and school safety, associated with Operation Metro Surge.

17. Multiple major school districts have described increased absences and have expressed feeling compelled to offer online learning tools or hybrid models because students or their families report feeling concern about the potential for immigration enforcement activities near schools, school buses, and school bus stops.

18. Although MDE did not participate in offering any comments or content to a recent article in The Star Tribune, based on my own conversations I believe it accurately captures many of the same concerns MDE has heard: https://www.startribune.com/attendance-drops-at-minnesota-schools-as-federal-immigration-enforcement-intensifies-anxieties/601560458.

19. Our Department has been tracking and thus I am aware of several specific instances of immigration enforcement activities on school grounds or school bus routes. This list is not exhaustive of all reports or concerns brought to MDE in recent weeks:

a. Multiple students and educators being exposed to chemical irritants and other displays of force on January 7, 2026 in a widely reported incident occurring at Roosevelt High School in Minneapolis.

b. Reports of DHS agents pulling over vans transporting students going to or from school in the St. Paul Public School District and Anoka-Hennepin School District.

c. At least one parent has been reportedly detained at a school bus stop in a Minneapolis suburb while waiting with their child.

d. Several schools have had reduced hours or closure associated with specific safety concerns due to DHS activity and use of force near school property.

e. At least one high school student being detained by DHS agents at a bus stop on the way to or from school.

f. At least two students detained in the parking lot of a school.

g. A five-year-old student taken into custody just after the child returned home from preschool.

h. DHS vehicles present in school parking lots in Columbia Heights School District, Fridley School District, Little Canada/Roseville School District, and Eagan-Apple Valley-Burnsville School District.

i. DHS agents engaged in enforcement activities, including kicking down the door of an apartment building, across the street from an elementary school in St. Louis Park.

j. Multiple reports of DHS agents parked or circling near school bus stops throughout the metro around pick up and drop off times.

20. MDE continues to hear from districts expressing concerns regarding this school year's assessment testing in the event circumstances do not improve. Student assessment periods required by state and federal law begin in January and continue through May 2026. MDE continues to field concerns from districts that negative impacts on attendance and student focus will make it harder to administer that assessment testing.

21. Further, because the impacts of Operation Metro Surge fall disproportionately on low-income or multilingual households, there are specific funding streams to address the additional needs for learning supports for these students, so addressing disruptions could require even more resources from those funding streams and state funds in general.

22. Under Minnesota law, if a student is absent fifteen consecutive days, they are automatically unenrolled from school. Minn. Stat. § 120A.37, subd. 9. This results in loss of funding received by the district for that student.

23. To address the high absence rates of students who are afraid of encountering immigration agents at school or school buses or bus stops, several districts have opted to offer online learning options. It is not as simple as offering students homework while they miss in person instruction. Minnesota law requires online courses to align with state academic standards and benchmarks. Instruction also must be accessible to students under

the Americans with Disabilities Act. Schools must assist families who qualify for the education tax credit in acquiring computer hardware to participate in digital instruction. Minn. Stat. § 124D.094.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: February 18, 2026,

Stephanie Graff