# EXHIBIT 16

I, Christina Rank, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the matters stated herein. If called as a witness, I could and would testify competently to these matters.

2. I am a paraprofessional at Concord Education Center in Inver Grove Heights, Minnesota. I am a member of Education Minnesota.

3. On or about January 12, 2026, at approximately 7 a.m., I was in my parked car in the school parking lot drinking coffee and eating a bagel before going into work.

4. Staff, transportation drivers, and students typically begin to arrive at the school at 7 a.m. School begins at 7:45 a.m.

5. Shortly after I arrived, and around the time staff members were beginning to arrive at school, a large, black SUV with tinted windows entered the school parking lot and parked alongside my vehicle.

6. I rolled down my window and asked if the driver and passengers were Immigration Customs and Enforcement (ICE) agents. The individuals did not respond but rolled down their windows and stuck a cell phone out of the windows to record or take photos of me.

7. The individuals in the vehicle were wearing tactical vests and hats that identified them as Department of Homeland Security (DHS) agents.

8. I pulled my vehicle next to the SUV and informed the agents that they were on school property and needed to leave.

9. I did not see any public safety threat, emergency, or other disturbance on school grounds that would have required law-enforcement intervention.

10. The officers in the car did not give any indication that they were responding to any emergency or threat to students or staff. Instead, the agents in the vehicle began to record or take photos of me on their cell phones.

11. I honked my horn to alert those nearby of the agents' presence and to encourage the agents to leave school grounds.

12. The SUV then pulled out of the school parking lot and stopped approximately 20 feet from the parking lot entrance in the eastbound lane of Broderick Boulevard. That location is approximately 200 feet from the entrance to the school. I followed the SUV and continued to honk my horn.

13. The SUV then began to drive eastward on Broderick Boulevard. I had to drive behind the SUV to reach the intersection, where I prepared to take a U-Turn back towards the school. The SUV also made a U-Turn at the intersection. The SUV began break-checking my vehicle, stopping abruptly in front of me several times.

14. I drove to the school parking lot entrance and was prepared to turn left from the turn lane into the parking lot. My car was in the marked, inside turn lane closest the parking lot. The DHS vehicle pulled beside me, in the outside lane. The SUV then rammed into my vehicle.

15. After hitting my vehicle, several other vehicles carrying agents arrived and at least five agents surrounded my vehicle.

16. The agents demanded that I roll down my window. I cracked my window to hear the agents' instructions, but I was afraid to roll the window down further. The agents then smashed my back driver-side window, unlocked the vehicle from the inside, and demanded I exit the vehicle.

17. I complied with the agents' demand and exited my vehicle. The agents then put me into an unmarked SUV and transported me to the Whipple Building. During this time, an agent told me that "If you give me any problems you're going to have trouble."

18. Onlookers were present on the side of the road when the agents rammed my vehicle and saw the collision. I did not witness any onlooker interfere with the agents or engage in violent or otherwise threatening conduct.

19. DHS held me at the Whipple Building for more than eleven hours before releasing me. During that time, agents told my family that I had been released while I was still being held and refused to provide information to my family about my whereabouts.

20. Several days later, several Department of Homeland Security agents approached me in front of my home with a warrant for my arrest. An agent informed me that they had come to the school again and followed me from the school to my home.

21. The agents then put me into a vehicle and transported me back to the Whipple Building. After agents held me for several hours at Whipple, agents put me in another vehicle to transfer me to a different facility. As we were leaving the Whipple Building, the agents transferring me received a call and then informed me that the warrant was quashed. The agents released me from custody telling me that "this can happen again; we can pick you up whenever we want."

22. I was later charged with "assaulting, resisting, or impeding" federal officers or employees based on the events on June 12. The government later dismissed the charges with prejudice. The motion to dismiss stated, that "Upon a further review of the evidence and affidavit in support of the complaint, the government does not believe that probable cause for assault exists."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 5th, 2026, in Minneapolis, Minnesota.

______/s/ Christina Rank__________

Christina Rank

# ATTACHMENT

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-MJ-56 (JNE/DLM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **GOVERNMENT'S MOTION TO DISMISS** |
| v. | ) | |
| CHRISTINA RANK, Defendant. | ) | |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Robert G. Tucker III, Special Assistant United States Attorney, hereby requests that the Court dismiss this case with prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

On July 9, 2026, the Court issued an order granting the Defendant's motion for a bill of particulars. Upon a further review of the evidence and affidavit in support of the complaint, the government does not believe that probable cause for assault exists. Based on a lack of probable cause and in the interest of justice, the government requests this case be dismissed with prejudice.

**[SIGNATURE FOLLOWS]**

Dated: July 21, 2026


Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/Robert G. Tucker III*
BY: ROBERT G. TUCKER III
Special Assistant U.S. Attorney
Bar # 24136128TX
300 South 4th Street
6th Floor
Minneapolis, MN 55415
Cell: 202-230-4022
Email: robert.tucker@usdoj.gov