# EXHIBIT 19

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, et al.<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, et al.,<br><br>Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

**DECLARATION OF E L**

I, E___ L_____ ("E-L-"), declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge and information provided by my minor child.

2. I am the parent of a Roosevelt High School student. On January 7, 2026, I planned to pick up my son after school. When I got near the building, I saw traffic stopped and heard whistles. I parked and walked towards the school.

3. I saw several SUVs parked around a sedan. It seemed like there were a lot of immigration agents relative to the one car. Many of the agents were wearing tactical gear and had masks on. Their uniforms said "Border Patrol." It seemed like the agents were aggressively approaching bystanders instead of just holding a perimeter for their work.

4. All this occurred within 20 minutes of school dismissal and there were still a number of students in the area. The agents did not seem to have any concern or regard for the fact that they were behaving aggressively towards staff and students on school grounds. They kept encroaching on school property, even though no one appeared to be physically aggressive towards them. It appeared they made absolutely no effort to deescalate the situation, like trained law enforcement officers typically would do.

5. My son was anxious and upset by what was happening, so we left. I am aware that pepper spray or some other chemical was sprayed by agents at students and staff who were present, but did not witness that.

6. Later that evening, I was watching a video of current events and whistles were audible. My son became upset when he heard it, thinking there were agents outside our home.

7. My son is a minor. He reported that he was standing outside the school waiting for me when he saw a car being followed by several SUVs. It looked like a police chase. After the vehicles stopped, he heard a loud noise that he thought was a gun shot and was worried someone else had been shot, just hours after Renee Good. He later realized it was the sound of agents breaking a car window. He saw the agents pull someone out of the car and tackle them. Several staff, students, and community members started gathering and where blowing whistles and recording. He did not see anyone act in a physically aggressive way towards the agents. He saw agents yelling at staff and noticed a group of roughly eight agents form a "wall" to confront one staff person. It was very chaotic and he felt unsafe, so we left.

8. My son reports that school is not the same now. People feel unsafe and distracted. They worry about their friends who do not feel safe to come to school. Teachers appear stretched thin, trying to teach in person and online simultaneously. Many students are not coming to school in person, which makes the energy in the building feel very different. He has described it as "dystopian."

9. I am concerned that the administration will retaliate against me if my identity becomes public. I am also concerned about the risk of strangers online deciding to dox my family.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 1/30/2026

*s/ E-L-*__________________________
E___ L____