# EXHIBIT 20

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

**DECLARATION OF T______ H______**

I, T____ H____ ("T-H-"), declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge.

2. I am an attorney and a parent of a Roosevelt High School senior. My son was present when immigration agents came to Roosevelt. He reported the following information to me shortly after the incident described below. I reviewed a video my son took that corroborates the account below.

3. Around January 7, 2026, my son heard a commotion as he was leaving the high school. His math teacher took off running. When he got outside, he saw people he described as carrying assault rifles and wearing tactical gear and body armor. They looked like they were going to war in Afghanistan or Iraq. They had pepper ball guns, assault

rifles, and pistols. Most of them were wearing masks over their faces. One of the few agents not wearing a mask was Greg Bovino, whom my son recognized from the news.

4. My son saw agents push two school employees. One of them was thrown to the ground and handcuffed. He also saw agents chase a man and then tackle and handcuff him. The agents deployed pepper spray. Although my son was not directly sprayed by pepper spray, he felt irritation in his throat from the spray.

5. All of this happened on school property.

6. My son's school was closed for two days as a result of this incident. Once school was back in session, it was difficult to pick up academically where they left off. Class time was taken up by students and teachers processing and talking about what happened. My son also had to speak with school administration about what happened, since he witnessed it. Because it was hard for students to focus (trauma, fear, being stuck at home) and it was close to the end of the quarter, the school decided to "freeze grades." The grades earned at that point would not go any lower, and the school would allow students up to three weeks beyond the quarter to finish assignments.

7. This incident has had a lasting impact on the school. My son estimated that at least 25% of students are no longer coming to school in person. He is enrolled in the Spanish-immersion program at Roosevelt. In one of his classes, only five out of approximately 12 students are attending class in person; the rest are remote because they are afraid to come to school.

8. There have been so many changes to students' experiences at school, in the community, and in extra curricular activities. I'd describe it as death by a thousand paper

cuts. The impacts definitely add up. I'm angry that my son's senior year of high school has been impacted by what is happening in our community. He and his classmates have already gone through years of interruptions and compromised education due to COVID, and withstood the stress of George Floyd's murder only a few miles away. This is just one more awful event for them, resulting in more lost days and stress.

9. I am concerned that the federal administration will retaliate against me and my family if my identity becomes public. I am also concerned about the risk of strangers online deciding to dox my family.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 2/12/2026

*s/ T-H-*
T___ H_____