# EXHIBIT 21

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

**DECLARATION OF N L**

I, N____ L_____ ("N-L-"), declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge.

2. I am a middle school teacher in [redacted], Minnesota and the parent of a student at Roosevelt High School.

3. On January 7, 2026, I drove to Roosevelt to pick up my child after school. As I neared 28th Avenue and 40th Street, I could see the corner was blocked with traffic. I heard whistles and pulled over to get out of my car. I saw 8-10 SUVs and many immigration agents in the street. The entire street in front of Roosevelt and the public library was blocked. This was 15-20 minutes after the end of the school day, and within hours of Renee Good being shot a mile away.

4. Initially I stood on the side of the street by the library where my daughter was. I recorded what I observed. I saw a group of students, staff, and community members standing on the lawn outside Roosevelt. I saw an agent tackle one staff member. Another staff member was standing next to him with his arms in the air asking agents to leave; the agents tackled him too. It looked like there were five agents on top of one guy.

5. Instinctually I walked towards them. I was yelling at the agents to stop and leave, much like several other bystanders. I did not observe anyone act in a physically aggressive way towards agents. When I got near the agents who had two staff members on the ground, an agent pushed me and other bystanders. We fell in a heap.

6. At one point, agents fired rubber bullets and I was hit in the foot. I thought I had been hit by an actual bullet, just hours after Renee Good's murder, because of how

much it hurt. At another point, immigration agents forced a group of bystanders together. One agent pointed his rubber bullet gun in our faces. All this occurred on the school lawn.

7. The whole experience felt terrorizing and intentionally chaotic. There did not appear to be any clear purpose to what the agents were doing and they expressed no regard for the fact that they were operating on school property in front of students. Even after they detained a staff member and moved him to a vehicle, many agents continued to just stand around acting like they did not know what they were supposed to be doing other than agitating bystanders.

8. I saw agents throw or shoot a canister of some chemical irritant or gas towards a group of people that included students. I saw one teenaged girl get hit by a canister as she was trying to get away; she was knocked to the ground. A staff member had to help her up to get away.

9. The whole experience was dystopian. It felt like the agents were acting with impunity and trying to scare students, staff, and community members.

10. As a teacher, I have also seen the impact of immigration enforcement activities. I have students who are attending school online because they are afraid to come to school. This fear is occurring among families of all races and regardless of immigration status. I now have to create two lesson plans for every day – one online, and one in person. Students who don't feel safe coming to school are getting a subpar education online because teachers are stretched thin and trying to create a new curriculum for online instruction under difficult, rushed circumstances. I have students who are struggling to do online school because they don't have reliable internet access. I've had to deliver math

workbooks to students at home. But I often don't have a good way to grade or provide feedback because students don't have a quality camera to take a picture of their work and turn it in. Our school PTO is providing food and rent support to many families who are afraid to go to work or leave their homes. We have teachers who are now serving as social workers, trying to counsel kids who have lost household members to detention.

11. I am concerned that the administration will retaliate against me if my identity becomes public. I am also concerned about the risk of strangers online deciding to dox my family or the school.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 2/12/2026

*s/ N-L-*_________________________
N____ L_____