# EXHIBIT 22

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

**DECLARATION OF M R**

I, M______ R_____ ("M-R-"), declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge.

2. I am an attorney and a parent of a senior at Roosevelt High School.

3. On January 7, 2026, I got a notice that the school was locking down open lunch—meaning that students could not leave campus to get lunch—because there had been a shooting. I later learned that the shooting was Renee Good's murder. That afternoon, I was patrolling around Roosevelt High School at school dismissal, as part of a group of parents that formed in response to immigration enforcement activity to help ensure our students and staff are safe when arriving to and leaving from school. After most students had left and parent patrollers were starting to leave, we saw a caravan of vehicles approach. They stopped in front of the high school. Amidst the DHS vehicles, I saw a gray or black Toyota Tacoma, which did not appear to be a DHS vehicle, that was smashed on the passenger's side door, as if it had been rammed by a vehicle on that side of the car.

4. DHS agents got out of their vehicles and were standing around for several minutes. Their cars were in the road, and they stood on the sidewalk in front of the school and on school grounds. It was unclear what they were doing there; they did not seem like they had any objective. Some would yell at people to stay back and approach the people they were yelling at. It felt like they were trying to provoke the community.

5. Suddenly, a group of agents began to shove a school special education staff member on the school grounds, with one agent gripping the trigger of his rifle. A few minutes later, about a dozen agents rushed onto school grounds and began to push the

parents and school staff standing there. They tackled someone and piled on top of him. Other agents kept pushing people in crowd. At that point, one of the agents pushed me and a person next to me, who fell to the ground.

6. People were yelling at the agents to get off school property. I saw agents deploy pepper spray in an area where students and staff were present on school property. I did not see anyone being physically aggressive towards agents or do anything to provoke these actions.

7. My son, who is 17, also was present throughout the incident. He told me what he saw shortly after the incident. He said that he was walking with a friend towards the friend's car to leave after school when they heard the commotion. They walked back towards the school and stood with another friend. He saw groups of agents that seemed like they were trying to rile up the people who were watching them. He saw the pepper spray deployed. He was not close enough to get hit with the spray itself, but he could taste the chemical. He believed there were four or five SUVs with an average of three agents per car. He said he was scared to see the agents confronting people, chasing people, and getting violent. It did not seem like they cared who they pushed and had no regard for where they directed pepper spray. All the agents he saw were wearing tactical gear and some had masks. He saw Greg Bovino walking around the area.

8. Roosevelt Students – particularly students of color – no longer feel safe at school. Many of my son's classmates are no longer coming to school for fear of being stopped or arrested. My son says the hallways are much emptier because so many kids are gone. It is harder for students to focus on their homework.

9. My son has heard from classmates that some of them have been stopped by agents and asked for ID while walking home from school or the school bus stop.

10. I am concerned that the administration will retaliate against me if my identity becomes public. I am also concerned about the risk of strangers online deciding to dox my family or the school.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 2/16/2026

*s/ M-R-*________________________
M______ R_____