# EXHIBIT 23

I, Quentin Williams, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the matters stated herein. If called as a witness, I could and would testify competently to these matters.

2. I am employed as a special education assistant at Roosevelt High School in Minneapolis, Minnesota. I am a member of Education Minnesota. I am making this declaration in my personal capacity and not on behalf of Minneapolis Public Schools or Roosevelt High School.

3. On January 7, 2026, I became aware that a woman named Renee Nicole Good had been shot and killed by an ICE agent elsewhere in Minneapolis. News of the shooting spread quickly throughout the community. Many students, school employees, and community members were aware of the incident that afternoon.

4. That same day, at approximately 3:30 p.m., students were being dismissed from Roosevelt High School and were leaving the building. Parents, students, transportation staff, and school employees were gathered outside as part of ordinary dismissal activities. I was behind the school on the east side of the building and was assisting with dismissal and student transportation.

5. At approximately 3:33 p.m., I walked westbound around to the front of the school to continue assisting with dismissal duties.

6. As I came around the corner of the school, I observed armed Department of Homeland Security agents standing immediately outside school property. The agents' presence had drawn the attention of students, parents, and school staff because it was occurring during student dismissal, while students were actively leaving campus.

7. I immediately observed agents yelling at and recording students and staff members. Some of the agents were holding up their phones to take pictures or video of the students and staff members in the area. Their conduct caused confusion and concern among the people gathered

outside the school. Students were still leaving the building, and school staff were attempting to ensure that dismissal remained orderly and safe.

8. School employees were attempting to determine why armed federal agents were present at Roosevelt High School during dismissal. Staff members were discussing the agents' presence and attempting to understand why they had come to the school. As a school employee responsible for assisting with dismissal, I also wanted to understand why agents were present.

9. I did not see any public safety threat, emergency, or any other disturbance on school grounds that would have required law-enforcement intervention. School employees were carrying out their normal duties related to supervising students and facilitating dismissal.

10. I did not hear any agent provide an explanation for why they were present at the school. I did not hear any agent identify a threat to students, staff, or school property.

11. I did not protest or engage in disruptive conduct toward the agents, and I did not witness any school employees, parents, or students engage in violent or otherwise threatening conduct. From what I observed, school personnel were upset that agents were on school property, attempting to understand the agents' presence and maintain a safe environment for students.

12. The agents nonetheless entered school property. Their decision to move onto school grounds increased the tension and confusion among students, staff members, and community members who were present during dismissal.

13. The agents began pushing me and others. I am a black man. I raised my hands above my head to show agents that I was not threatening, resisting, or presenting any danger.

14. I witnessed an agent tackle my coworker, another person of color, to the ground.

15. When I attempted to assist my coworker by helping him get up, multiple agents grabbed me and forced me to the ground, pulling my hair, and choking me. I could not breathe.

They were on my neck and I yelled that I could not breathe. The agents then pushed my face into the ground. I felt that if they had remained on top of me for a few seconds longer, I would have lost consciousness.

16. While I was on the ground, the agents fastened handcuffs on my wrists so tightly that my hands began to go numb.

17. The agents put me into an SUV and left the school. I asked them to loosen my handcuffs because my arm felt like it was going to fall off, but they refused. Eventually, they removed the handcuffs so that I could take my shoelaces off, but then put them tightly back on, even though one of the officers said that they were too tight. The agents took a picture of me and appeared to share it in a WhatsApp group chat.

18. They took me to a parking garage connected to a building. I saw other people (also people of color) in shackles being brought either inside or onto a van.

19. The agents took my belongings, including my belt. My pants began to fall down, but I could not pull them up because of the handcuffs. The agents were laughing and would not help me.

20. While I was detained, I observed two agents high five each other and state, "We got two more." Hearing that comment reinforced my belief that the agents viewed the detention of school employees as a success rather than an attempt to address any threat to student safety.

21. I was detained for several hours. During that time, despite asking on multiple occasions, I was not provided a meaningful explanation for why I had been detained.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 7, 2026, in Minneapolis, Minnesota.

/s/ Quentin Williams
Quentin Williams