# EXHIBIT 24

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

**DECLARATION OF N___ K_____**

I, N___ K____ ("N-K-"), declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge.

2. I am a high school math teacher at [redacted]. I teach mostly juniors and seniors.

3. Immigration enforcement activities have happened in the neighborhood around our school. There was an enforcement operation one day on the same street as our school during arrival time. Due to heightened concern for indiscriminate stops, students were escorted from their buses into the building. In fact, two students were followed by an unmarked vehicle that same day. The vehicle drove onto school property without permission or producing a warrant, following the students into our school parking lot.

4. Many of my students are now staying home because they are afraid of encountering immigration agents. Less than 50% of my students are attending class. Although we are offering online instruction, it is hard to tell who is doing online school work among those students who are staying home. Based on what is turned in, maybe 50-75% of students are completing school work at home. Some of that is due to technology challenges because many students don't have reliable Wi-Fi. By not being able to safely come to the school building, their ability to learn is being hampered.

5. I teach a financial literacy course where I talk to students about planning for the future. Kids are living with so much uncertainty right now that it is impossible for them to think about that.

6. I am concerned that the administration will retaliate against me if my identity becomes public. I am also concerned about the risk of strangers online deciding to dox my family.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 2/12/2026

*s/N-K-*__________________________
N____ K_______