# EXHIBIT 25

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

**DECLARATION OF J W**

I, J______ W______ ("J-W-"), declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge.

2. I am Senior College Counselor at [redacted] High School in Minneapolis, Minnesota. Normally, my job entails working with juniors and seniors as they make plans for after high school. That aspect of my job has essentially been put on hold due to immigration enforcement activities because my students are focused on more immediate concerns related to safety, as am I.

3. I am aware of multiple instances of ICE enforcement activity near our schools and bus stops. In one example, ICE agents followed students from their homes onto school property. Students were boxed in by agents in the school parking lot and questioned about their citizenship. Both students showed their passports and the agents left. This incident was reported to us by our school administration during an all-staff meeting. A colleague who had spoken directly with the involved students also spoke with me about the incident.

4. Colleagues have also shared with me that multiple students have reported being followed from school buses to their homes. This has been happening since December 2025. There have been times that students have called teachers for help or raced home from the school bus stop because of ICE activity. Families are understandably very shaken by these incidents and do not feel safe sending their kids to school as a result.

5. As a result of these enforcement operations, in-person attendance at our school has dropped to 20-30%. Our students and their families have told me that they have

heard about other students' encounters with ICE agents at or near school, so they do not feel safe coming to school in person. Even our teachers are afraid of being harassed or detained if they go to school. Some of our white colleagues are driving people of color to work to reduce the risk that they will be stopped, harassed, and detained by immigration agents as they arrive at work. Some of my colleagues who identify as Latine are working remotely or using PTO because they are afraid of encountering ICE agents at or near our schools.

6. I coach an academic decathlon team at our school. We usually host a tournament at our school, but could not do so this year because we could not guarantee attendees would be free from harassment or detention by immigration agents at the tournament. Other schools were able to compete in person elsewhere, but our students had to participate remotely because so many students were afraid to attend.

7. Normally I schedule college visits for juniors and seniors with a variety of local colleges. But this year, I am not sure we will be able to do that because I do not feel like I can guarantee students will avoid harassment or detention.

8. The actions of immigration agents have been incredibly traumatic for our students. We are trying to figure out how to provide education to students who are in a constant state of fear and trauma. Instead of focusing on instruction, we are focused on making sure kids are safe and their basic needs like food and shelter are being met. For example, teachers are putting together sophisticated food distribution systems to make sure students are fed, even though they do not feel safe coming to school.

9. I have seen news reports claiming that immigration enforcement activities began deescalating in Minnesota in late January. That is not consistent with what I observed. We did not see any relief for our students. It appeared that immigration agents were continuing to engage in random acts of profiling rather than the "targeted enforcement" that was promised.

10. I am concerned that the administration will retaliate against me if my identity becomes public. I am also concerned about the risk of strangers online deciding to dox my family or the school.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 2/13/2026

*s/J-W-* ________________________
J____ W_____