# EXHIBIT 28

I, Phillip Boyd, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the matters stated herein. If called as a witness, I could and would testify competently to these matters.

2. I am a kindergarten teacher at Stevenson Elementary School in the Fridley Public School District. I also serve as President of the Fridley Education Association, the teachers' union for the District, and a local affiliate of Education Minnesota. I am a member of Education Minnesota.

3. On or around February 5, 2026, after school dismissal, I was waiting for my wife to pick me up. School dismissal is at 3:45 p.m. Although school buses generally leave campus shortly before 4:00 p.m., some students are ordinarily still being picked up by family members until around 4:20 or 4:30 p.m.

4. At approximately 4:20 p.m. my wife arrived to pick me up. As we were preparing to leave, I observed an SUV with heavily tinted windows and obscured license plates enter the school parking lot.

5. The SUV drove into the parking lot and stopped near the south entrance of the building, approximately 30 feet from the school. The SUV was close enough to the building that one of my fellow teachers saw the SUV from her classroom windows.

6. Because I did not recognize the vehicle and was concerned about its presence on school grounds, I exited my vehicle and walked toward the school parking lot to observe what the SUV was doing.

7. I did not see any public safety threat, emergency, or other disturbance on school grounds that would have required law-enforcement intervention.

Scanned with CamScanner

8. After stopping near the building, the SUV drove to another area of the parking lot near the southeast corner of the property.

9. I continued to observe the SUV from outside of my vehicle. While I was doing so, the SUV suddenly accelerated and drove toward me. As it approached, the driver rolled down the window and asked me, "Why are you looking at our vehicle?" I responded that I was paying close attention to what was happening on school grounds.

10. There were two individuals in the SUV. One of the individuals leaned back and tapped a tactical vest to indicate that the individuals were an Immigration and Customs Enforcement (ICE) agents, and stated "Oh yeah, it's us."

11. After making this statement, the agents in the SUV rolled up the windows and drove away. The officers in the car did not give any indication that they were responding to any emergency or threat to students or staff.

12. Following increased immigration enforcement activity in early 2026, many students, families, and teachers at school expressed concerns about immigration enforcement and its effects.

13. In my kindergarten classroom with approximately eighteen to nineteen students, one student's family chose to keep a student home because they feared immigration enforcement. One afternoon, I saw one of my colleague's first-grade students (who was one of my former students) waiting for family to pick her up at school. I learned that she had stopped taking the bus because her family was afraid that ICE agents would be at the student's bus stop.

14. As President of the Fridley Education Association, I participated in regular meetings about the district's efforts to accommodate students who transitioned to remote learning because of immigration enforcement fears. Teachers and staff devoted hours of time to

Scanned with CamScanner

creating remote-learning materials, communicating with families, and ensuring that remote students had access to necessary technology and educational resources.

15. Certain employees had their job duties changed to support remote learning. For example, some elementary substitute teachers became full-time online instructors, some middle-school teachers devoted portions of their schedules to virtual instruction, and high-school staff spent time coordinating with students learning remotely. In classes involving hands-on instruction, it was particularly difficult to replicate educational experiences remotely. One of my colleagues had to spend many hours arranging for a student to take woodshop from home, for example, so that they could still get credit for the vocational course.

16. Last school year, my colleagues and I were extremely anxious that ICE agents would come to the school. We spend significant time and energy preparing for the possibility that ICE agents would come to the school again.

17. Although I have heard reports that Operation Metro Surge has ended, many educators remain anxious that ICE agents could show up at school again next year.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 10th, 2026, in Minneapolis, Minnesota.

Phillip Boyd

Scanned with CamScanner