# EXHIBIT 29

I, Silvia Vasquez, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the matters stated herein. If called as a witness, I could and would testify competently to these matters.

2. I am a seventh and eighth grade social studies teacher at Roseville Area Middle School in Roseville, Minnesota, in the school's Spanish immersion program.

3. I am a member of Education Minnesota.

4. I am a leader of the League of Latinx Educators, a group of approximately sixteen to twenty-five educators primarily from the Twin Cities metropolitan area. I also serve on the negotiating team for my union.

5. On January 20, 2026, I received an email from Roseville Area Schools Superintendent Jenny Loeck describing several instances of ICE agents using school district property for enforcement operations. A true and correct copy of this email is attached as Exhibit A. So that staff can keep students safe, as part of their ordinary duties, school administrators regularly inform staff by email when law enforcement activity is occurring on school property.

6. I learned from that email that ICE agents had been in the Little Canada Elementary School parking lot during the school day on January 20. Little Canada Elementary School is approximately 2.5 miles from Roseville Area Middle School.

7. I also learned from that email that on January 20, ICE agents had been present at another school, using the school's parking lot as a "launching point" for enforcement actions.

8. On February 5, 2026, I received an email from the principal of Roseville Area Middle School. A true and correct copy of that email is attached as Exhibit B.

9. The February 5 email stated that ICE vehicles were present in the middle school's "overflow" parking lot, which is adjacent to the middle school. It also said that Roseville police were called in response to the ICE presence, and that the ICE vehicles left the school's parking lot.

10. The enforcement activity caused stress for me personally because I was worried about my students, their parents, and my colleagues.

11. The enforcement activity affected student attendance. At times, more than half of my students were absent because of fears of ICE activity near schools.

12. As a result, my colleagues and I have spent substantial time addressing missed learning, including developing make-up plans and approaches for helping students catch up and, for some teachers, arranging for hybrid learning environments in their classrooms.

13. Latino staff members, including me, were also asked to serve as liaisons between schools and Latino families. That placed an additional burden on Latino educators during a period when many of us were also experiencing fear and stress related to immigration enforcement.

14. Based on my experience, I believe that a restriction on immigration-enforcement activity at or near schools would help reduce fear among students, families, and staff and would help schools maintain a safe and stable learning environment. It would certainly make me feel much safer.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 12, 2026, in Minnesota.

/s/ Silvia Vasquez
Silvia Vasquez