# EXHIBIT 30

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al*.,<br><br>Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

**DECLARATION OF KATE SCHMIDT**

I, KATE SCHMIDT, declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge.

2. I am the President of Dakota County United Educators, which is an affiliate of Education Minnesota. Our union represents educators in Independent School District 196 (Rosemount – Apple Valley – Eagan) ("ISD 196").

3. On January 23, 2026, school was cancelled in ISD 196 due to extreme cold. Some administrators and staff were nonetheless at school properties that day. The district superintendent told me that at approximately 10:30 a.m., a vehicle occupied by one or more immigration enforcement agents parked in the driveway to Apple Valley High School, on school property. A school administrator asked the agents to leave, which they did. The

district also posted a notification about this incident on its website, available at https://www.district196.org/services/safety/immigration-and-customs-enforcement/ice/~board/ice-presence-school/post/jan-23-avhs. A true and correct copy of the notice is attached as Exhibit 1.

4. On January 25, 2026, a vehicle occupied by immigration enforcement agents was seen parked behind Echo Park Elementary in Burnsville. The agents only left school property when a community member confronted them.

5. On January 27, 2026, the district sent out a notification that an ICE agent was once again seen on the school property, in the parking lot, at Apple Valley High School. The district posted a notification about this incident on its website, available at https://www.district196.org/services/safety/immigration-and-customs-enforcement/ice/~board/ice-presence-school/post/jan-23-avhs. A true and correct copy of the notice is attached as Exhibit 2.

6. Teachers, parents, and community members have reported to me that they have seen immigration agents driving around school bus stops in our district.

7. Based on these and other incidents, some teachers and community members are now patrolling bus stops and school drop off and pick up zones because there is concern that immigration enforcement activity will take place in those areas.

8. Because so many families are afraid to send their students to school as a result of immigration enforcement activity, ISD 196 has made an online option available so that kids are not missing school entirely. Out of the approximately 29,000 students in our

district, over 1,500 are now accessing materials online because they are afraid to come to school due to immigration enforcement acitivity.

9. Teachers are working hard to support their students through this crisis due to immigration enforcement activities around our schools, notwithstanding the added burdens it has created on them. Staff and teachers are delivering instructional materials to students at home. Teachers and staff are fundraising so they can help provide food for students who are afraid to come to school because of immigration enforcement activities.

10. Teachers are witnessing the impact of immigration enforcement on their students. Normally our students receive free breakfast and lunch at school. But children who are learning from home do not have the benefit of breakfast and lunch provided at school. Students who are hungry are not as able to focus on school. Students are anxious and distracted. This sort of trauma adversely impacts their learning not just now, but into the future. We were just getting kids back on track post-Covid and now this is setting them back again.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 2/12/2026

*s/ Kate Schmidt*________________________
Kate Schmidt

Public Notices - ICE - Rosemou

district196.org/services/safety/immigration-and-customs-enforcement/ice/~board/ice-presence-school/post/jan-23-avhs

RECURSOS EN ESPANOL KHAYRAADKA OO SOMALI PARENT TOOLS STAFF EMPLOYMENT

LANGUAGES SEARCH SCHOOLS MENU

HOME > SERVICES > SAFETY & EMERGENCY RESPONSE

JAN 23 Apple Valley High School

**JAN 23 2026 1:30 PM |**

District 196 is committed to transparency and safety. We will inform our community if/when there is an Immigration and Customs Enforcement (ICE) interaction or presence on school property or with our school buses.

**JANUARY 23: AT APPROXIMATELY 10:30 A.M. APPLE VALLEY HIGH SCHOOL**

Administrators observed a vehicle that was parked in the exit drive on the northwest side of the high school. School was closed due to extreme cold at the time, and no students were present.

Per district protocol, administration approached the vehicle, verified the presence of ICE agents on school property, and asked the agents to leave. The vehicle left without incident.

The safety of our students, staff, and families is always our top priority. We investigate all reports of unusual activity on our property and work closely with local law enforcement to resolve any incident.

What are you looking for? Ask us a question!

**Independent School District 196**
**Rosemount-Apple Valley-Eagan**

**3455 153rd Street West**

Subscribe to District 196 Today Newsletter

Name

**Exhibit 1**
Declaration of Kate Schmidt

Public Notices - ICE - Rosemou ✕ +

Gemini

district196.org/services/safety/immigration-and-customs-enforcement/ice/~board/ice-presence-school/post/jan-27-avhs

LANGUAGES SEARCH SCHOOLS MENU

HOME > SERVICES > SAFETY & EMERGENCY RESPONSE

JAN 27 Apple Valley High School

JAN 27 2026 2:00 PM |

District 196 is committed to transparency and safety. Families have asked us to inform them if Immigration and Customs Enforcement (ICE) is present on school property.

**JANUARY 27: AT APPROXIMATELY 11:05 A.M. APPLE VALLEY HIGH SCHOOL**

Administrators observed a vehicle that was parked in the far southwest corner of the Apple Valley High School parking lot.

Per district protocol, our School Resource Officer and administration approached the vehicle and verified the presence of ICE agents on school property. The exchange was professional. The agents reported they were not seeking any individual at the school. The agents were asked to leave and did so without incident.

Beyond the SRO and administration, there were no interactions with any students or staff. In this situation, our safety protocols worked as intended.

Our visitor policy, secure entrances, **Searches and Interviews regulation**, and **School Safety protocols** guide our security and response to situations like this. Our campuses are closed to unauthorized visitors or guests during school hours. Administrators are present during arrival and dismissal times every day.

The safety of our students, staff, and families is always our top priority. We investigate all reports of unusual activity on our property and work closely with local law enforcement to resolve any incident.

These are difficult times, with high levels of fear and emotion in our community, especially for our students. If you need additional support, please contact our school office. We are also providing resources for how to talk with teens about difficult situations.

- **District 196 Safety & Security**
- **Mental health resources for youth and adults**
- **How to talk to children about difficult news**

✕ **What are you looking for? Ask us a question!**

# Exhibit 2

Declaration of Kate Schmidt