# EXHIBIT 33

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

**DECLARATION OF D____Y______**

I, D_____ Y______ ("D-Y-"), declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge.

2. For the past two months of Operation Metro Surge, I have been serving as an observer of ICE activity around the Twin Cities metro. This involves driving through locations where immigration agents are often present to document their activities. I have frequently done this in mobile home communities in the south metro such as Cedar Knolls in Apple Valley and Arbor Vista in Burnsville. I have seen immigration agents parked or driving around those mobile home communities virtually every day that I have been there observing. I can tell they are immigration agents based on the license plate and vehicle description, as that is information that is being tracked by other observers. I have also seen agents wearing tactical gear in their vehicles at both Cedar Knolls and Arbor Vista.

3. I have seen immigration agents parked near school bus stops nearly every morning when I have observed at Cedar Knolls. Usually there are a couple of ICE vehicles there. Often they are parked for a couple of hours, throughout the morning school bus route times that run from around 7:50 a.m. to 9:05 a.m. While I have not seen agents get out of their vehicles or detain anyone, I have frequently seen them parked within 200 feet of school bus stops.

4. I am aware of reports that there has been a "drawdown" of immigration agents in the Twin Cities. I continue to observe immigration agent activity around school bus stops, however. On February 20, 2026, I was at Arbor Vista mobile home community in Burnsville in the morning around school bus pick up time. I observed an ICE vehicle

parked approximately 30 feet from the school bus stop. The agent did not get out of the car, but was parked there with the vehicle running. I took the following photograph showing the agent parked near what I assumed to be a school bus stop because of the location and because the school bus stopped there several minutes as if it was waiting to pick up passengers:




5. I am concerned that the administration will retaliate against me if my identity becomes public. Immigration agents have followed me while I have been observing, including pulling up very close to my car in what appears to be an attempt to intimidate me. I am also concerned about the risk of strangers online deciding to dox my family or me.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: *s/ D-Y-*_____________
D_____ Y______