# EXHIBIT 35

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

**DECLARATION OF J____ S______**

I, J___ S______ ("J-S-"), declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge.

2. I am a parent of students enrolled in a Minneapolis Public School. Due to concern about increasing immigration enforcement activity throughout the city, our school community created a plan to have parents patrol around the school grounds during drop off and pick up. This is to ensure the safety of our students, staff, and families.

3. On the morning of January 21, 2026, there were reports of a caravan of Customs and Border Patrol agents driving through our neighborhood. My wife went out front to see where they were going and make sure they were not stopping near our home.

When our elementary aged son saw his mom recording, he had an anxiety attack worrying that she could get hurt like Renee Good and others he had seen on the news.

4. I went to the school early that morning due to the presence of agents in the area. I saw the caravan drive about two blocks south of our school and then park. Several minutes later, right in the middle of school drop off, the caravan drove two blocks north towards the school. They drove by the school slowly as parents dropped off their kids. As they drove by, one vehicle had the windows down despite the cold temperature. The agents were visible and all appeared to be in tactical gear, and many wore masks. As they passed the school and made a left turn, three of the vehicles in the caravan ran a red light.

5. Other than to intimidate the community members, parents, and students that were going to school that day, I am not aware of any reason the agents would have had to gather near the school and wait until right in the middle of drop off to turn around and drive by the building. The drive-by was disruptive and scary to kids, parents, and staff.

6. I am concerned that the administration will retaliate against my children's school or me if my identity or the identity of the school becomes public. I am also concerned about the risk of strangers online deciding to dox my family or the school.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 2/12/2026

*s/ J-S-*______________________
J____ S_______