# EXHIBIT 36

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

**DECLARATION OF A_____ B______**

I, A_____ B_____ (“A-B-”), declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge.

2. I am a parent of students at [redacted] Elementary School in Savage, Minnesota. Our school has volunteer parent patrol groups who watch for immigration agents around the school and school bus stops to help ensure students make it to and from school safely. I have patrolled bus stops near Rambush and Arbor Vista Mobile Home Parks located in Burnsville, Minnesota.

3. On several occasions, I have seen immigration agents driving or parking near school bus stops near Rambush and Arbor Vista during afternoon school bus drop off time.

They often appear to be circling the neighborhood. I can tell they are immigration agents because they are dressed in tactical gear.

4. On these occasions, I have seen vehicles driven by immigration agents speeding, brake checking others (slamming on their brakes in front of other cars), and flipping off school parents. On one occasion, agents blasted the song "Ice, Ice Baby" as they drove by parents patrolling the school bus stop. This was during the time that an elementary school bus was expected to drop off students on their way home from school.

5. On February 10, 2026, I was patrolling near Arbor Vista around 3:30 p.m. I was stationed near the Arbor Vista building. An immigration agent was parked in a vehicle across Camelot Road at the same time, while our school's Spanish liaison was delivering groceries to a family. Below is a photo I took of the vehicle:



6. The agent got out of his vehicle and took photos of another person patrolling the school bus stop along with her license plate. He then walked to the window at Arbor

Vista's office and took pictures of the exterior of the building. The school bus drives directly past where his vehicle was parked. All of this occurred less than 100 feet from where the school bus dropped off students less than thirty minutes later.

7. On February 12, 2026, around 8:38 a.m., I was on school bus patrol at Arbor Vista. As I was driving towards the school bus stop, I observed an ICE vehicle slowly driving through the community. Arbor Vista has "private property" signs up. The vehicle continued to drive down Camelot Road and turned around in a cul-de-sac, looping continuously through the community during the time when the morning bus was expected to pick up kids at a stop on Camelot Road. I saw a total of three ICE vehicles that circled through Arbor Vista and Rambush for an hour that morning, driving past school bus stops and kids waiting for the bus.

8. School administrators often ride the school bus with students heading home to Rambus and Arbor Vista so they had a comforting face while on the school bus.

9. I am concerned that the administration will retaliate against me if my identity becomes public. I am also concerned about the risk of strangers online deciding to dox my family or the school.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 2-13-2026

*s/ A-B-*________________________
A____ B_____