# EXHIBIT 37

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

**<u>DECLARATION OF KRISTEN SINICARIELLO</u>**

I, KRISTEN SINICARIELLO, declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge. I am a member of Plaintiff Education Minnesota.

2. I am employed as a teacher at Columbia Heights High School in Columbia Heights Public Schools. Our district is located directly north of Minneapolis. I teach social studies to sophomores and some juniors and seniors.

3. Since the start of Operation Metro Surge, my students and I have observed numerous immigration operations near schools and bus stops. One student reported that they were pulled over by immigration agents on the corner near our school building, bordering the football field which is school property. The school was visible from where the student was pulled over. Our school patrol members reported to me that they saw immigration agents at an apartment complex near the school, bordering the school's sports fields on 47th Avenue Northeast. The apartment complex is visible from the school building. A school custodian also told me he saw agents at the same apartment complex on another occasion. Both where the student was pulled over and the apartment complex are within 1,000 feet of the school building (and even closer to the school sports fields).

4. On or around January 21, 2026, an ICE agent entered the parking lot near our school loading dock that is connected to a school courtyard. I saw the vehicle, as did students and staff. The agent did not leave the vehicle, but parked in the loading dock until our school administrators went down to speak with them and told them to leave school property. I did not see any emergency or public safety threat in the area that would warrant

law enforcement presence on school property. Our principal told me that they spoke with the agents about why they were on school property; the agents did not identify any emergency or public safety threat drawing them to the property either. Many students took videos and sent them to their family members, who were then panicked that ICE activity was happening at the school. This interrupted learning for that day: After the incident, neither students nor teachers could focus.

5. On February 2, 2026 around 6 a.m., six vehicles of immigration agents were parked in a school parking lot directly across 49th Avenue from the high school. The parking lot is school property and is used by students. A few custodians witnessed this, and one sent me video and photos of the vehicles in the school parking lot. Below is one of the photos:




6. A teacher told me that they saw an agent in that same parking lot on another occasion, taking photos of cars parked there.

7. In response to these and other immigration operations near schools and bus stops, among other things, a significant number of Columbia Heights High School students stayed home from school. Parents have told me they do not feel it is safe for their children to come to school. Students have told me their parents are scared for them to come to school. One student told me they were afraid to wait for the bus to come to school, so they were staying home. Because of the decline in attendance due to immigration enforcement activities, many of my students are behind and struggling academically. For example, the student who was pulled over by agents within sight of the school has missed several days of class over the past three weeks. The student needs extra help from me on homework and with class materials to try to stay current.

8. Our new quarter began on January 27, and because families fear sending their kids to school given the rise of immigration enforcement near schools and bus stops, we offered an online option. Approximately 300 students opted for online classes, which is 25-33% of our student body. The students opting for online learning are disproportionately our Mexican and Ecuadorian students. Our English as a Second Language (ESL) teachers had to conduct Zoom classes with students who are learning at home in order to meet state guidelines. This meant they were teaching both in person and online classes, which required adjustments to their schedules during the day. Most other students in the online program were enrolled in different classes through the online program. I had some students in an Advanced Placement (A.P.) class who worried about getting A.P. credit in the online program, since it is not normally an A.P. class. I had to create additional materials for

online students so they can get A.P. credits. I exchanged many emails with students and parents to answer questions they have about the online program.

9. In addition to teaching social studies, I also coach a girls soccer team. We had to forfeit a game in our indoor league because we did not have enough families that felt safe traveling to, or being at, the game due to the threat of ICE enforcement. One parent told me after speaking with other parents that parents did not feel safe proceeding with the game.

10. All our English Learner (EL) students have to take the WIDA ACCESS test to measure their EL performance. I am one of the test proctors at our school. The test has to be taken in person. Last spring I had a roster of 18 students for whom I was supposed to proctor the test; only six students were present in person and thus able to complete the test. The WIDA ACCESS test is required by the Minnesota Department of Education to comply with the federal Every Student Succeeds Act, and is used to help place students for the next school term.

11. I attended training provided by our school social workers to help teachers address their mental health and secondary trauma. My colleagues and I talked about how much all the uncertainty associated with immigration operations near schools has impacted us. As teachers, we are providing a lot of empathy and support to our students but it is very draining. All the added stress impacts our physical health too; for example, I have experienced more tension headaches and issues with TMJ. Some of my colleagues have shared with me that they have had to use PTO days to protect their mental health.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 8/14/26

*Kristen Sinicariello*

Kristen Sinicariello