# EXHIBIT 38

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

**DECLARATION OF PEG NELSON**

I, PEG NELSON declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge.

2. I am employed as a teacher at Valley View Elementary School in Columbia Heights, Minnesota. I teach students in grades 3 through 5 in our gifted and talented program.

3. We have community members patrolling around our school at pick up and dismissal time to keep watch for immigration agents. We had an incredibly traumatic dismissal time recently. We heard the patrollers blowing whistles around dismissal time and one of our staff members went running outside. We have many students who walk to and from school. The staff member grabbed the students and brought them back into the building. One student commented that they almost didn't make it home and that the staff person saved them.

4. A colleague who teaches special education at one of our high schools reported that they had immigration agents pull their vehicles into a courtyard by the high school. Students could see the agents from the school windows. Students often use this courtyard when it is nice outside to eat lunch outdoors because it is tucked away from the street. They no longer feel safe there.

5. The colleague also reported that several high school students have been pulled over near school and questioned by immigration agents. One student with a speech impediment reported that agents mocked the student, mimicking the speech impediment when speaking to the student. Agents asked where the student's "mommy" was because

they knew the student drove their mother to and from work. The message was that the agents would eventually detain the student's mother. The student arrived at school shaking and crying from this terrifying and cruel encounter.

6. Our district has had at least six students detained, four of which were elementary school students. At least 27 family members of students in our building have been detained. It is hard to keep track because we have some family members that are just disappearing. Our school is helping many families navigate the loss of household members, including sometimes custodial parents. We are providing rent and food support for many families.

7. Many families are afraid to send their children to school. One day last month we had 200 students absent from our school out of 570. On average, we have 130 students absent each day because they are afraid to come to school. Our school population is 66% Hispanic; they are being disproportionately impacted. Our district recently began offering an online option for students who do not feel safe coming to school in person, but we did not have enough resources to make it available for all our absent students. As of about mid-February, we were able to offer it to all students on the waiting list. Students are falling behind because they are unable to safely attend class. Moreover, our school provides a variety of wrap around supports to families including facilitating dental care, vaccines, and other supports. Students who do not feel safe going to school lose access to many of those services as well.

8. It is not normal for elementary aged kids to see a large portion of their classmates gone. It is not normal for our hallway to have fridges, freezers, and stacks of

boxes with food and supplies for families that are afraid to leave their homes. While teachers are trying to maintain some normalcy for students, there is a level of fear constantly permeating our buildings.

9. Our principal has spoken publicly about the detention of Liam Conejo Ramos and another recent occasion when a mother was detained and asked to have her children brought to her from school. He has received death threats on his school phone. He has been followed multiple times. Our superintendent has also been followed. ICE presence is so prevalent, we have come to recognize the types of vehicles they drive and gear worn by agents. Teachers and administrators who are delivering food to families afraid to leave their homes have been followed by immigration agents. Some of the agents have waved and smirked at them as if to convey “now we know where they live.” It seems like they want to instill fear in all of us. Our school board chair has noted ICE agents in front of her house five times.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 2/18/2026

*s/ Peg Nelson*__________________________
Peg Nelson