# EXHIBIT 40

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

**DECLARATION OF K___ B___**

I, K___ B___ ("K-B-"), declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge.

2. I am a parent of two young children, one of whom is an elementary school student in the Twin Cities.

3. I have received a few alerts from my child's school that it has gone into lock-out where no one can enter or leave the building because ICE agents were spotted within a couple of blocks of the school, outside of their vehicles. I have also received alerts on a few occasions where students were unable to go outside for recess because ICE agents had been seen near the school.

4. I understand from staff at my child's school that approximately 100 students switched to online learning this quarter because they were concerned about ICE activity around the school. My child reported that some of their friends are now learning online. My child told me that they were very worried about certain Somali or Latine friends being taken by ICE. Children, particularly young elementary school kids, should not have to worry about their friends vanishing.

5. My older child's school bus picks them up each morning at around 8:55 a.m. about a block from our home. My spouse or I always walk our child to and from the bus stop.

6. On Friday, February 27, 2026, I received a call from my spouse shortly after they left to walk to the bus stop. There were eight or nine masked, armed HSI agents directly across the street from the school bus stop. As my spouse was talking to me, our child became very scared and started whimpering. My spouse hung up with me. They remained at the bus stop until the bus picked up our child for school. My spouse later told me that multiple masked agents were present directly across the street from the bus stop the entire time they were waiting for the bus. They also told me that they and our child witnessed the agents taking the person detained out of their home in handcuffs and bringing them to one of the several vehicles parked directly across from the bus stop. All this occurred around the same time that several other children were walking or biking to the neighborhood elementary school a few blocks away.

7. When my spouse got home, I drove to our child's school to check on them. My child had just sat down to breakfast. I spoke with them in a private area to make sure

they were doing ok after witnessing several masked, armed HSI agents detaining someone right across the street from the bus stop. My child was very scared and upset. During our conversation, my child cried and expressed concern that my spouse could have been arrested by ICE at the bus stop. After speaking with my child, I alerted their teacher to what had occurred at the bus stop.

8. Later that day, I texted my child's teacher to check on how they were doing. The teacher said my child seemed down and had met with the school counselor. The event disrupted my child's entire day of learning.

9. I am also concerned about the impact this may have had on my child's classmates. Kids talk about what they see in their communities. It is completely unacceptable that this is our reality – our young children should not be witnessing things like this on their way to school.

10. My child has spoken about what they witnessed a few times since it occurred. They seem to be more alert now when at the bus stop or in the community. While very young, they are old enough to understand what they saw. It transformed an abstract fear about what was happening with ICE into reality. It violated my child and family's sense of safety at the bus stop and in our community. I have no doubt this is an event that will stick with my child (and my spouse and me) forever.

11. I later learned from neighbors that the person who was detained while my spouse and child were waiting for the school bus was an alleged participant in the protest at Cities Church. I found it ironic that the government was concerned about protecting

children from witnessing a protest in a church, but apparently had no such concerns about my child witnessing armed agents in tactical gear while waiting for their school bus.

12. I am concerned that the federal administration will retaliate against me if my identity becomes public. I am also concerned about the risk of strangers online deciding to dox my family.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: March 17, 2026

_*s/K-B-*_______________________
K___ B____