# EXHIBIT 41

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

**DECLARATION OF G___ B____**

I, G___ B____ ("G-B-"), declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge.

2. I am a parent of two young children, one of whom is an elementary school student in the Twin Cities.

3. My older child's school bus picks them up each morning at around 8:55 a.m. about a block from our home. My spouse or I usually walk our child to and from the bus stop. We also typically see several other kids in the neighborhood walking or biking to an elementary school a few blocks away while we are waiting for our child's bus.

4. On Friday, February 27, 2026, I walked my child to the school bus stop. As we turned the corner onto the street where the bus stop is located, I saw a large commotion

directly across the street from the bus stop. I saw 8-9 agents in tactical vests; half said "HSI" on the back, and the others just said "POLICE" in large letters. There were also several unmarked SUVs parked along the street directly across from the bus stop. As we walked towards the bus stop, I observed an agent carrying a battering ram back to a vehicle. I learned from a neighbor that the agents had used the battering ram to break open the front door of the house directly across the street from the school bus stop, just moments before my child and I arrived.

5. We arrived at the bus stop around 8:45 a.m. While we waited for the bus, we observed several agents going in and out of the house directly across the street. We heard a commotion and then saw agents forcefully pushing a man out of the house with his hands cuffed behind his back. They aggressively pushed him down the front stairs of his home and dragged him towards one of the SUVs. While all this was happening, several neighbors asked the agents what they were doing or what was happening; they did not acknowledge or interact with anyone. It was striking to me that they made no effort to engage with anyone or provide reassurance about what was happening.

6. My child is normally a very extroverted and curious kid who is very conversational. While witnessing all of this, my child stood petrified like a stone, clinging to my leg. It was clear they were terrified about what they were witnessing. I have never seen my child like this – petrified, shaking, and unable to speak.

7. As the school bus turned onto our street, we saw the agents get into their vehicles. They started driving away as the school bus pulled up to our stop. My child got on the school bus and went to school. My spouse and I later heard that our child's teacher

offered the opportunity to speak with the school counselor about what occurred. Our child opted to speak with the counselor and shared that they were very afraid that I might be arrested by the agents at the bus stop.

8. The following Monday, our child was very afraid to go back to the bus stop. We had to provide lots of reassurance that they wouldn't see a repeat of what had occurred the previous Friday. Our child had a lot of questions about what happened and whether it could happen again. Since this happened, they have also asked my spouse and I repeatedly what to do if one of us is arrested. When my spouse picked them up the day of the incident, our child shared that they had my spouse's phone number memorized but not mine. If I got arrested, they could call the other parent, but they were worried about what to do if my spouse was arrested. As a child under the age of 10, this is not something they should have to contemplate. Our child has palpable anxiety from witnessing this.

9. After the announcement of the end of Operation Metro Surge, I had just started to exhale and feel like I was safe to be out in the community without encountering agents. It was shocking to then have this happen right at my child's bus stop, when we were waiting for the school bus. It took away our sense of safety there.

10. I am concerned that the federal administration will retaliate against me if my identity becomes public. I am also concerned about the risk of strangers online deciding to dox my family.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: March 16, 2026

_*s/ G-B-*_____________________
G____ B_____