# EXHIBIT 42

I, Angaelicka Iverson, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the matters stated herein. If called as a witness, I could and would testify competently to these matters.

2. I am the principal of VISTA Elementary School in Fridley Public Schools. Last school year, until July 1, I was the principal of Hayes Elementary School, also in Fridley Public Schools, which serves children from kindergarten to fourth grade.

3. Last school year, Hayes Elementary and other schools in our district experienced a spike in immigration enforcement near school grounds that profoundly impacted my staff and students' mental health and our ability to teach our students.

4. On or around February 4, 2026, members of my staff and I were outside the school to receive students as they were walking to school. That morning, there were several DHS vehicles in the area. They were conducting an operation an apartment complex about three blocks from the school. I know this because a parent sent me a video showing ICE agents at the apartment building around the same time as the below incident occurred.

5. That morning, while students were walking to school, I received a call on my two-way radio from another staff member who told me that a DHS vehicle had pulled up to her, that the people inside were harassing her, and I needed to come right away. I was concerned for safety of my staff and the students walking into the school, and I walked toward the staff member.

6. When I reached the staff member's location, which was about half a block from the school, I saw a large vehicle with tinted windows. At least one of the windows was rolled down, and DHS agents were inside. They were dressed in tactical vests and had

masks on. The agent in the passenger seat was holding a camera and appeared to be recording.

7. When I arrived, the DHS were taunting school staff members, making remarks that implied the staff members were not U.S. citizens. At one point, they said that one of our staff members needed to "go back where you belong." When I arrived, the agents also began taunting me. I radioed other staff members to direct them to go inside the school and take the kids.

8. The DHS vehicle followed me as I walked back toward the school. They continued to follow me right up to the entrance to the school. When I got there, the agents took a left, circled the block once, and then drove away.

9. That same morning, a parent pulled into the bus lane near the school, told me that an ICE vehicle was following her, and asked what to do. I told her to go into the school.

10. Because of the ICE activity reported near schools in the area last school year, many families stopped sending students to school. I received emails from parents and had direct conversations with them. In those emails and conversations, parents regularly told me that they were afraid to send kids to school because of fear that ICE would show up at school, specifically.

11. Last school year, our school had approximately 46 students who stopped attending school in person. To teach these students, we had to start a remote learning program, which required hours of extra work from myself and our teachers and staff. To support virtual instruction, we had to transition substitute teachers to full-time status to teach students online. This required the school district to increase those staff members'

salaries. Staff also had to create virtual platforms, develop online curricula, and prepare online lessons.

12. Teachers also had to set aside time for daily virtual meetings with students to check in on their social and emotional health.

13. My staff was also heavily emotionally impacted by the surge. Many of our staff members are people of color, and they were fearful that DHS would arrest them at or near school. This made staff afraid to perform regular duties, like supervising student arrival and dismissal.

14. Students were also frightened. Especially after the incident in February and the prolific reports of immigration enforcement near schools in the area, students would regularly ask me questions like, "What if ICE shows up at school"?

15. Although I have heard reports that Operation Metro Surge has ended, I am still anxious about the potential for ICE enforcement near our school next year. If the protected locations policy were back in place, my staff and I would feel much safer doing our jobs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 10th, 2026, in Minneapolis, Minnesota.

/s/ Angaelicka Iverson
Angaelicka Iverson