# EXHIBIT 44

I, [redacted] ("M.S.") declare as follows:

1. I am over the age of eighteen and have personal knowledge of the matters stated herein. If called as a witness, I could and would testify competently to these matters.

2. I am a member of Education Minnesota. I work in the Minnetonka Public Schools as a teacher of fourth grade students at Minnewashta Elementary School in the Spanish immersion program.

3. In or around February 2026, I learned that ICE officers were near Minnewashta Elementary School and that an ICE vehicle with officers was within the school crosswalk of the school parking lot.

4. This frightened me because I and many of the other staff members are Latino, Latina, and other people of color. I was afraid that the agents would arrest me or one of the other staff members. Partly because my school has a Spanish immersion program, most of the staff are from other countries. Although I am a U.S. citizen, I knew that ICE had stopped and arrested U.S. citizens in the Minneapolis Metro Area, especially Latinos and Latinas.

5. Around the same time, I also learned from a colleague that she was followed to school by ICE agents. This increased my concern because the enforcement activity was not only near the school, but was connected to staff members traveling to and from school. My colleague was extremely anxious because of the experience and could not focus on her teaching.

6. At Groveland Elementary School, another elementary school in the Minnetonka Public Schools, school administrators walked staff members out to their vehicles because staff members were concerned that ICE would arrest them as they exited the school. That was not a normal part of the school day. It reflected the level of fear and uncertainty among staff about whether they could safely leave the building and get to their cars.

7. Because of the enforcement activity near school, I began carrying copies of my passport, passport card, and other identifying documents with me when I traveled to and from work, and kept copies at my workplace because I was anxious about being required to prove my citizenship while at work. I observed other employees begin carrying documents such as lawful permanent resident cards and passports to school for the same reason.

8. My students were also frightened about the ICE enforcement activity occurring near schools in the area. Toward the end of February, a lockdown alarm was accidentally triggered near the end of the school day. Even though the alarm was triggered by mistake, students became extreme distress and asked me, “Is ICE outside”?

9. The ICE activity near the school affected my mental health so profoundly that I had to take a leave of absence from school. I was on leave from late February until the end of May. I have been in trauma therapy since February because of the experience.

10. Because I had to take leave, I earned a lower salary last school year. Although I was able to use Minnesota’s paid family leave law to help replace my salary while I was on leave, it did not fully replace my salary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 6, 2026, in Minnesota.

/s/ M.S.

[redacted]