# EXHIBIT 49

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-01023LMP/LIB |

**DECLARATION OF ALLISON DINGLER**

I, ALLISON DINGLER, declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge.

2. I am an English Language Development Teacher at Denfeld and East High Schools, which are part of Duluth Public Schools. I have worked as an English as a Second Language ("ESL") teacher for twelve years. My job is to teach classes focused on developing English fluency and proficiency for both social and academic purposes. I work to increase my student's capacity and confidence to listen, read, write and speak in English. My teaching load focuses entirely on students who are non–native speakers of English. I currently work with 9th through 12th grade students.

3. The recent increase of ICE presence in Minnesota has taken both a personal and professional toll on my day-to-day life as a public-school teacher. In my role of working with multilingual students, I have observed how a majority of my students and their families have felt the negative effects of ICE's presence and efforts to target members of our community, irrespective of their immigration status.

4. Following the surge of ICE agents in Minneapolis and St. Paul, members of the Duluth community have spotted ICE agents around Duluth and reported that agents were circling Denfeld High School around dismissal on two afternoons.

5. Many students have stopped attending daily in-person classes in our school buildings because students and families are fearful of encountering ICE at bus stops and surrounding schools during dismissal. I have noticed increased absences since Monday, January 12, 2026. Five of the sixteen students that I work with daily have missed one to

five weeks of school. In explaining their students' absences, parents have cited the reports of ICE being on school grounds at Minneapolis high schools.

6. These increased absences involve students who depend on teachers and classmates for help with learning in their second language. Without the connection to teachers and peers that in-person learning provides, students have struggled to make academic progress at home. We know from our experience during the Covid pandemic that students' acquisition of social and academic English are negatively impacted by virtual learning. My students learn much better when they feel safe to come to school.

7. In one example, in January 2026, a parent reached out to me to ask if I thought it was safe to send their child to school. It was heartbreaking for me to respond that I could not guarantee their child's safety. The parent responded that they were very scared of that their child would encounter immigration agents if they sent the student to school, and that they would keep the child home for that reason. Two weeks later, in another text message about extended absences, the same parent still had a lot of fear to send their child to school.

8. When students miss so much instructional time, it has ripple effects on their education. For example, one of my students who returned to school after missing four weeks of school showed less confidence in speaking and writing in English and needed more translated instructions than the student needed before this extended absence. My students who are non-native English speakers are not only working to increase their English proficiency, but also building stamina for living and learning in a second language. Without

attending school regularly, students are unable to progress in these goals, making a return to school academically, socially and emotionally difficult and tiring.

9. Students who are not proficient in English also need daily instruction in grammar and vocabulary so that they can be successful in their content area classes—math, science, history—at the high school level. Without their attendance at school, students are neither improving their English proficiency nor learning other important subjects. When students return, they will not be able to pick up where they left off because they will need accelerated instruction in English to be able to understand both the lessons they missed and the current lessons taking place in their core classes. Besides being worried about their academic language loss and stagnation, I am worried about students' safety, sense of belonging, and general wellbeing in our community during such unprecedented times.

10. Immigration-enforcement-related absences and the shift to remote instruction have forced me to divert time from my primary daily tasks of lesson planning, instruction, and relationship-building with students. Now, I spend valuable time on trying to contact students for virtual learning, instead of seeing them during two periods daily in person, and getting students wifi hot spots and computers so they can learn from home. Moreover, my classes have some students who are still present for daily instruction. As a result, I have to teach lessons in person and then prepare the same lesson in another format that allows for it to be completed virtually for students who are at home. This is double the work usually required. And it is only necessary because ICE actions near school grounds have caused parents to want to keep students at home.

11. I have also had to rework my schedule for ACCESS, our annual English language proficiency test, due to high student absences.

12. As a result of these diversions, I have fallen behind in my daily grading tasks and lesson planning for my students who are present in the five classes I teach each day.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 2/13/2026 ______*s/ Allison Dingler*____________________
Allison Dingler