# EXHIBIT 51

I, Jessi Antilla, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the matters stated herein. If called as a witness, I could and would testify competently to these matters.

2. I am the owner of Young Minds Learning Center in Duluth, Minnesota.

3. On or around January 8, 2026, around 7:30 a.m., when the daycare opened and parents were arriving to drop off their children, I received a call from one of my staff members that at least five large, unfamiliar vehicles were in the parking lot of the daycare.

4. The daycare parking lot is very small. It has only about seven or eight spots. The vehicles made it so that parents could not park their cars in the lot. Parents could barely squeeze into the lot to drop off their children without parking.

5. I went to the parking lot to find out what was happening. There, I saw a group of men wearing tactical vests that said “HSI,” for “Homeland Security Investigations.” I believe I also saw agents with vests that said “CPB,” for “Customs and Border Protection.” I told them this was a daycare, and I asked them who they were and why they were there. They told me they were on “official business” and did not give any more information.

6. After a few minutes, while children were still there, the agents took long guns out of their vehicles and approached the apartment near the daycare. The agents began yelling and knocking on doors in the apartment building. One of the students who does to my daycare later told me, upset, that the agents had knock on his door.

7. I notified parents about the law enforcement activity at the daycare, and multiple parents of color came to pick up their children.

8. The agents stayed in the parking lot until about 10 a.m.

9. I did not see any signs of an emergency or threat to anyone in the area that would have required the agents to be there. There are also many places to park on the street, farther away from the daycare, and a large parking lot that is also close to the apartment building. I am not aware of any reason the agents had to stage their operation from my daycare and block parents from parking as they dropped off their children.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 10th, 2026, in Minneapolis, Minnesota.

/s/ Jessi Anttila
Jessi Anttila