# EXHIBIT 52

# AUDIO FILES SUBMITTED UNDER SEAL