# EXHIBIT 53

# TRANSCRIPTS FILED UNDER SEAL