# EXHIBIT 60

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-01023-LMP/LIB |

**<u>DECLARATION OF MELISSA POHLMAN</u>**

I, MELISSA POHLMAN, declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge.

2. I am a pastor in Minneapolis, Minnesota. I am also the parent of a student enrolled in St. Louis Park High School. My child is adopted and of Somali heritage.

3. On December 21, 2025, an usher in my church community was boxed in by ICE agents on the way to church and detained. My child is aware of this happening and it increased their anxiety about being a person of color in the community. When ICE agents were spotted driving around the neighborhood near their school, my child called me in a panic worried that ICE agents were coming to detain them.

4. In late January 2026, my child was taking a final exam in a classroom that has a window facing 33rd Street in St. Louis Park. A vehicle with ICE agents parked on the street, visible from that window. Agents, visible from inside the school, got out of the vehicle wearing tactical gear and carrying guns. The school went on lockdown for 45 minutes. Eventually the agents left and did not appear to detain anyone. My child was terrified watching the agents near the school; it made it impossible to focus on the exam.

5. School is supposed to be a safe place for my child, and was one of the few places that still felt safe despite rampant racial profiling with immigration enforcement activities in our neighborhood. ICE agents have targeted Somali families on our block, including families we know well. Now I am worried for my child's safety not just during our drive to and from school, but even in the school building and on school grounds. My

child keeps asking if agents will try to detain them; I honestly don't know what to say in response.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 2/9/2026

*s/ Melissa Pohlman*_________________
Melissa Pohlman