# EXHIBIT 62

# DHS Reaches More than 4,000 Arrests of Illegal Aliens Including Murderers, Sex Offenders, Gang Members, and Terrorists in Minnesota Since Operation Metro Surge Began

SECRETARY MARKWAYNE MULLIN

Search

U.S. Department of Homeland Security

*Some of yesterday's criminal arrests in Minnesota included pedophiles, domestic abusers, and violent assailants*

WASHINGTON — The U.S. Department of Homeland Security (DHS) announced law enforcement arrested more than 4,000 illegal aliens, including violent criminal illegal aliens, since Operation Metro Surge began in Minnesota. Yesterday's arrests included criminals convicted of **sexual conduct with a minor, domestic assault, and assault.**

*"Despite coordinated attacks of violence against our law enforcement, our officers have made more than 4,000 arrests of illegal aliens including murderers, pedophiles, rapists, gang members, and terrorists in Minnesota since Operation Metro Surge began,"* said **Assistant Secretary Tricia McLaughlin**. *"We need sanctuary politicians to cooperate with us by notifying us before releasing public safety threats back onto the streets to commit more crimes and create more victims. We will not back down from our mission to remove criminal illegal aliens from American neighborhoods."*

Some of the criminals arrested during Operation Metro Surge in Minnesota yesterday include:

Back to Top



Gerson Leonel Orellana Torres, a criminal illegal alien from Honduras convicted of **domestic abuse, disorderly conduct, and driving while intoxicated**.



Daniel Ivan Gonzalez-Alarcon, a criminal illegal alien from Mexico arrested for **assault/domestic battery, larceny, driving under the influence, and possession of drugs**.



Jose Alejandro Rivera-Pineda, a criminal illegal alien from El Salvador convicted of **trespassing.**

Back to Top



Cristian Israel Gomez, an illegal alien from Ecuador, convicted of **driving under the influence.**

Americans can see more public safety threats arrested in Minnesota: wow.dhs.gov/Minnesota (https://wow.dhs.gov/Minnesota) .

# # #

## Topics

HOMELAND SECURITY ENTERPRISE (/TOPICS/HOMELAND-SECURITY-ENTERPRISE)
IMMIGRATION AND CUSTOMS ENFORCEMENT (/TOPICS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT)

## Keywords

IMMIGRATION ENFORCEMENT (/KEYWORDS/IMMIGRATION ENFORCEMENT)
SANCTUARY JURISDICTION (/KEYWORDS/SANCTUARY JURISDICTION)
WORST OF THE WORST (/KEYWORDS/WORST WORST) ALIEN (/KEYWORDS/ALIEN) CRIME (/KEYWORDS/CRIME)
ILLEGAL (/KEYWORDS/ILLEGAL) MAKING AMERICA SAFE AGAIN (/KEYWORDS/MAKING AMERICA SAFE AGAIN)

Last Updated: 02/06/2026

Back to Top