# EXHIBIT 64

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>*Plaintiffs*<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>*Defendants*. | Case No. 0:26-cv-01023 |

**<u>DECLARATION OF M-C-D</u>**

1. My name is [redacted] ("M-C-D"). I am older than 18 years of age and I am making this statement based on my personal knowledge.
2. I live in the Minneapolis area with my two children: my nine-year-old daughter and my three-year-old son. My daughter and I arrived to the United States from Ecuador, and she attends the local public grade school in Minneapolis.
3. I have it understood that, until January 2025, the federal government had a policy that protected schools from immigration control measures, except in cases of emergencies. During that time, my daughter always considered her school to be her safe place. Since the government eliminated this policy, my daughter has begun to feel unsafe going to school.
4. Last winter, we saw reports on social media and in the news that immigration agents were going to schools frequently to detain people. In January, my daughter told me that she was very afraid to go to school. She told me that she was worried that the immigration agents would take her from the school and separate her from her family. I was also scared.
5. As a result, I kept my daughter home from school for the rest of January, the whole month of February, and half of the month of March. As my husband and I both had to work, we had to hire a nanny to take care of my daughter during the day.

6. During that time, my daughter attended an online learning program. However, the online program was not effective and had a severe negative impact on my daughter's learning. She is part of the special education program and receives speech therapy and occupational therapy at school, but she could not receive these services in the online program. She was unable to understand any of her classes, given that all of them were in English.
7. Not attending school was also emotionally difficult for my daughter, given that she was not able to see her friends and she felt lonely, since the other children —who are U.S. citizens— did not have to stay at home.
8. In March, I made the difficult decision to send my daughter to school again, despite still fearing the immigration control measures there. I felt better about it, however, because other parents offered to take her to and from school together with their own children instead of her having to take the school bus. For safety purposes, they came to get my daughter from the back door of our house instead of the front entrance.
9. Although the reports regarding immigration control measures have decreased since winter, I am still afraid that my daughter will encounter immigration agents at school. If the government reestablishes the prior policy that protected schools from the majority of immigration control measures, I would feel much better about sending my daughter to school.
10. These experiences have caused my daughter psychological trauma that is still affecting her even today. My daughter cannot concentrate in school. She frequently says that she wants to return to Ecuador. How do I explain to her that we cannot return because we decided to leave our country because we were in danger there, and we thought that this was a safe place?

I declare under penalty of perjury, in accordance with U.S. law, that everything I have stated here is true and correct.

Signed on August 7, 2026.

/s [redacted]

[redacted]

# CERTIFICATE OF TRANSLATION

---

*A three-page Declaration (Case No. 0:26-cv-01023)*

---

I, ALAINA RYDZEWSKI, certify that I am fluent in Spanish and English and that I am competent to translate between these languages. I further certify that, on 9 August 2026, I translated and proofread the above Spanish-language DECLARATION into English to the best of my abilities.

Calle Bernesga 16, 2B

León 24010, Spain

+34 666 449 055

alainar529@gmail.com

RESPOND: Crisis Translation