**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>*Defendants*. | Case No. 0:26-cv-01023 (LMP/LIB) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment, it is hereby:

**ORDERED** that the motion is **GRANTED**;

**ORDERED** that Acting Department of Homeland Security ("DHS") Secretary Benjamine C. Huffman's January 20, 2025, memorandum entitled "Enforcement Actions in or near Protected Areas," ICE_AR003, Dkt. No. 105, rescinding DHS's October 27, 2021 memorandum entitled "Guidelines for Enforcement Actions in or near Protected Areas," is **VACATED**.

**SO ORDERED**

Dated: ___________

_____________________________
HON. LAURA M. PROVINZINO
U.S. DISTRICT JUDGE