**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al*.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>*Defendants*. | Case No. 0:26-cv-01023 (LMP/LIB) |

**MEET AND CONFER STATEMENT**

Pursuant to Local Rule 7.1(a), I certify that on September 11, 2026, I sent an email to counsel for Plaintiffs seeking Plaintiffs' position on Defendants' Motion for Summary Judgment or, in the alternative, Motion to Dismiss (Dkt. No. 115). Counsel for Plaintiffs responded that Plaintiffs intend to oppose the motion.

Dated: September 14, 2026

*/s/ Jessica A. Lundberg*
Jessica A. Lundberg