**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>*Defendants*. | Case No. 0:26-cv-01023 (LMP/LIB) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Summary Judgment or, in the alternative, Motion to Dismiss, it is hereby:

**ORDERED** that the motion is **GRANTED**;

**ORDERED** that Plaintiffs' Motion for Summary Judgment is **DENIED**; [or]

**ORDERED** that Plaintiffs' Complaint is **DISMISSED**.

**SO ORDERED**

Dated: ___________

______________________________
HON. LAURA M. PROVINZINO
U.S. DISTRICT JUDGE