**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>*Defendants*. | Case No. 0:26-cv-01023 (LMP/LIB) |

**Rule 7.1(f) CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(f)(2), I certify that the Reply in Support of Plaintiffs' Motion for Summary Judgment and Opposition to Defendants' Cross-Motion complies with the word limits in Local Rule 7.1(f), as extended by the Court's August 11, 2026 Order, Dkt. No. 104 (extending limit to **10,000** words), and with the type-size limit of Local Rule 7.1(h). The brief is set in font 13 Century Schoolbook type and contains **9,974** words, excluding the text exempted by Local Rule 7.1(f)(1)(C). I generated the word count using Microsoft Word Version 16.106 and applied it to include all text, including headings, footnotes, and quotations.

Dated: October 5, 2026

/s/ Sean Ouellette
Sean Ouellette