**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fridley Public School District, Independent School District 14, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Markwayne Mullin, *et al.*,<br><br>*Defendants*. | Case No. 0:26-cv-01023 (LMP/LIB) |

**DECLARATION OF SEAN OUELLETTE**

1. I am a resident of the State of New York and am over the age of 18. I make this declaration based on my personal knowledge. I am a senior counsel at Democracy Forward and one of the attorneys representing the plaintiffs in this matter.

2. The following are true and correct copies of exhibits submitted in support of Plaintiffs' Motion for Summary Judgment.

| Exhibit | Description |
|---|---|
| 65 | Lillian Perlmutter, *ICE arrests near schools spur new outcry in San Diego*, Times of San Diego (Sept. 11, 2026). |
| 66 | Letter from Members of Congress to Sec'y of Homeland Security, Markwayne Mullin (Sept. 22, 2026). |
| 67 | Declaration of educator E-M-, Oct. 2, 2026. |

| | |
|---|---|
| 68 | Affidavit of parent Jesus Acevedo Sanchez, June 30, 2026. |
| 69 | Supplemental Declaration of Dr. Brenda Lewis, Sept. 30, 2026. |

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: October 5, 2026 *_/s/ Sean Ouellette_*
Sean Ouellette