# EXHIBIT 67

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fridley Public School District, Independent School District 14, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Markwayne Mullin, *et al.*,<br><br>*Defendants*. | Case No. 0:26-cv-01023 (LMP/LIB) |

**DECLARATION OF E__ M___**

I, E__ M__, declare as follows:

1. I am a resident of the State of Connecticut and am over the age of 18. I make this declaration based on my personal knowledge.

2. I am a teacher at an elementary school in Connecticut and a member of the National Education Association.

3. On August 24, 2026, the day before school started, I became aware of increased ICE activity in our neighborhood.

4. On August 26, 2026, kids came off the bus and were talking about seeing ICE outside of the bus. As the day went on, I learned that at least one member of our greater school community was taken by ICE at a school bus stop for my school, right after the children got on the bus. This took place in view of the students on the bus. The

bus driver had to pull into a church parking lot to shield kids' views of what was happening.

5. I believe there were at least two people taken at the bus stop who were bringing children to the bus for our school, which serves kindergarten through grade 5.

6. On the day of the arrests, several kids were interviewed by district staff to understand what happened, what they saw, and how we could best support them. You could tell the children were scared about what they had witnessed.

7. We got a message about ICE activity in the community from the Superintendent. The principal asked staff members to stay after school to help so that if there was no one to pick up a child off the bus, or if the children were too scared to get off the bus, they would be returned to school and staff would stay with them until someone could pick them up.

8. Many staff members stayed, including me. One child did come back and stayed with me in my classroom. His mother came to pick him up later, crying and scared. The child did not return to school the following day. Other parents kept their children home from school that whole week. We have had record-breaking levels of absences this first month of school.

9. In September alone, my class had an absence rate of approximately 12%, largely during the first two weeks of school. Our school is a majority minority school. The largest non-English population speaks Spanish and Portuguese. Approximately eighty-two percent of the students in my class are Hispanic or Latino.

10. The kids who have missed school have said things like "my mom says I can't come to school because of ICE" or "I can't come to school because I speak Spanish."

11. In our school neighborhood (within one mile) is a grocery store that primarily serves the Latino community and ICE has been picking up people at that store as well. It's horrendous that they are targeting people who are trying to feed their kids.

12. We have a playset of the three Billy goats. The kids re-enact the story of the Billy Goats Gruff. One child said, "the troll under the bridge is ICE and we have to get away from him." The trauma comes up organically in their play because it has had such a large impact on them.

13. ICE's presence is always on the children's mind and they bring it up regularly when they are speaking to each other.

14. There is a community Facebook group where people are regularly posting photos of abandoned cars to see if people know if the owner has been picked up by ICE. Community members are doing their best to make sure family is made aware of the abduction.

15. We had to cancel an after-school event that was intended to be held outside, "due to current concerns within our community."

16. I have been teaching for more than 15 years and this is the first time I had almost no families come to our back-to-school night; only 4 families from my class showed up. Usually because I speak multiple languages, almost all my families attend.

17. ICE's presence has created a huge level of mistrust in the community. Parents are scared to send their children to school. But if they don't send their children, they are at risk of being reported for truancy. It's an impossible situation.

18. Last year, when there was a wave of ICE activity, we were given a paper of what to say if ICE demands entry into the school. This year given the increased level of ICE activity, training was provided to all staff. The principals are told to demand a judicial warrant and to contact legal counsel if they continue to demand entry.

19. The enforcement near my school has impacted me because I have family members who are afraid. But also trying to create a sense of safety for children is impossible. To only have four families from my class show up for back-to-school night speaks volumes about the level of fear for them not to come. It is hard to get kids to focus on school if they are afraid their parents might not be there when they get home. This has felt like the longest month of school ever. It is heartbreaking.

20. My own children are scared and ask if they will take me or their father. My daughter doesn't want to leave the house in case ICE would take me away. She is worried about her classmates' and friends' parents being taken away. She asks what happens to kids whose parents get taken away.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge.

Dated: 10/2/2026 *s/E-M-*