# EXHIBIT 68

## AFFIDAVIT OF JESUS ACEVEDO SANCHEZ

I, Jesus Acevedo Sanchez, hereby affirm under the pains and penalties of perjury that the foregoing information is true, correct, and complete to the best of my knowledge and recollection:

1. On June 11, 2026, around 7:10am, I left my house at [redacted] Baltimore MD [redacted] with my longtime partner [redacted] and our two children, [redacted] and [redacted] I drive my daughters to school whenever I can. We like to go together because it is a nice time to be together as a family.

2. This day, [redacted] suggested we go to Dunkin Donuts for breakfast, so we stopped there on the way my oldest daughter's school, [redacted] We went through the drive-through and got food for the girls. I noticed a dark, unmarked car there but did not think too much about it. We left the drive-through line, and from there, we turned right and headed toward the school.

3. When we were on Dundalk Avenue, a car cut me off and one man dressed in all black got out of the car. He had a gun and pointed it at my car. I heard my car window shatter, and I thought it was a bullet. I have never heard the sound of a gunshot before, so I thought that was what it was.

4. I was focused on the man with the gun and didn't see any other men get out of the car, but the next thing I knew there were two men in front of my car pointing guns at us. I thought maybe it was a crazy guy heading for us, so I put the car in reverse. Before I could get out of there, another unmarked car blocked us in by hitting us from behind. The men were a few feet away from my car the entire time. No one reached into their car or even touched the car that I could see. The men didn't have anything that said ICE or police and the cars just looked like normal cars.

5. I thought these crazy men were going to kill me or my family. I was terrified for our lives and only thinking of getting out of there alive. After the car hit us from behind, there was a little space between my car and the car in front of us, so I turned the steering wheel all the way to the left and jumped the curb of the median strip to get away.

6. We drove toward the school since it was very close, and I thought I could get protection for my family there. I remember checking myself for bullet wounds. I was just so worried that I was going to die or that my family would be killed. I was focused on getting to school because I thought that if we got to school there would be people there who could protect my girls and keep us safe.

7. Once we got to the school, I saw that more cars were following us. These cars had police lights on. That was the first moment I realized it might be ICE coming to get us. I knew then that I might get detained and I didn't want my daughters to see that, so I tried to get them into the school. But when we pulled up to the school, our car was blocked by another car.

8. The officers finished breaking my window, and I asked them, "Why don't you ask who I am first?" I told them I was not a criminal. The officers were yelling at me in English and in Spanish. It was not until after they had already detained me and put me in one of their cars that they first asked for my name and where I was from. I did not tell them either. I did not have my passport when they detained me.

9. They took me to the hospital for my injuries, then took me to the Baltimore Hold Room. There, they told me I had to give them my name and country of origin because they said I didn't have a lawyer. I was scared, so I answered them. Then they took my fingerprints and my saliva. Much later, they gave me some documents. I don't know what time they gave them to me because there were not any clocks.

10. After I was detained, I was put with other detained people at the Baltimore Hold Room. One of the people I was detained with who was driving behind the car that stopped us told me that when I drove my car over the median to get away, one of the men jumped backward to avoid getting hit by the car and fell. The man who told me this was also detained that morning along with his wife, but I do not remember his name.

11. This is the first time anything like this has ever happened to me. The only time I've been in a car accident was sometime in January or February of 2026, but I don't remember the exact date. It was on interstate I-95. The other driver and I exchanged insurance information and contact information. I have never been in any other car accidents. This was the first time anything even remotely similar has happened to me. This was the first time anyone even attempted to detain me.

12. I never hit an officer, and I never saw anyone else hit an officer. I was dragged out of the car and wrestled to the ground. I got cuts on my face and mouth that swelled but have since flattened. I was bleeding from my leg when I was put in the back of the ICE car, but my injury is now a scab. My ribs still hurt where they hit me when I sleep or when I go to get up, but the bruising and swelling have gone down.

This document was read to me in Spanish, a language I understand. I declare under the penalty of perjury that the information contained in this document is true, complete, and correct to the best of my abilities.

6/30/2026
Date

[redacted]

**********

Interpreter's Certification

I, Rachael E. Savage, hereby certify that I am fluent in Spanish and English and that I am competent to translate between the two languages. I further certify that the foregoing affidavit has been read to the affiant in **Spanish**, a language the affiant understands, and that the affiant confirmed its contents before signing.

6/30/2026
Date

Rachael E. Savage
Eldridge Crandell, LLC
1 South Street, Suite 2150
Baltimore, Maryland 21202