# EXHIBIT 69

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fridley Public School District, Independent School District 14, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Markwayne Mullin, *et al.*,<br><br>*Defendants*. | Case No. 0:26-cv-01023 (LMP/LIB) |

**<u>SUPPLEMENTAL DECLARATION OF DR. BRENDA LEWIS</u>**

I, BRENDA LEWIS, Ph.D., declare as follows:

1. I am a resident of the State of Minnesota and am over the age of 18. I make this declaration based on my personal knowledge, my professional experience, information maintained in the ordinary course of Fridley Public Schools' operations, and information provided to me by district employees acting within the scope of their responsibilities. I submit this declaration to supplement my declaration executed on August 12, 2026.

2. In my previous declarations, I explained that Fridley Public Schools had suffered significant financial losses because of the change in DHS policy that removed the restrictions on immigration enforcement near schools. I noted that, by February 2026, the district had already been required to unenroll at least 20 students because of prolonged consecutive absences, and many additional children had transferred, moved

out of state, left the country, or otherwise stopped attending schools. I explained that because Minnesota's school funding is significantly tied to pupil enrollment and attendance-related measures, losing children during the school year produces a revenue loss.

3. In their motion for summary judgment, the defendants state that this loss of funding is "speculative" and "has not manifested." That is not correct.

4. Fridley Public Schools lost hundreds of thousands of dollars in state funding due to the drop in enrollment last year. By May 2026, Fridley Public Schools had to unenroll a total of 37 students because they were absent for more than 15 days, far more students than in previous years. Other students unenrolled because they moved out of the district, transferred schools, or left the country. Enrollment continued to decline steadily each month from December 2025 through April 2026. In total, Fridley Public Schools experienced a net decline of 55 children during the 2025–2026 school year.

5. As a result of this drop in enrollment, Fridley Public Schools lost an estimated $411,455 in annualized basic state formula aid alone, based on Minnesota's 2025–26 basic formula allowance of $7,481 per adjusted pupil unit. This estimate does not include other revenue that may be affected by enrollment, including special education aid, compensatory revenue, referendum and local levy revenue, federal funding, or other state categorical and enrollment-driven funding.

6. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Dated: September 30, 2026

/s/ Brenda Lewis
Brenda Lewis, Ph.D.