**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FRIDLEY PUBLIC SCHOOL DISTRICT, INDEPENDENT SCHOOL DISTRICT 14, *et al.*<br><br>*Plaintiffs*,<br>v.<br><br>MARKWAYNE MULLIN, *et al.*<br><br>*Defendants*. | Court File No. 26-cv-01023-LMP-LIB<br><br>**JOINT STATEMENT OF DOCUMENTS UNSEALED BY AGREEMENT** |

The Parties conferred pursuant to Local Rule 5.6(d) regarding documents filed under temporary seal. There are no documents that the Parties agree should be unsealed.

Respectfully submitted,

Dated: October 16, 2026

*/s/ Sean Ouellette*

**NILAN JOHNSON LEWIS PA**
Amanda Cialkowski (0306514)
Kathleen Curtis (0388279)
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
(612) 305-7500
acialkowski@nilanjohnson.com
kcurtis@nilanjohnson.com

**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
(202) 322-1959
Elena Goldstein* (DC Bar 90034087)
Sean Ouellette* (DC Bar 1741535)

**ZIMMERMAN REED LLP**
June Hoidal (033330X)
Jeffrey J. Harrington (0327980)
David Cialkowski (0306526)
Michael Laird (0398436)
Molly F. Billion (0402616)
Katja D. Lange (0504952)
80 South 8th Street, Suite 1100
Minneapolis, MN 55402
(612) 341-0400
june.hoidal@zimmreed.com
jeffrey.harrington@zimmreed.com
david.cialkowski@zimmreed.com
michael.laird@zimmreed.com
molly.billion@zimmreed.com
katja.lange@zimmreed.com

Allyson Scher* (DC Bar 1616379)
Paul R.Q. Wolfson* (DC Bar 414759)
egoldstein@democracyforward.org
souellette@democracyforward.org
ascher@democracyforward.org
pwolfson@democracyforward.org

**Admitted pro hac vice*

**THE LAW OFFICE OF**
**KEVIN C. RIACH**
Kevin Riach (389277)
125 Main St. SE, Suite 339
Minneapolis, MN 55414
(612) 203-8555
kevin@riachdefense.com

*Attorneys for Plaintiffs*

Dated: October 15, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Branch Director
Federal Programs Branch

/s/ *Jessica A. Lundberg*
JESSICA A. LUNDBERG
Trial Attorney (WA Bar No. 60100)
U.S. Department of Justice
Civil Division, Federal Programs Branch
202.305.4688
jessica.a.lundberg@usdoj.gov

*Attorneys for Defendants*